Gregory J. Belnap, Esq. (SBN: 259592)
Heather N. Phillips, Esq. (SBN: 326022)
**THOMPSON & BELNAP**
400 S. Melrose Dr. Suite #111
Vista, CA 92081
Tel: (760)705-1334
Fax: (760)705-1349
Email: gbelnap@tandblegal.com
Email: hphillips@tandblegal.com

Attorneys for PLAINTIFFS, Travis Smith, Danielle Smith, A.R.S., and C.A.L.S.

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF SAN DIEGO - CENTRAL DIVISION**

| | |
|---|---|
| TRAVIS SMITH, an individual; DANIELLE SMITH, an individual; A.R.S., a minor, through her Guardian Ad Litem DANIELLE SMITH; and C.A.L.S., a minor, through his Guardian Ad Litem DANIELLE SMITH<br><br>PLAINTIFFS,<br><br>v.<br><br>SAN DIEGO FAMILY HOUSING, LLC, a California Limited Liability Company; LIBERTY MILITARY HOUSING HOLDINGS LLC, a Delaware Limited Liability Company; and DOES 1-100;<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**(1) NEGLIGENCE;**<br>**(2) BREACH OF CONTRACT;**<br>**(3) BREACH OF IMPLIED WARANTY OF HABITABILITY;**<br>**(4) BREACH OF IMPLIED COVENANT GOOD FAITH AND FAIR DEALING;**<br>**(5) PRIVATE NUISANCE; AND**<br>**(6) BREACH OF IMPLIED COVENANT OF PEACEFUL AND QUIET ENJOYMENT**<br><br>**DEMAND FOR JURY TRIAL** |

PLAINTIFFS, Travis Smith, Danielle Smith, A.R.S., and C.A.L.S., (collectively referred to herein as "PLAINTIFFS") bring this Complaint against SAN DIEGO FAMILY HOUSING, LLC, a California Limited Liability Company (hereinafter "SDFH"), LIBERTY MILITARY HOUSING HOLDINGS LLC, a Delaware Limited Liability Company (hereinafter "LIBERTY") and DOES 1-100 (collectively referred to herein as "DOE DEFENDANTS") through their attorneys and allege



THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

as follows:

## THE PARTIES

1. Plaintiff Travis Smith ("TRAVIS") is an individual who at all times pertinent hereto resided at 2245 Reed Ave, San Diego, 92109 California in the County of San Diego (herein as the "Property").

2. Plaintiff Danielle Smith ("DANIELLE") is an individual who at all times pertinent hereto resided at 2245 Reed Ave, San Diego, 92109 California in the County of San Diego, and is the biological mother and acting guardian ad litem for the two minor children: A.R.S and C.A.L.S.

3. Plaintiff A.R.S., is a minor who at all times pertinent hereto resided at 2245 Reed Ave, San Diego, 92109 California in the County of San Diego. A.R.S. is the minor daughter of TRAVIS and DANIELLE, who therefore sues through her guardian ad litem, DANIELLE.

4. Plaintiff C.A.L.S., is a minor who at all times pertinent hereto resided at 2245 Reed Ave, San Diego, 92109 California in the County of San Diego. C.A.L.S. is the minor son of TRAVIS and DANIELLE, who therefore sues through his guardian ad litem, DANIELLE.

5. TRAVIS, DANIELLE, A.R.S., and C.A.L.S. (collectively referred to herein as "PLAINTIFFS") are informed and believe, and thereon allege that defendant SDFH, a California limited liability company, and LIBERTY (formerly known as formerly known as LINCOLN MILITARY PROPERTY MANAGEMENT LP, a Delaware Limited Partnership) a Delaware limited liability company, at all times relevant to this Complaint, owned, maintained, controlled, and/or managed the Property.

6. PLIANTIFFS are informed and believe, and thereon allege that SDFH has its principal place of business at 7777 Center Avenue Suite 150, Huntington Beach, California 92647 and owns and operates numerous properties throughout San Diego, both on base and off base, including but not limited to the Property.

7. PLAINTIFFS are informed and believe, and thereon allege that defendant LIBERTY has its principal place of business at 7777 Center Avenue Suite 150, Huntington Beach, California 92647 and provides property management services at military housing communities owned and operated by SDFC.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

8. The true names and capacities of certain other DOE DEFENDANTS are unknown to PLAINTIFFS at this time. PLAINTIFFS are informed and believe that each and every "DOE" defendant is responsible in some manner for the acts and omissions alleged herein. PLAINTIFFS will provide the true names of each "DOE" Defendant when the same has been ascertained.

9. PLAINTIFFS are informed and believe, and thereon allege that at all times mentioned in this Complaint, Defendants were the agents and employees of their co-defendants, and in doing the things alleged in this Complaint were acting within the course and scope of such agency and employment and acted in such a manner as to ratify the conduct of their co-defendants.

10. PLAINTIFFS are informed and believe, and thereon allege that there exists, and, at all times relevant to this Complaint, existed a unity of interest between certain Defendants such that any individuality and separateness between these certain Defendants has ceased, and those certain Defendants are the alter ego of the other Defendants and exerted control over each other. Adherence to the fiction of the separate existence of these Defendants as an entity distinct from other Defendants will permit an abuse of the corporate privilege and would sanction fraud and/or promote injustice.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

## JURISDICTION

11. The Court has jurisdiction over all causes of action asserted herein, and the amount in controversy exceeds the jurisdictional minimum of the court.

12. The Property is and at all times relevant herein was located in this judicial district.

13. SDFH, LIBERTY, and DOE DEFENDANTS, and each of them, are subject to the jurisdiction of this Court by virtue of their dealings and transactions in San Diego County and having caused injuries through their actions and omissions within this County to render the exercise of jurisdiction by this Court permissible under the traditional notions of fair play and substantial justice.

## VENUE

14. Venue is proper in the Central County Judicial District of San Diego County, because at all times material to this Complaint, at all times material to this Complaint, the events, acts, omissions, transactions, and injuries to the Plaintiff occurred within the City of San Diego, within the county of San Diego in the State of California.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

## FACTS COMMON TO EACH CAUSE OF ACTION

15. At all times relevant to this Complaint, SDFH and DOE DEFENDANTS were the owners of the Property.

16. At all times relevant to this Complaint, LIBERTY and DOE DEFENDANTS were the property managers of the Property.

17. On September 17, 2019, TRAVIS and DANIELLE entered into a lease agreement to rent the Property from SDFH, LIBERTY, and DOE DEFENDANTS for a lease term from September 18, 2019, through March 17, 2020 (hereinafter the "Lease"). A true and correct copy of the lease agreement is attached hereto as **Exhibit 1**.

18. The Lease contains a provision whereby the Lease is automatically renewed on a month-to-month basis after the expiration of the lease on March 17, 2020. *See* **Exhibit 1** at ¶ 3.

19. The Lease terms included provisions that indicated that if the property by no fault of the PLAINTIFF became damaged, unusable, or uninhabitable either partially or fully, rent would be abated/prorated, and that "Owner" would "promptly repair" damage (*See* **Exhibit 1** at ¶ 31). Further, that "Owner" will give "Resident" no less than a 45-day advance notice of relocation due to construction and that there will be a $500.00 relocation allowance (*See* **Exhibit 1** at ¶ 23 and Addendum referenced therein at ¶ 8, B (2)).

20. PLAINTIFFS relied on the representations made by SDFH, LIBERTY, and DOE DEFENDANTS in the Lease to provide the Property in a habitable condition and maintain the Property in such a way that it remained fully safe and habitable for reasonable use (*See* **Exhibit 1** at ¶ 31).

21. In reliance on these representations from SDFH, LIBERTY, and DOE DEFENDANTS, PLAINTIFFS moved into the Property.

22. At all times relevant to this Complaint, PLAINTIFFS were paying tenants of SDFH, LIBERTY, and DOE DEFENDANTS at the Property.

23. After moving into the Property on or around September 18, 2019, DANIELLE's asthma began to worsen, which required DANIELLE to increase visits to her doctor and her medication intake.

24. Throughout their tenancy at the Property, PLAINTIFFS adhered to all water intrusion and mold prevention guidelines provided in the Lease.

25. On April 25, 2023, PLAINTIFFS noticed various issues with the Property, including but not limited to water leakage, paint bubbling on the walls, and a mushy ceiling.

26. Immediately upon noticing these signs of water intrusion into the Property, PLAINTIFFS reported the conditions to SDFH, LIBERTY, and DOE DEFENDANTS.

27. PLAINTIFFS attempted to mitigate the observable damage by placing buckets under leaks to capture the leaking water while they waited for the SDFH, LIBERTY, and DOE DEFENDANTS to address the water intrusion issues.

28. On or around April 26, 2023, SDFH, LIBERTY, AND DOE DEFENDANTS' maintenance crew arrived at the Property and cut a large hole in the ceiling, then told PLAINTIFFS that the water intrusion was due to a cap missing from the end of a copper line in the ceiling. SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew did not repair the leak, they merely installed plastic sheeting and told PLAINTIFFS to avoid the area, and as a result, PLAINTIFFS lost use of the Master Bathroom of their home.

29. On or around April 27, 2023, SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew told PLAINTIFFS that water was leaking in the bathroom and that the vinyl flooring was damaged as a result.

30. That evening, SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew returned to the Property and used paper towels to soak up the standing water that was leaking through the wall and discoloring the vinyl flooring and then installed clear plastic sheets throughout the master bedroom and bathroom to mitigate PLAINTIFFS exposure to mold upon PLAINTIFFS' request, but once again failed to repair the cause of the water intrusion and mold.

31. LIBERTY, and DOE DEFENDANTS told PLAINTIFFS that the water intrusion would not require PLAINTIFFS to be relocated from the Property.

32. LIBERTY, and DOE DEFENDANTS thereafter claimed that it would send a contractor out to the Property to address the water intrusion problems.

33. SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew left the

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

Property without resolving the water intrusion issue and merely covered the hole in the ceiling by stapling plastic sheeting to the ceiling.

34. After SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew left the Property and no contractor had been dispatched to repair the water intrusion or exposed hole in the ceiling of the Property, PLAINTIFFS contacted LIBERTY, and DOE DEFENDANTS, and LIBERTY, and DOE DEFENDANTS represented that the maintenance crew would return to the Property to address the leak and resulting damage.

35. When PLAINTIFFS contacted LIBERTY, and DOE DEFENDANTS to have the water intrusion issues addressed again, PLAINTIFFS explained that DANIELLE had an Asthma condition that was worsening in the Property, and that she and her minor children, A.R.S. and C.A.L.S., had each experience frequent and persistent illness for the past two years, since moving into the Property. DANIELLE specifically stated that she had concerns about the water leaks, residual moisture, and standing water and that she suspected presence of mold due to the symptoms her and her family were experiencing.

36. SDFH, LIBERTY, and DOE DEFENDANTS still did not address the water intrusion and mold conditions in the Property even though PLAINTIFFS reported that their illnesses had become persistent and were worsening.

37. On or around April 27, 2023, DANIELLE again called LIBERTY, and DOE DEFENDANTS, expressing concerns about the water intrusion/damage and reported that visible mold was now present in the Property. LIBERTY, and DOE DEFENDANTS responded by telling PLAINTIFFS to just avoid the area and again refused to relocate PLAINTIFFS.

38. PLAINTIFFS repeatedly notified SDFH, LIBERTY, and DOE DEFENDANTS about the presence of mold growth in the Property and related health problems and SDFH, LIBERTY, and DOE DEFENDANTS refused to take any action to address any of PLAINTIFFS' health and safety concerns about the condition of the Property.

39. On or around April 28, 2023, SDFH, LIBERTY, and DOE DEFENDANTS sent a General Contractor to evaluate the Property.

40. The General Contractor found water intrusion/damage in the Property and

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

recommended that the bathroom walls, backings, tub, and ceiling all needed to be removed to address the damage and mold.

41. The General Contractor further recommended that PLAINTIFFS be temporarily relocated while the repairs were being made to the Property due to water intrusion into PLAINTIFFS' master bedroom and both bathrooms.

42. On or around April 28, 2023, PLAINTIFFS contacted LIBERTY, and DOE DEFENDANTS for elaboration on the relocation to alternative housing brought up by the contractor, and to request proof that the Property was safe to live in.

43. LIBERTY, and DOE DEFENDANTS responded to PLAINTIFFS' concerns by claiming that there was no need for relocation because of the plastic covering the affected areas.

44. After PLAINTIFFS repeated insistence that SDFH, LIBERTY, AND DOE DEFENDANTS address the unsafe conditions, SDFH, LIBERTY, AND DOE DEFENDANTS finally conceded and promised to provide a hotel as alternative housing as a result of the PLAINTIFFS total loss of use of the entire property during repairs. However, SDFH, LIBERTY, and DOE DEFENDANTS has never provided any hotel accommodation for PLAINTIFFS.

45. Five days later, at PLAINTIFFS continued insistence, PLAINTIFFS were finally relocated to Chesterton Housing, another property belonging to SDFH, LIBERTY, AND DOE DEFENDANTS.

46. On or around May 3, 2023, PLAINTIFFS relocated to the Chesterton property, which increased PLAINTIFFS' commute to work and school significantly and lacked any outdoor space as a suitable replacement for PLAINTIFFS' dog.

47. PLAINTIFFS tried many times to contact SDFH, LIBERTY, and DOE DEFENDANTS for a status on the repairs on the PROPERTY so that they may return to their home, but each time LIBERTY, and DOE DEFENDANTS were evasive and refused to provide information to PLAINTIFFS.

48. PLAINTIFFS requested testing be done to ensure the home was fully repaired and safe to live in, however, LIBERTY, and DOE DEFENDANTS refused to provide any proof of the Property's safety but assured PLAINTIFFS that the Property was safe and ready for PLAINTIFFS

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

to return home.

49. On or around May 8, 2023, in response to several calls from PLAINTIFFS, LIBERTY, AND DOE DEFENDANTS represented to PLAINTIFFS that "they removed all wet materials…" and that "all affected areas are dry" within the Property. Thereafter they stated to PLAINTIFFS that the vinyl flooring had been replaced and mold and moisture testing was completed.

50. PLAINTFFS requested that the Property be professionally cleaned following the repairs to mitigate their exposure to any lingering particulates. PLAINTIFFS also requested testing of the floors, and a copy of the inspection report, but LIBERTY, AND DOE DEFENDANTS evaded and ignored PLAINTIFFS' requests.

51. On May 23, 2023, PLAINTIFFS, relying on the representations made by LIBERTY, AND DOE DEFENDANTS regarding the Property being repaired, safe and habitable, PLAINTIFFS finally returned to the Property. Upon re-entry, PLAINTIFFS immediately found that LIBERTY, AND DOE DEFENDANTS had left the walls unfinished, several doors had new cracks, the fixtures were unsealed, the tub had not been replaced as recommended by the Contractor, the overflow drain for the Property had been sealed shut, the vinyl flooring had been only partially replaced, and there was substantial debris left strewn throughout the Property.

52. PLAINTIFFS again contacted LIBERTY, and DOE DEFENDANTS to address the continued loss of use of their bathroom and assert concerns over the quality of the work done.

53. Thereafter, on May 23, 2023, SDFH, LIBERTY, AND DOE DEFENDANTS' maintenance crew returned to the Property briefly but again left the Property without addressing PLAINTIFFS' safety and health concerns.

54. On May 24, 2023, after LIBERTY, AND DOE DEFENDANTS refused to address the damage and debris which SDFH, LIBERTY, and DOE DEFENDANTS' maintenance crew left behind, PLAINTIFFS began to clean up the Property themselves.

55. On May 25, 2023, DANIELLE fell extremely ill, and suffered two severe Asthma attacks that resulted in urgent care visits, antibiotics, steroids, and breathing treatments as a result of exposure to mold immediately after DANIELLE handled the debris from the Property.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

56. After SDFH, LIBERTY, and DOE DEFENDANTS repeated failure to act as well as their repeated misrepresentations about repairs and safety the Property, PLAINTIFFS sought outside help from a naval advocacy group.

57. On May 26, 2023, PLAINTIFFS made a formal complaint to the Naval Advocate contacted SDFH, LIBERTY, and DOE DEFENDANTS on behalf of the PLAINTIFFS.

58. LIBERTY, and DOE DEFENDANTS told PLAINTIFFS that the work on the Property had been completed, and that they did not seal the tub because it needed to be removed entirely, because water had been found beneath it. LIBERTY, and DOE DEFENDANTS proceeded to apologize to PLAINTIFFFS and admitted that they "dropped the ball" but nevertheless claimed that all mold had been removed from the Property.

59. PLAINTIFFS were now aware that the work that LIBERTY promised had been completed had not been completed, and now there was the additional issues of the debris, new damage, and another potential relocation.

60. On or around May 26, 2023, PLAINTIFFS left the Property to attend a baseball game for C.A.L.S. in Anaheim. C.A.L.S. had been suffering from recuring illness that had caused him to miss school, but he still wanted to participate despite frequent congestion, itchy eyes, and bloody noses he had experienced while living in the Property.

61. On May 26, 2023, after the baseball game, the family opted to stay in Anaheim for the weekend and get a hotel rather than return to the Property. PLAINTIFF found that while staying at the hotel, their health improved dramatically after only a few days away from the Property, leading PLAINTIFFS to believe that the Property was indeed the cause of PLAINTIFFS' consistent and recurring health problems.

62. On May 29, 2023, upon PLAINTIFFS return to the Property again and discovered visible Black Mold on the vinyl flooring throughout the Property and found that a previously intact windows in the garage had been broken and remained broken and unrepaired by LIBERTY and DOE DEFENDANTS.

63. When PLAINTIFFS asked about the condition of the Property, LIBERTY and DOE DEFENDANTS responded that the spots were due to heavy rain seeping into the Property and its

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

foundation, and that LIBERTY, and DOE DEFENDANTS would replace the vinyl flooring throughout the house.

64. On May 30, 2023, DANIELLE experienced another sudden onset of illness, including itchy eyes, runny nose, and breathing problems which ultimately resulted in DANIELLE waking up in the middle of the night completely unable to breathe.

65. After another visit to the doctor, DANIELLE's primary care provider even wrote a letter to LIBERTY, and DOE DEFENDANTS demanding proper cleaning of the Property post-water intrusion remediation. DANIELLE also provided a copy of this letter to the Naval Advocate.

66. On May 31, 2023, TRAVIS reached out to LIBERTY, and DOE DEFENDANTS to address the issues again. This time, he requested cleaning of the home and the ducts to eradicate any construction particulates, dust, and mold.

67. LIBERTY, and DOE DEFENDANTS assured TRAVIS that SDFH, LIBERTY, AND DOE DEFENDANTS would take action to address PLAINTIFFS' concerns and address the on-going conditions at the Property but never did.

68. June 2, 2023, LIBERTY, AND DOE DEFENDANTS's maintenance crew returned to the Property and suggested that there could be mold in the ducts but then claimed that mold in the ducts was not dangerous because the mold in the ducts was not visible.

69. SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew left the Property again without addressing any of the health and safety concerns raised by PLAINTIFFS.

70. On June 2, 2023, after SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew left the Property, the air conditioning, furnace, and fan in the Property all stopped working.

71. On June 3, 2023, SDFH, LIBERTY, AND DOE DEFENDANTS's maintenance crew returned to the Property and told PLAINTIFFS that the tub in the bathroom would not be replaced because the General Contractor refused to perform the work until water intrusion remediation was performed and the mold affected areas demolished.

72. PLAINTIFFS realized at this point that the representations made by SDFH, LIBERTY, and DOE DEFENDANTS regarding remediation, replacing the floors, removing debris,

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

and the overall safety of the Property had been incomplete, inadequate, or completely false.

73. After SDFH, LIBERTY, AND DOE DEFENDANTS repeatedly failed to address the safety issues within the property, PLAINTIFFS filed a complaint with the naval housing advocate following the continued failure by SDFH, LIBERTY, and DOE DEFENDANTS to address the health and safety conditions at the Property.

74. On June 28, 2023, PLAINTIFFS were relocated by SDFH, LIBERTY, and DOE DEFENDANTS for the third time. During the course of PLAINTIFFS moving their belongings, they observed black mold on the backs of picture frames in the master bedroom, along the baseboards throughout the house where PLAINTIFFS furniture and appliances were located, on the windows and windowsills of A.R.S. and C.A.L.S.'s bedrooms. PLAINTIFFS frequently move the furniture and appliances in the house to clean and had never observed the black mold in these locations until this date.

75. The third replacement housing accommodation provided by SDFH, LIBERTY, and DOE DEFENDANTS, was also managed by LIBERTY. Upon moving into the third property, PLAINTIFFS observed that this property too had water intrusion problems, a sewage smell, flies, and various other issues.

76. Up to and including the date of this Complaint, SDFH, LIBERTY, and DOE DEFENDANTS have failed to provide a safe and habitable property to PLAINTIFFS and has failed to take the action required by the Lease agreement and by California law to warn, address, and remedy the unsafe conditions of the Property.

77. Under the provisions of *Civil Code* §1941, SDFH, LIBERTY, and DOE DEFENDANTS were required to keep the Property in a condition fit for human occupation before renting it, and to repair all subsequent defects, other than those caused by the tenants' want of ordinary care, that rendered the Property untenable.

78. PLAINTIFFS are informed and believe, and thereon allege that at all relevant times SDFH, LIBERTY, and DOE DEFENDANTS knew of prior water leaks in the Property as is represented by the uncapped water pipe, repetitive leaks, and uneven/warped flooring, and black spots.

79. Liability for any and all negligent maintenance of the Property is also imputed to SDFH, LIBERTY, and DOE DEFENDANTS and each of them due to the conduct of their employees or agents who undertook to inspect and inadequately repair, or outright refuse to repair the conditions that were causing the formation of the water intrusion and mold problems. SDFH, LIBERTY, and DOE DEFENDANTS' employees and agents so carelessly and negligently performed these duties that the defects remained a safety hazard and further exposed PLAINTIFFS to dangerous conditions within the Property.

80. At all times relevant herein, the provisions of *Civil Code* §3479 and §731 prohibit the interference with a Tenant's comfortable enjoyment and use of the leased property by failing to maintain the lease property in a habitable condition free from dangerous hazards.

81. At all times relevant hereto, the Property contained defective conditions which resulted in the Property being dangerous and unsafe for its intended purposes because of the existence of mold, in direct violation of the aforementioned code sections.

82. While using the Property for its intended purposes, and without prior knowledge of the defective condition, PLAINTIFFS were continually exposed to mold, thereby sustaining injury.

83. Knowledge of the existence of the defects contained within the Property is imputed on SDFH, LIBERTY, and DOE DEFENDANTS and each of them because PLAINTIFFS immediately reported the dangerous and defective conditions to LIBERTY upon discovery.

84. PLAINTIFFS are informed and believe and thereon allege that fungal contamination was present in the Property which included toxic and allergenic fungi, which emit toxic and allergenic byproducts such as microbial volatile organic compounds, endotoxins, and mycotoxins. These conditions also caused the amplification of bacteria, dust mites, and other biological organisms that are dangerous to human health. The exposure caused PLAINTIFFS to suffer toxic, allergic, irritant, and infectious responses. The contamination also resulted in property damage, loss of use, and other injuries to PLAINTIFFS.

**FIRST CAUSE OF ACTION FOR NEGLIGENCE**

**(All Plaintiffs Against All Defendants)**

85. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

through 84 and are incorporated herein by this reference.

86. SDFH, LIBERTY, and DOE DEFENDANTS as a landlord and property manager had a duty to ensure the Property was safe and habitable for PLAINTIFFS.

87. SDFH, LIBERTY, and DOE DEFENDANTS breached its duty to PLAINTIFFS by failing to provide a safe residential property to PLAINTIFFS, failing to take action to remediate and repair known water intrusion, known damage.

88. SDFH, LIBERTY, and DOE DEFENDANTS further breached its duty to PLAINTIFFS by failing to remediate the mold conditions at the Property after this condition was reported to SDFH, LIBERTY, and DOE DEFENDANTS and after SDFH, LIBERTY, and DOE DEFENDANTS knew that conditions of the Property were causing serious health and safety hazards to PLAINTIFFS.

89. PLAINTIFFS were harmed by SDFH, LIBERTY, and DOE DEFENDANTS' conduct as alleged herein.

90. SDFH, LIBERTY, and DOE DEFENDANTS' negligence was a substantial factor in causing the harm PLAINTIFFS suffered as alleged herein.

91. PLAINTIFFS are entitled to recovery of damages from SDFH, LIBERTY, and DOE DEFENDANTS.

**SECOND CAUSE OF ACTION FOR BREACH OF CONTRACT**
**(All Plaintiffs Against All Defendants)**

92. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1 through 91 and are incorporated herein by this reference.

93. On or around September 17, 2019, PLAINTIFFS and SDFH, LIBERTY, AND DOE DEFENDANTS entered into a Lease for PLAINTIFFS to rent the Property from SDFH, LIBERTY, and DOE DEFENDANTS. **Exhibit 1**.

94. PLAINTIFFS did all or substantially all of the things required under the lease agreement for the Property.

95. SDFH, LIBERTY, and DOE DEFENDANTS failed to do all of the things which was required of SDFH, LIBERTY, AND DOE DEFENDANTS under the Lease, including but not

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

limited to:

a. Failing to provide the required 45 days' notice of relocation;

b. Failing to abate/prorate PLAINTIFFS rent for the period during which they could not reasonably use portions/the entire property;

c. Failure to provide the relocation allowance to PLAINTIFFS;

d. Failure to investigate and take appropriate action to promptly repair/remediate water intrusion and mold; and

96. PLAINTIFFS have been harmed by SDFH, LIBERTY, AND DOE DEFENDANTS's breach of the Lease agreement and are entitled to recover damages from SDFH, LIBERTY, and DOE DEFENDANTS.

**THIRD CAUSE OF ACTION FOR BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**

**(All Plaintiffs Against All Defendants)**

97. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1 through 96 and are incorporated herein by this reference.

98. SDFH, LIBERTY, and DOE DEFENDANTS leased the Property to PLAINTIFFS on or around September 17, 2019.

99. SDFH, LIBERTY, and DOE DEFENDANTS were required by the Lease and California law to provide safe and habitable residential housing to PLAINTIFFS as its tenants.

100. The Property that SDFH, LIBERTY, and DOE DEFENDANTS leased to PLAINTIFFS contained numerous hazardous conditions, which included but was not limited to, water intrusion, water damage, and the presence of mold.

101. PLAINTIFFS informed SDFH, LIBERTY, and DOE DEFENDANTS numerous times of the hazardous conditions at the Property.

102. PLAINTIFFS were harmed by SDFH, LIBERTY, and DOE DEFENDANTS' failure to provide safe and habitable residential housing.

103. PLAINTIFFS are entitled to recovery of damages from SDFH, LIBERTY, and DOE DEFENDANTS for their breach of the Implied Warranty of Habitability.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

**FOURTH CAUSE OF ACTION BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

**(All Plaintiffs Against All Defendants)**

104. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1 through 103 and are incorporated herein by this reference.

105. PLAINTIFFS and SDFH, LIBERTY, and DOE DEFENDANTS entered into a Lease agreement for PLAINTIFF to lease the Property from SDFH, LIBERTY, and DOE DEFENDANTS. See **Exhibit 1**.

106. At all times relevant herein, PLAINTIFFS did all, or substantially all of the significant things that the Lease required them to do.

107. SDFH, LIBERTY, and DOE DEFENDANTS prevented PLAINTIFFS from receiving all of the benefits of the Lease agreement for the Property because SDFH, LIBERTY, and DOE DEFENDANTS repeatedly failed to:

a. Abide by the terms of the Lease agreement;

b. Remediate, repair, clean, and mitigate water intrusion into the Property and the resulting mold in the Property;

c. Abate PLAINTIFFS rent;

d. Provide comparable housing; and

e. Mitigate PLAINTIFFS exposure to mold.

108. SDFH, LIBERTY, and DOE DEFENDANTS' actions as alleged herein, did not act fairly or in good faith.

109. PLAINTIFFS were harmed by SDFH, LIBERTY, and DOE DEFENDANTS' conduct as alleged herein and are entitled to recovery of damages from SDFH, LIBERTY, and DOE DEFENDANTS.

**FIFTH CAUSE OF ACTION PRIVATE NUISANCE**

**(All Plaintiffs Against All Defendants)**

110. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1 through 109 and are incorporated herein by this reference.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

111. PLAINTIFFS entered into a Lease agreement with SDFH, LIBERTY, AND DOE DEFENDANTS for PLAINTIFFS to lease the Property from SDFH, LIBERTY, and DOE DEFENDANTS on or around September 17, 2019. See **Exhibit 1**.

112. From September 18, 2019, to the date of the of this Complaint, PLAINTIFFS leased the Property.

113. By failing to act upon the unsafe and uninhabitable water intrusion in the Property and mold throughout the living areas of the Property, SDFH, LIBERTY, and DOE DEFENDANTS created or permitted a condition to exist in the Property that was harmful to PLAINTIFFS health.

114. By failing to act upon the unsafe and uninhabitable water intrusion in the Property and mold throughout the living areas of the Property, SDFH, LIBERTY, and DOE DEFENDANTS also created or permitted a condition to exist in the Property that was indecent or offensive to the senses.

115. By failing to act upon the unsafe and uninhabitable water intrusion in the Property and mold throughout the living areas of the Property, SDFH, LIBERTY, and DOE DEFENDANTS also created or permitted a condition to exist in the Property that was an obstruction to PLAINTIFFS free use of the Property, so as to interfere with PLAINTIFFS' comfortable enjoyment of life and Property.

116. SDFH, LIBERTY, and DOE DEFENDANTS' failure to provide the Property free of water-intrusion and mold, and failure to remedy the conditions when informed of the same intentional and unreasonable.

117. SDFH, LIBERTY, and DOE DEFENDANTS' failure to provide the Property free of water-intrusion and mold, and failure to remedy the conditions when informed of the same was negligent.

118. The Property in this unsafe and uninhabitable condition substantially interfered with PLAINTIFFS' use and enjoyment of the Property.

119. An ordinary person would reasonably be annoyed or disturbed by SDFH, LIBERTY, and DOE DEFENDANTS' conduct and the condition of the Property.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

120. PLAINTIFFS did not consent to SDFH, LIBERTY, and DOE DEFENDANTS' conduct or the condition in which SDFH, LIBERTY, and DOE DEFENDANTS maintained the Property.

121. As a result of SDFH, LIBERTY, and DOE DEFENDANTS' conduct as alleged herein, PLAINTIFFS were harmed.

122. SDFH, LIBERTY, and DOE DEFENDANTS' conduct was a substantial factor in causing PLAINTIFFS' harm.

123. The seriousness of PLAINTIFFS' harm far outweighs the public benefit of any of SDFH, LIBERTY, and DOE DEFENDANTS' conduct as alleged herein.

124. As a result of the foregoing, PLAINTIFFS are entitled to recovery of damages from SDFH, LIBERTY, and DOE DEFENDANTS.

**SIXTH CAUSE OF ACTION BREACH OF IMPLIED COVENANT OF PEACEFUL AND QUIET ENJOYMENT**

**(All Plaintiffs Against All Defendants)**

125. PLAINTIFFS incorporate in this cause of action the allegations of paragraphs 1 through 124 and are incorporated herein by this reference.

126. Implied in the subject rental agreement was an implied covenant of quiet enjoyment by which SDFH, LIBERTY, and DOE DEFENDANTS impliedly promised the PLAINTIFFS possession of the Property during the Lease term and to not, through acts or omissions, create conditions which would disturb the PLAINTIFFS' possession and beneficial use and enjoyment of the premises for the purposes contemplated by the Lease.

127. PLAINTIFFS are informed and believe that defendants breached the implied covenant for the above-described reasons by failing to supply PLAINTIFFS with an appropriately safe and secure living environment and a residence that was habitable. SDFH, LIBERTY, and DOE DEFENDANTS' breach of the implied covenant of quiet enjoyment worsened over time as defendants engaged in improper acts and omissions, including failing to remedy the water intrusion and mold conditions at the Property, failing to adequately test the air after being given notice of the mold conditions at the Property, and failing to provide PLAINTIFFS with a habitable alternative

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA CALIFORNIA 92081

residence with which they could enjoy the use of their residence for its intended purpose.

128. SDFH, LIBERTY, and DOE DEFENDANTS failed to remedy the damp home environment, water-intrusion, mold contamination and other defects in the Property.

129. As a proximate and legal result of defendants' acts and omissions in breaching the implied covenant of quiet enjoyment, plaintiffs have suffered damages in excess of the minimum jurisdiction as previously described.

## PRAYER FOR RELIEF

**WHEREFORE,** the individual PLAINTIFFS, and each of them, pray as follows:

1. For general, statutory, special, incidental, and punitive damages according to proof at trial;
2. For prejudgment interest;
3. For attorney's fees;
4. For costs of suit; and
5. For such other relief as the court may deem just and proper.

## DEMAND FOR JURY TRIAL

PLAINTIFFS hereby demands a trial by jury as to all issues and causes of action.

Dated: September 1, 2023

Respectfully submitted,

**THOMPSON & BELNAP**

By: ______________________

Gregory J. Belnap, Esq.
Heather N. Phillips, Esq.
*Attorneys for PLAINTIFFS*
Travis Smith, Danielle Smith, A.R.S., & C.A.L.S.

THOMPSON & BELNAP
ATTORNEYS AT LAW
400 S. MELROSE DRIVE, SUITE 111
VISTA, CALIFORNIA 92081

# EXHIBIT 1

# LEASE AGREEMENT

| | | | | |
|---|---|---|---|---|
| **COMMUNITY** Admiral Hartman | | | | |
| **UNIT NUMBER** 00395 | **UNIT ADDRESS** 2245 Reed Ave | | | **UNIT TYPE** 3Bdr2Bth |
| **CITY** San Diego | **COUNTY** San Diego | | **STATE California** | **ZIP** 92109 |
| **1. CURRENT DATE** (MM/DD/YYYY) 09/14/2019 | **2. LEASE COMMENCEMENT DATE** (MM/DD/YYYY) 09/18/2019 | | | **3 . LEASE END DATE** (MM/DD/YYYY) 03/17/2020 |
| **4. RESIDENT(S) - INDIVIDUAL(S) RESPONSIBLE FOR LEASE** | | | | |
| a. NAME (Last, First, Middle Initial) Smith, Travis | b. Pay Grade E06 | c. Branch Navy | d. Duty Station/ UIC N[redacted] | e. Home Phone [redacted] |
| a. Smith, Danielle | b. | c. | d. | e. [redacted] |

| | |
|---|---|
| **5. MONTHLY RENT** | Monthly Amount: $__BAH__, subject to adjustment as provided in Section 5 |
| **6. SECURITY DEPOSIT (If applicable, see Section 6 below)** | $ 0.00, to be held at the following federally insured bank, subject to the terms of this Lease: |
| **7. LATE CHARGE** | $25.00 per occurrence (applied if Rent is received after the fifth day of the month following date due; Rent is due in arrears, on the last day of each calendar month) |
| **8. REFUSED PAYMENT CHARGE** | $25.00 for each refused payment |

**9. UTILITIES PAID BY OWNER:** Except as otherwise set forth in Section 9 of this Lease, Rent includes the following utilities and services: water, sewer, trash and consumption of gas, oil and steam

**10. RENT PAYABLE TO MANAGEMENT OFFICE:**
San Diego Family Housing, LLC, at the General Management Office designated in the attached Community Policies

**11. LIST OF ALL OCCUPANTS (including all children)** (Do not list any from Number 4 above)

| 1a. NAME (Last, First, Middle Initial) | b. DATE OF BIRTH | c. RELATIONSHIP |
|---|---|---|
| SMITH, C[redacted] | 09/07/2010 | Child |
| 2a. SMITH, A[redacted] | b. 12/12/2008 | c. Child |
| 3a. | b. | c. |
| 4a. | b. | c. |
| 5a. | b. | c. |
| 6a. | b. | c. |

**12. EMERGENCY CONTACT**

| | | |
|---|---|---|
| a. NAME Brian Rubio | b. RELATIONSHIP Brother-In-Law | c. TELEPHONE [redacted] |

**13. SPECIAL PROVISIONS AND ADDITIONAL AGREEMENTS:**
Transfer within 63126, PUK/MI 09/18/19, MO 09/22/19

*LEASE AGREEMENT*

**READ AND ACCEPTED BY:**

X DocuSigned by: [signature] 30145BFA61E2486... T — Travis Smith
**PRINTED NAME**

X DocuSigned by: Danielle Smith D8AB359B5DDF410... D — Danielle Smith
**PRINTED NAME**

OWNER:

SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company

By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: Anderlan Walters

Name: Anderlan Walters

Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# *LEASE AGREEMENT*

**THIS LEASE AGREEMENT** (this "Lease") is made on the "Current Date" listed in Box 1 of Page 1, between San Diego Family Housing, LLC (the "Owner"), acting by and through its authorized agent, Lincoln Military Property Management LP ("Agent") and the individuals referenced in this Lease in Box 4 of Page 1 (collectively referred to as "Resident").

THE PARTIES AGREE AS FOLLOWS:

1. **Parties to Lease**. Subject to the terms and conditions of this Lease, Owner rents to Resident and Resident rents from Owner, the unit referenced on Page 1 of this Lease (the "Premises"). The Premises is to be used for residential use only, with exceptions permitted *solely* upon written approval of Owner. The Premises is managed by Agent. Agent's address and phone number are specified in Box 10 of Page 1. Agent is authorized to manage the Premises on behalf of Owner and to give and accept notices, demands and service of process on behalf of the Owner.

   (a) **Military Eligibility:** Resident's eligibility for residing in the Premises is conditioned upon their continuous eligibility for Military Family Housing under Navy regulations/instructions/rules, this Lease, and any applicable local, state and/or federal laws.

   (b) **Change in Eligibility Status:** Resident agrees to immediately notify Owner and Agent in writing of any such change in referral eligibility status. If Resident becomes ineligible and does not notify Owner and Agent, and fails to vacate the Premises, Resident is in material breach of this Lease and is subject to legal action to recover possession of the Premises and for all outstanding monies due under the terms of this Lease. In addition, Resident agrees to be liable for the full market rent of the Premises, calculated from the time Resident became ineligible until the time he or she vacates the Premises.

2. **Premises**. The Premises is located in the community and state identified at the top of Page 1 of this Lease. The term "Premises" includes the housing unit identified at the top of Page 1 of this Lease, as well as the associated front and back yards, garage, driveway, designated storage unit, designated parking, and carport, as applicable.

3. **Term/Automatic Renewal**. The initial term of this Lease is for the period commencing on the date set forth in Box 2 of Page 1 and ending on the date set forth in Box 3 Page 1. After expiration of the initial term, this Lease will automatically convert to a month-to-month tenancy. Owner may terminate this Lease at the expiration date by giving Resident at least 30 days (or 60 days if Resident has occupied the Premises for more than one year) written notice before the expiration date above or, if this Lease has renewed on a month-to-month basis, Owner may terminate this Lease by giving Resident at least 30 days (or 60 days if Resident has occupied the Premises for more than one year) written notice before such termination. Resident may terminate this Lease at the expiration date by giving the Owner at least 30 days written notice before the expiration date above or, if this Lease has renewed on a month-to-month basis, Resident may terminate this Lease by giving Owner at least 30 days written notice before such termination.

4. **Compliance with Laws**. Resident shall comply with all state and federal laws applicable to this Lease and Resident's use of the Premises.

5. **Rent**. Except as otherwise set forth in Section 9 of this Lease, the rent and Owner provided utilities ("Rent") shall be an amount not to exceed the Basic Allowance for Housing ("BAH") at the With Dependents rate for Resident's duty station and military grade if the Resident's duty station is at Naval Base San Diego or a Naval Installation in California, or at the With Dependents rate that would be charged for the Resident's military grade at the Premises if the Resident's duty station is not at Naval Base San Diego or a Naval Installation in California. Rent shall be payable in arrears on the first day of the month for the previous month's rent. The monthly Rent installment will begin in the amount set forth in Box 5 on Page 1 of this Lease, due in accordance with the payment option (allotment or direct payment) as selected below. If more than one Resident is a service member, the Rent for the Premises will be equal to the BAH of the senior Resident service member at the With Dependents rate. Except as otherwise set forth in Section 9 of this Lease, rent includes the following utilities and services: water, sewer, trash and reasonable consumption of gas, oil, steam and electric.

   If Resident's BAH rate changes at any time for any reason, Resident must notify Owner within fifteen (15) business days of the change. Resident shall be responsible for the payment of Rent at the changed rate from the effective day of any change and payable when received by Resident. Resident agrees that the foregoing

constitutes effective notice from the Owner that the increase in the amount of the monthly Rent will take effect upon any increase in Resident's applicable BAH. In the event the Resident becomes ineligible for BAH, the Rent will be equal to the Resident's BAH immediately prior to the Resident's ineligibility. Resident shall deliver to Owner a security deposit equal to one month's base rent (set forth in Box 5 on Page 1 of this Lease) within fifteen (15) business days of the change in eligibility, and notwithstanding anything to the contrary herein, Rent shall be payable in advance on the first day of each month.

If this Lease begins after the 1st day of the month, Resident shall pay the prorated amount upon the first day of the following month. Rent not paid by the 5th calendar day after the due date will be considered late and will be subject to a late charge as set forth in Box 7 of Page 1. Late charges do not apply to Resident choosing to pay Rent by allotment when the allotment is not received by Owner due to causes outside of Resident's control. Rent and all other charges owed by Resident pursuant to this Lease and not paid by Allotment will be payable by personal check, certified check, cashier check, Electronic Funds Transfer (EFT), or money order at the address specified in Box 10 on Page 1.

X    Allotment Option: Resident chooses to pay Rent through allotment from the senior service member Resident's pay account to Owner. Resident is responsible for paying all rent and charges due until the Allotment (defined below) has commenced. If Resident is not receiving Resident's BAH at the time of entering into this Lease, payment is not due until the date the Resident receives it, but Rent is owed from the Commencement Date of this Lease. The Allotment will be increased/decreased by Resident when increases/reductions occur to the senior service member Resident's BAH rate. It is Resident's responsibility to make adjustments in the Allotment to reflect any changes in Resident's BAH rate. Resident shall execute all required documents that are necessary to make monthly payments ("Allotment") equal to the amount set forth in Box 5 on Page 1 of this Lease (as may be modified by Box 13 on Page 1 of this Lease.) at Lease signing and agrees to take no action to terminate such Allotment without making arrangements with Owner. If Resident's Allotment is terminated while Resident is still in possession of the Premises without written permission from Owner, Resident will be considered in material breach of this Lease, unless such termination is beyond Resident's fault or control.

DocuSigned by: [signature] 30145BFA61E2468... ______________________________ **(Sign here to accept this option)**

Direct Payment Option: Resident chooses to make Rent payments directly to the Owner, in arrears, on the last day of each month, without notice, to the Owner's office specified in Block 10 on Page 1, or to such other person or at such other address as Owner may provide to Resident. A security deposit equal to one month's Rent is being held at the bank identified in Box 6 on Page 1 ("Security Deposit").

______________________________ **(Sign here to select this option)**

**RENT IS PAYABLE, IN ARREARS, ON THE FIRST DAY OF EACH MONTH. FOR EXAMPLE, IF THE RESIDENT TAKES POSSESSION ON APRIL 1ST, THEN THE FIRST MONTH'S RENT IS DUE ON MAY 1st. THEREFORE, IF THIS LEASE TERMINATES ON NOVEMBER 15TH, THE RESIDENT WILL OWE FIFTEEN DAYS OF RENT (FOR NOVEMBER 1 – NOVEMBER 15) UPON TERMINATION OF THIS LEASE AND MAY OWE MORE IF THE PREMISES IS DAMAGED OR IF RESIDENT IS IN DEFAULT UNDER THIS LEASE.**

6. **Security Deposit**. If Resident has chosen the direct payment option for Rent, the Security Deposit is due and payable on the date in Block 2 of Page 1 of this Lease, in the amount set forth in Block 6 of Page 1 of this Lease. The Security Deposit, if any, will be held at the bank set forth in Block 6 of Page 1 of this Lease, or such other bank as may be selected by Owner with notice to Resident. All or any portion of the Security Deposit may be used, as reasonably necessary, to: **(i)** cure Resident's default in payment of Rent (which includes late charges, return payment fees or other sums due); **(ii)** repair damage, excluding ordinary wear and tear, caused by Resident, Occupant, Guest or licensee of Resident; **(iii)** clean Premises, if necessary, upon termination of the tenancy; and **(iv)** replace or return personal property or appurtenances.

**SECURITY DEPOSIT SHALL BE REQUIRED UNLESS THE ALLOTMENT OPTION ABOVE IS SIGNED. THE SECURITY DEPOSIT SHALL NOT BE USED BY RESIDENT IN LIEU OF PAYMENT OF LAST MONTH'S RENT.**

If all or any portion of the Security Deposit is used during the tenancy, Resident agrees to reinstate the Security Deposit within five (5) days after written notice is delivered to Resident. Within twenty-one (21) days after

Resident vacates the Premises, Owner shall furnish or return by personal delivery or first class mail postage prepaid to Resident: **(1)** an itemized statement indicating the amount of any security deposit received and the basis for its disposition; and **(2)** any remaining portion of the Security Deposit.

Security deposit will not be returned until all Residents, Occupants and Guests have vacated the Premises. Any security deposit returned by check shall be made out to all Residents named on this Lease, or as subsequently modified.

**7.** **Late Charge/Refused Payment Charge**. Resident acknowledges late payment of Rent or the refusal of an Allotment or EFT payment may cause Owner to incur costs and expenses, the exact amounts of which are extremely difficult and impractical to determine. These costs may include, but are not limited to, processing, enforcement and accounting expenses, and late charges imposed on Owner. *If any installment of Rent due from Resident is not received by Owner or postmarked by the 5th calendar day after the date due, unless paid by Allotment, Resident shall pay to Owner a late charge for such monthly installment as set forth in Box 7 of Page 1* ("Late Charge").

Resident and Owner agree that the Late Charge represents a fair and reasonable estimate of the costs Owner may incur by reason of Resident's late or returned payment. Any Late Charge shall be paid with the current installment of Rent. Owner's acceptance of any Late Charge shall not constitute a waiver as to any default of Resident. Owner's right to collect a Late Charge shall not be deemed an extension of the date Rent is due under Section 5 or prevent Owner from exercising any other rights and remedies under this Lease and as provided by law.

If an Allotment is refused (thereby causing the rent to be late), Resident shall pay to Owner a refused payment charge as set forth in Box 8 of Page 1 ("Refused Payment Charge").

Checks returned due to insufficient funds will not be re-deposited. If a check is returned to the Owner, the Resident will be served legal notice and assessed a twenty-five dollar ($25.00) fee. For future payment, the Resident will be required to pay by certified check or money order. If the Resident does not redeem the returned check with a money order or cashier's check by the expiration of legal notice, the Owner may initiate eviction proceedings.

**8.** **Condition of Premises Upon Commencement Date**. (Select A or B below, as applicable, and strike the alternate provision.)

A. FOR RESIDENTS NOT IN POSSESSION AT TIME OF LEASE SIGNING:

Owner and Resident have jointly examined the Premises and are satisfied with its physical condition, order, and repair. Owner has provided Resident with a Move-In Condition Form, which they have jointly signed. Within five (5) days after the later of (i) the date on which the Resident takes occupancy of the Premises or (ii) commencement of this Lease, Resident shall provide Owner with a list of any other items that are damaged or not in operable condition. A Move-In Condition Form and an Inventory Report will be provided to Residents occupying Premises with furnishings.

Resident accepts the Premises "as is" as of the date in Block 2 on Page 1 of this Lease and acknowledges receipt of a copy the Move-In Condition Form, which has been signed by the Owner and the Resident.

B. FOR RESIDENTS IN POSSESSION AT TIME OF LEASE SIGNING:

Resident acknowledges that it is in possession of the Premises on the date in Block 2 on Page 1 of this Lease and Resident accepts the Premises "as is" as of the date Resident commenced occupancy of the Premises, which condition is described in Resident's original Move-In Condition Form, a copy of which will be filed with the Owner upon receipt and will be provided to Resident upon request.

**9.** **Utilities**. Rent includes the following utilities and services: water, sewer, trash and consumption of gas, oil, steam and reasonable consumption of electric. Resident shall be responsible for any other services directly contracted with the service provider (e.g., the payment of telephone, cable and internet, to the extent not

provided to the Premises by Owner). Notwithstanding the foregoing, the Owner has agreed to implement the Resident Energy Conservation Program (RECP) more particularly described in the RECP Addendum attached to this Lease. Such RECP Addendum contains additional terms and conditions that govern the consumption and payment of certain utilities by Resident.

10. **Occupancy and Permitted Use.** Only people listed in Box 4 and Box 11 of Page 1 may occupy the Premises. Residents may not allow any person not listed in this Lease to reside in the Premises in excess of fourteen (14) consecutive days and not more than thirty (30) days during any one-year period, without Owner approval. Owner may approve requests on a case-by-case basis. Residents must notify Owner, in writing and in accordance with the Community Policies (a copy of which is attached hereto and incorporated herein by reference) (the "Community Policies"), of Guests who plan to stay for more than fourteen (14) consecutive days. Resident shall inform Owner of any change in occupants to be listed in Box 11 of Page 1. Resident agrees to use and maintain the Premises as a private residence only, except as permitted solely upon written approval of Owner.

11. **Occupancy.** If, at the commencement of the Term, Owner is unable to deliver possession of the Premises for any reason: (i) Resident shall not be obliged to pay Rent until possession is delivered; (ii) Owner, at its option, may relocate Resident to another comparable Premises in the Community; and (iii) if possession is not delivered, or Resident is not relocated, as specified above, then Resident shall have the right to terminate this Lease by giving Owner no less than three (3) business days' written notice prior to Owner's delivery of possession.

12. **Pets.** No animal or pet shall be kept on or about the Premises except for those used as service or guide animals and those included in the Community Policies, even temporarily, without Owner's prior written consent. The Resident must sign a separate Cat and Dog Addendum prior to allowing any cat or dog to be on or in the Premises. The Cat and Dog Addendum is incorporated into and becomes a part of the terms of this Lease.

13. **Water-Filled Furniture.** Resident shall not use or have waterbeds or other water-filled furniture or other water-filled personal property on the Premises unless: (i) Resident maintains a valid water damage insurance policy and provides Owner with a copy; and (ii) the water-filled furniture or other water-filled personal property conforms to the floor load capacity of the Premises. Water-filled personal property does not include a single 20-gallon or less aquarium for pet fish.

14. **Rules/Regulations.** Resident agrees to comply with Owner rules and regulations that are included in the Community Policies and from time to time posted in the Community or delivered to Resident. Resident shall not, and shall ensure that Occupants, Guests and licensees of Resident shall not, disturb, annoy, endanger or interfere with other residents of the Community, or use the Premises for any unlawful purposes, including, but not limited to, using, manufacturing, selling, storing or transporting illicit drugs or other contraband, or violate any law or ordinance, or commit a waste or nuisance on or about the Premises. Resident has been provided with and acknowledges receipt of a copy of the Community Policies including the Rules and Regulations. In addition, Resident acknowledges that Owner may, with written notice provided to Resident in accordance with applicable law, to revise or otherwise update the Community Policies from time to time during the Lease term and Resident agrees to comply with such updated Community Policies.

15. **Alterations/Decorating.** Unless otherwise allowed by law or with the prior written consent of Owner, (i) Resident shall not make any alterations or improvements in or about the Premises including: exterior painting, wallpapering, adding or changing locks, or using screws, fastening devices, large nails or adhesive materials upon the walls of the Premises, (ii) Owner shall not be responsible for the costs of alterations made by Resident, Occupant or Guest, (iii) Resident shall not deduct from Rent the costs of any alterations or improvements, and (iv) any deduction made by Resident shall be considered unpaid Rent. Resident agrees to indemnify and hold harmless Owner as to any mechanics lien recordation or proceeding caused by Resident's, Occupant's or Guest's action or inaction. A "mechanics lien" is a workman's claim against property owners for the value of work performed for which the workman has not been compensated. Residents are only authorized to affix pictures with small nails in the walls and to hang window treatments with tension rods or hardware that is already installed in the Premises. Residents of historic homes must comply with further restrictions as outlined in the Historic Homes Addendum. Notwithstanding the foregoing, Resident may submit a request to Owner, in writing, for reasonable accommodation of the dwelling for a bona fide medical condition. Such requests shall be reviewed by Owner and granted on a case by case basis.

**16.** **Maintenance**. Resident shall properly use, operate and safeguard the Premises, including if applicable, any privately fenced yard, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, and keep them and the Premises clean and sanitary. Resident shall report all needed repairs to the Owner (the procedure for requesting repairs and emergency services is addressed in the Community Policies). Resident shall be responsible for checking and maintaining all smoke and carbon monoxide detectors and any additional phone lines installed for personal use beyond the line the Owner shall provide and maintain. Resident shall immediately notify Owner, in writing, of any problem, malfunction or damage. Resident shall be charged for damages caused by Resident, Occupant, pets, Guests or licensees of Resident, excluding ordinary wear and tear. Resident shall be charged for all damage to the Premises as a result of failure to report a problem in a timely manner. Resident shall be charged for repair of drain blockages or stoppages caused by Resident, Occupant or Guests. Resident's failure to properly use, operate or maintain any item for which Resident is responsible shall give Owner the right to hire someone to perform such maintenance and charge Resident to cover the cost of such maintenance. Maintenance of the landscaping is the responsibility of the Owner, with the exception of any fenced area, which is the responsibility of the Resident.

**17.** **Waiver**. The waiver of either party of any breach will not be construed to be a continuing waiver of any later breach. If Owner receives the Rent with the knowledge of any violation of this Lease, this will not be deemed a waiver of the breach. No waiver by either party will exist unless made in writing and signed by all parties to this Lease.

**18.** **Joint and Individual Liability**. If there is more than one Resident, each one shall be individually and completely responsible for the performance of all obligations of Resident under this Lease, including, but not limited to, any damage caused to the Premises or Community by the Resident, Occupant or Guest, jointly with every other Resident, and individually, whether or not in possession.

**19.** **Entry onto the Premises**. The Owner or its representatives may enter the Premises as follows:

(1) without notice in case of an emergency or when the Resident has abandoned or surrendered the Premises;

(2) upon forty-eight (48) hours written notice to Resident to (a) make necessary or agreed repairs, alterations or improvements, (b) supply necessary or agreed services, (c) accomplish preventive maintenance, or (d) exhibit the Premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors; or

(3) oral or other permission provided by Resident to the Owner or its representatives to (a) make necessary or agreed repairs, alterations or improvements, (b) supply necessary or agreed services, (c) accomplish preventive maintenance, or (d) exhibit the Premises to prospective or actual purchasers, mortgagees, tenants, workers or contractors; or

(4) as otherwise allowed by law.

Resident may be present; however, entry is not conditioned upon Resident's presence. Except in cases of emergency, entry will be during normal business hours, 8:00 a.m. to 5:00 p.m. Monday through Friday, 9:00 a.m. to 1:00 p.m. Saturday (except national holidays). Resident agrees that forty-eight (48) hours shall be reasonable and sufficient notice.

**20.** **Assignment and Sublet**. Resident shall not sublet all or any part of the Premises, or assign or transfer this Lease or any interest in it. Any assignment, transfer or subletting of the Premises or this Lease by voluntary act of Resident, operation of law or otherwise, shall be null and void and, at the option of Owner, terminate this Lease.

**21.** **Breach by Resident**. If Resident breaches this Lease, Owner will be allowed, at Owner's discretion, but not by way of limitation, to exercise any or all remedies provided under applicable law, including the right to recover the amount by which the unpaid Rent for the balance of the Term exceeds the amount that Owner reasonably could have obtained by reletting the Premises.

*LEASE AGREEMENT*

**22.** **Subordination.** This Lease and Resident's rights hereunder are subject and subordinate to all present and future financings secured by property of which the Premises is a part (i.e., lenders with a mortgage lien on the Premises are not bound by the terms of this Lease).

**23.** **Right to Relocate.** Owner reserves the right to relocate Resident due to construction and renovations or habitability conditions. Owner will give Resident no less than a 45-day advance notice. In connection with a relocation due to construction or renovation work, Owner and Resident shall allocate the costs of relocation as set forth in the Construction and Relocation Rider attached hereto. Relocation expenses resulting from habitability deficiencies caused by the Resident, Occupant, or Guests will be at the expense of the Resident. In connection therewith, Resident shall also pay the cost to repair such habitability deficiencies.

**24.** **Hold Harmless.** Resident agrees that Owner, Agent and their representatives do not guarantee, warrant or assure the personal security of Resident or other Occupants. Owner and Agent shall not be liable for death, losses or damages to person or property of Resident, Guests or Occupants, caused by theft, burglary, rape, assault, battery, arson, mischief, war, terrorism, vandalism, fire, smoke (including second-hand smoke from other residences), water, lightning, rain, flood, hail, explosion, sonic boom, interruption of, or spike in, utilities, electrical shock, latent defects, acts of nature or unexplained phenomena, lack of access to land under the control of the Federal Government, acts of other Residents, Occupants or Guests or from any cause other than Owner's or Agent's gross negligence or willful misconduct or as otherwise provided by law. Except with respect to liability of Owner or Agent arising under law, Resident will indemnify and hold harmless Owner, Agent and their representatives from any and all liability including attorneys' fees due to death, loss or damage to the person or property of the Resident, Occupants or others present at the Community with the Resident's consent from any cause other than Owner's or Agent's gross negligence or willful misconduct, and from any liabilities arising as the result of acts or omissions of the Resident, Occupants or others present at the Community with Resident's consent. **Owner shall not be liable to Resident for any lack of access to the Premises, the Community, or any other land under the control of the Federal Government.**

**25.** **Renter's Insurance.**

**a)** Owner does not provide content insurance coverage to Resident families. Resident is strongly advised to carry, at its expense, Resident's own insurance (i.e., "renter's insurance") to protect Resident from any loss or damage within the occupied unit.

**b)** Resident expressly acknowledges that neither Owner nor Agent has made any representations, agreements, promises, or warranties regarding security at the community or premises. Owner and Agent shall have no duty regarding security at the Community other than to make necessary repairs to security devices to the extent provided by this Lease Agreement. Resident understands that Owner and/or Agent may elect to retain one or more independent contractors for lockouts, disturbances, and problems similar in nature. Resident agrees the independent contractor is neither a police force nor a guaranteed deterrent to crime and that Owner and Agent have assumed no responsibility through the retention of the independent contractor. Resident understands and agrees that Owner and/or Agent may alter or cancel the independent contractor without Resident's knowledge or consent. Further, Resident understands and agrees that Owner and Agent have no obligation or liability for the acts or omissions of the independent contractor or other third parties, whether negligent, except as required by law. In the event of criminal activity, Resident should contact the police department immediately. Resident understands that any protective steps Owner or Agent has taken are neither a guarantee nor warranty that there will be no criminal acts or that Resident, Occupants or anyone present with Resident's consent will be free from the violent tendencies of others.

**c)** To the extent permitted by law, Resident releases Owner and Agent and their respective agents, officers, directors, owners, partners, employees, employers and their legal representatives from any claim whatsoever with respect to any personal injury, property damage or death from the criminal acts of others or which is in any way related either to Resident's reliance on any of the safety devices and/or any independent contractor mentioned above or to any defect malfunction or inadequacy thereof.

**26.** **Rental Information.** If rental history or other information on the Resident is requested by federal, state or local law enforcement agencies, Resident agrees that Owner may provide this information without recourse or further written authorization from Resident.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C



27. **Resident's Rights and Obligations Upon Vacating the Premises**. Resident has certain rights and obligations prior to termination of this Lease and vacating the Premises. Those rights and obligations include:

a. The Resident shall (i) give Owner all copies of all keys or opening devices to the Premises, including any common areas; (ii) vacate and surrender the Premises to Owner, empty of all persons and all of Resident's personal property; (iii) vacate any/all parking and/or storage space; (iv) clean and deliver the Premises, as specified below, to Owner in the same condition as referenced in Section 8, excepting ordinary wear and tear; (v) remove all debris; and (vi) give written notice to Owner of Resident's forwarding address.

b. All alterations/improvements left by the Resident at termination and that are made by or caused to be made by Resident, with or without Owner's consent, shall be deemed abandoned and may be disposed of, or retained by, Owner upon termination. Owner may charge Resident for restoration of the Premises to the condition it was in prior to any alterations/improvements. Any personal property left in the Premises after Resident vacates or abandons the Premises may be removed by Owner and handled in accordance with California Civil Code Section 1980 *et.seq.* or as otherwise provided by applicable law.

c. The Resident has a right to a Pre-Move Out Inspection as follows: Within five (5) days after Resident provides Owner with a written notice of intent to vacate, Owner shall perform a pre-move out inspection and inform the Resident in writing of any potential move-out charges that may be assessed. At Resident's option, Resident may attend such pre-move out inspection. Resident shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Lease and any repairs or alterations made to the Premises as a result of this inspection shall be made at Resident's expense by the Owner.

d. Owner shall perform a final move out inspection at the time the Resident vacates the Premises. Except as otherwise provided by law, Resident must attend such final move out inspection. The Resident will be charged a cleaning fee if the Premises is not properly cleaned. The Resident will be assessed charges for any damages to the Premises, except ordinary wear and tear.

28. **Termination by Resident Prior to Expiration of Term**. Resident shall be entitled to terminate this Lease prior to the expiration date for the following reasons:

a. A Resident that is a service member shall have the right to terminate this Lease if: (i) the Resident executes permanent change of station orders; (ii) the Resident executes temporary duty or deployment orders equal to or in excess of ninety (90) days' duration to depart 35 miles or more (radius) from the Premises location; (iii) the Resident is discharged or released from active duty with the armed forces of the United States or the Coast Guard; or (iv) the Resident dies during active duty (in which case an adult member of his or her immediate family or personal representative of the estate may exercise this right). In addition, a Resident that is a service member shall have the right to terminate this Lease as provided in the Service Members Civil Relief Act, as shall Resident's dependents as provided in the Service Members Civil Relief Act.

b. In order to terminate this Lease under Section 28(a) above, Resident (or, in the case of death, an adult member of his or her immediate family or personal representative of the estate) shall provide Owner a written thirty (30) day notice of intent to vacate (accompanied by appropriate forms/documents evidencing the circumstances giving rise to such right). The foregoing thirty (30) day period can be reduced or waived by Owner under special circumstances. If (i) the Resident terminates this Lease early under Section 28(a) above, or (ii) two Residents terminate this Lease under Section 28(c) or 28(e) below, then the terminating Resident(s) will not be assessed a penalty for early termination. However, Resident is still responsible to turnover the Premises in accordance with the other terms of this Lease.

c. If two Residents are service members and only one Resident terminates this Lease under Section 28(a) above, the remaining Resident will not be required to terminate this Lease as to the remaining Resident, but has the option to do so by providing Owner a written thirty (30) day notice of intent to vacate.

In any case wherein the service member Resident elects to terminate this Lease early pursuant to the Service Member Civil Relief Act (SCRA), the termination shall be effective as against any non-service

member Resident. Should the non-service member Resident desire to continue to reside in the Premises, such lessee may request to sign a new lease with the Owner, and the Owner, in its discretion, may approve such lease. Absent such request and approval, the non-service member Resident's right to reside in the Premises shall terminate on the effective date of termination by the service member Resident.

In cases wherein the service member Resident elects early termination authorized by Section 28(a) above but not covered by the SCRA, the following procedures shall apply:

If only one Resident is a military member and if that Resident terminates this Lease under Section 28(a) above in a non-SCRA termination, either the remaining Resident or the Owner may terminate this Lease by providing the other party with a written thirty (30) day notice of termination. In the event such non-military Resident is allowed to remain in the home and occupy the Premises under this Lease, the monthly rental rate for the remainder of the then current term shall continue to be the monthly rent immediately prior to the effective date of termination by the military Resident.

d. The Resident may terminate this Lease with less than thirty (30) days' written notice if military member receives military orders with less than thirty (30) days' written notice. Military members who terminate their Lease early due to receiving such short notice military orders will not be assessed a penalty for early termination nor will they be responsible for fulfilling the entire Lease term.

e. Change in Marital Status:

i. Right of Service Member to Terminate. If only one Resident is a military member and if there is a change in that Resident's marital status, that service member Resident shall have the option of terminating this Lease by providing thirty (30) day written notice to Owner. Such written notice shall be signed by the service member Resident and shall state the desire to terminate this Lease due to a change in marital circumstances. It shall identify one of the following as the change in circumstances: (1) a final decree of divorce, accompanied by a copy of such decree; (2) a written separation agreement, accompanied by a copy of such agreement; or (3) the spouses' desire to terminate the marriage and live separately despite the lack of a court order or written separation agreement and the maintenance of separate residences for at least thirty (30) days prior to the notice of termination. Such Lease termination shall be effective only as to the requesting service member Resident.

ii. Right of Non Service Member Resident to Terminate. In the event that the service member Resident elects to terminate this Lease pursuant to Section 28(e)(i) above, the remaining non service member Resident has the option to terminate by providing Owner with a written thirty (30) day notice. In the event such non-military Resident continues to occupy the Premises under the then current Term, the monthly rental rate for the remainder of the then current term shall continue to be the monthly Rent immediately prior to termination by the military Resident. Following the expiration of their then current Term, no additional renewals or extensions will be available to such non service member Resident.

f. In addition to the provisions set forth above, Resident may terminate this Lease in accordance with any termination rights provided under the applicable residential landlord-tenant law selected in Section 34 of this Lease "Choice of Law".

g. If Resident terminates this Lease early, because Resident is buying a house or other residence, Resident will only be responsible for submitting to Owner a written thirty (30) day notice of intent to vacate and a signed contract for the acquisition of a house or other residence.

h. If Resident intends to terminate this Lease prior to the expiration date of this Lease term (Box 3 on Page 1) for any other reason, Resident must submit a request in writing. Resident will be subject to an Early Termination Fee equal to Two-Hundred and Fifty ($250.00) dollars or other remedies available to the Owner under state law.

*LEASE AGREEMENT*

29. **Termination by Owner Prior to Expiration of Term.** Owner shall be entitled to terminate this Lease if Resident is in default under any of the covenants, terms or conditions of this Lease. In addition, Owner may terminate this Lease for the following reasons:

    a. Misuse or illegal use of the Premises, or conduct of Residents, Occupants and/or Guests which is detrimental to community safety and health;

    b. Unacceptable care of or damage to the Premises;

    c. When the Resident, in the act of apparent abandonment and as a result of voluntary action, ceases to reside personally in the Premises;

    d. Use of the Premises for illegal activities or commercial transactions not permitted in writing by the Owner; or

    e. In the event that the service member Resident elects to terminate pursuant to Section 28(a) above, to the extent permitted under applicable law the Owner has the right to terminate this Lease with respect to the remaining non service member tenant, provided that Owner gives such Resident written thirty (30) day notice of such intent.

    In addition, to the extent permitted under applicable law, the Owner may, with thirty (30) days written notice to the Resident, terminate this Lease upon learning of a change in marital status, regardless of whether the service member Resident elects to terminate this Lease. Change in marital status includes only the following: (1) a final decree of divorce from a court of competent jurisdiction; (2) a written separation agreement; or (3) a voluntary separation of the service member Resident and the non service member for at least sixty (60) continuous calendar days. The service member's absence from the residence due to deployment, military assignment, or military leave, shall not constitute separation for the purposes of this provision absent the written consent of the service member. Notwithstanding any of the above provisions, the Owner shall not have the right to terminate under this section if the service member continues to reside in the Premises and one of the following conditions exist: (1) a court of competent jurisdiction identifies the service member spouse as the primary custodial parent of a minor dependent, or (2) if there is no court order, the written separation agreement identifies the service member Resident as the primary custodial parent of a minor dependent, or (3) if there is neither a court order nor written separation agreement, one or more of the service member's minor dependents continue to maintain his/her principal place of residence in the Premises.

30. **Mutual Termination by Resident(s) and Owner Prior to Expiration of Term.** Debarment to the installation of any Resid[DS initials] ınt of the Premises, may, by mutual agreement of the Resident and Owner, terminate this Lease. [initials] **Resident Initials)**

31. **Damage to the Premises.** If, by no fault of Resident, the Premises is totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render the Premises totally or partially uninhabitable, either Owner or Resident may terminate this Lease by giving the other written notice within thirty (30) days after the date of such damage, which shall be effective retroactively to the date on which the Premises became totally or partially uninhabitable. In this instance the Resident shall not be subject to the Early Termination Fee noted in Section 28(**h**) above. Rent shall be abated as of the date the Premises becomes totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a thirty (30) day period. If this Lease is not terminated, Owner shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Resident's reasonable use of the Premises. If damage occurs as a result of an act of Resident, Occupant or Guests, only Owner shall have the right of termination, and no reduction in Rent shall be made. Resident is responsible for the payment of all damages to the Premises or Community caused by the Resident, Occupant or Guest, even if caused before the commencement date of this Lease.

32. **Attorneys' Fees and Costs.** If any legal action or proceeding is brought by either party to enforce any part of this Lease, the prevailing party will recover, in addition to all other relief, reasonable attorneys' fees and court costs.

**33.** **Registered Sex Offenders**. Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an internet web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

**34.** **Choice of Law**. Owner and Resident agree that this Lease and the contractual relationship between the parties shall be construed exclusively in accordance with, and shall be exclusively governed by, federal substantive law, except that the following state law shall apply: California Civil Code, Sections 1940 – 1954.1(Leasing Land and Dwellings) and 1980 – 1991 (Disposition of Personal Property Remaining On Premises at Termination of Tenancy), California Code of Civil Procedure, Sections 1159 – 1179a (Summary Proceedings For Obtaining Possession of Real Property in Certain Cases) and California state common law interpreting these sections.

**35.** **Time of Essence; Entire Contract; Changes**. Time is of the essence. All understandings between the Parties are incorporated in this Lease and the Community Policies, including Rules and Regulations and Addenda. Its terms are intended by the parties as a final, complete and exclusive expression of their agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Lease is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. Neither this Lease nor any provision in it may be extended, amended, modified, altered or changed except in writing. This Lease, Community Policies and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

**36.** **Notifications**.

**a.** To Resident: Unless otherwise required in this Lease, any notice from Owner to Resident will be valid only if: (i) it is in writing; (ii) it is addressed to Resident at the Premises; and (iii) it is personally delivered to the Premises or sent by mail. The effective date of a notice will be the day it is personally delivered to the Premises or, if it is mailed, two days after the date it is postmarked.

**b.** To Owner: Unless otherwise required in this Lease or by law, Resident will give all required notices to Owner in writing, delivered personally or sent by mail. All such notices shall be addressed to Owner at the address set forth in Box 10 on the first page of this Lease. The effective date of such notice will be the day it is personally delivered or, if it is mailed, two days after the date it is postmarked. This notification section does not apply to monthly payments of Rent.

**37.** **Controlling Document**. In the event of any inconsistency between this Lease and any Addendum, the Addendum will control. In the event of any ambiguity, conflict, inconsistency, or incongruity between the provisions or references of this Lease Agreement and any other exhibits or attachments to this Lease Agreement, then the provisions of this Lease Agreement shall, in all respects, govern and control.

**38.** **Addenda**. Resident acknowledges receipt of the following Addenda, copies of which are attached hereto and are incorporated as part of this Lease.

| | |
|---|---|
| X | Asbestos Containing Materials Addendum |
| X | Cat and Dog Addendum |
| X | Community Policies, dated February 2019 |
| X | Construction and Relocation Rider Addendum |
| | Executive Home Addendum |
| | Historic Home Addendum |
| X | Home Based Business Addendum |
| | Inventory Report |

| | |
|---|---|
| X | Lead Hazard Information and Disclosure Addendum |
| X | Mold Addendum |
| X | Move-In Condition Form |
| X | Satellite Dish & Antenna Agreement |
| X | Proposition 65 Disclosure |
| | Surrounding Land Use Disclosure |
| | Ordnance Disclosure |
| | UDEFT Addendum (if applicable) |
| | Aircraft Noise and Aircraft Accident Risk Disclosure Addendum |
| | Executive Home Lease Termination Agreement |
| | Assistive Animal Addedum |
| X | RECP Addendum |
| | Bed Bug Addendum |
| | Flood Disclosure Addendum |

**39.** **Resident Representations**. This Lease was entered into based upon the representations, information, and statements of the Resident(s) contained in the Rental Application. Resident(s) acknowledge that if any of those representations, information, and statements are found to be misleading, incorrect or untrue, it is a material breach of this Lease and Owner may immediately terminate this Lease and hold Resident(s) responsible for any damages or costs incurred in accordance with the law.

**40.** **Government's Right to Restrict Access for Security Reasons**. Owner and Resident acknowledge that the Government, as represented by the Department of the Navy, has reserved the right to impose access restrictions upon all Resident(s) from time to time as security considerations may require. Such restrictions may include identification checks, searches of vehicles and persons, and any other measures appropriate to the situation. Access to the Premises may be restricted or denied at the discretion of the installation Commanding Officer depending on the nature and severity of the specific force protection or defense conditions. Resident(s) shall not make any claim against Owner if the Department of the Navy imposes such restrictions.

Resident has read and understands this Lease and agrees to be bound by all of its covenants, terms and conditions. Resident acknowledges that Resident will receive a duplicate original of this Lease.

[Signatures Appear on Following Page]

*LEASE AGREEMENT*

**READ AND ACCEPTED BY:**

X DocuSigned by: [signature] 30145BFA61E2486... 9/17/2019
T Date

X DocuSigned by: Danielle Smith D8AB359B5DDF410... 9/17/2019
D Date

OWNER:

SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company

By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: Anderlan Walters
Name: ers
Title: LMH Representative

[Signature Page to Tenant Lease (CA) (Page 1 of 1)]

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# Asbestos Disclosure

This Asbestos Disclosure ("**Disclosure**") is given to _Travis Smith , Danielle Smith_ ("**Resident**") by San Diego Family Housing, LLC ("**Owner**") concurrently with the Lease between Owner and Resident (the "Lease") with respect to the Premises described in the Lease Agreement.

Asbestos is a compound of natural fibrous minerals that has been used commercially in building materials because of its strength, durability, fire retarding capability, and resistance to heat. Asbestos was used more extensively prior to 1981 but may be present in building materials constructed after that date. If such materials are properly maintained and undisturbed, there will be little or no release of asbestos fibers into the air, and the presence of asbestos will not pose a health risk. Disturbance of asbestos-containing materials may occur through activities, such as sanding, pounding, or scraping, that cause the materials to become pulverized and the asbestos fibers to become airborne. When inhaled, asbestos may cause cancer.

Residents may not disturb or attach anything to the walls, ceilings, floor tiles or insulation behind the walls, except in compliance with Community Guidelines. If any repairs need to be made to the walls or floor or ceiling tiles, Residents must notify the Owner in writing immediately, so repairs can be made by qualified personnel.

I Understand and Acknowledge this Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"

DocuSigned by: [signature] 301A5BFA81E2486... 9/17/2019
Date

DocuSigned by: Danielle Smith D8AB359B5DDF410... 9/17/2019
Date

# CAT AND DOG ADDENDUM
# TO LEASE AGREEMENT

1. **COMMUNITY.** Admiral Hartman

2. **PREMISES LOCATION.** Address Specified on Page 1 of the Lease

3. **LEASE DESCRIPTION.**

   a. Lease date: Refer to the Lease Commencement Date on Page 1 of the Lease

   b. Residents *(list all residents)*: Travis Smith , Danielle Smith

   c. Owner: SAN DIEGO FAMILY HOUSING, LLC

4. **CONDITIONAL AUTHORIZATION FOR A DOG OR CAT.** The Owner hereby grants the Resident conditional authorization ("Conditional Authorization") to keep the cat or dog ("Pet") described below in or on the Premises until the Lease terminates, subject to the terms contained in the Lease, the Community Policies and this Cat and Dog Addendum. The Owner may terminate this Conditional Authorization earlier if the Resident's right to occupy the Premises is lawfully terminated or if solely in the Owner's judgment the Resident, Occupant, Guest or Pet violates any of the rules of this Lease, Cat and Dog Addendum or Community Policies. The resident may keep up to two (2) Pets on the Premises, depending on the particular rules relating to the community in which the Premises is located. The Resident should contact the housing office prior to executing this Lease to determine the number of Pets, if any, permitted in the Premises.

   **Resident may not keep or permit the following dog breeds in or on the Premises: Chows, Doberman Pinschers, Presa Canarios, Pit Bulls (American Pit Bull Terrier, American Staffordshire Terrier, Staffordshire Bull Terrier), Rottweilers, any Wolf Hybrid, or any mix of the aforementioned breeds (each, a "Prohibited Dog") in or on the Premises. However, current Residents possessing properly registered Prohibited Dogs as of June 1, 2011 will be permitted to keep their dog(s) in the Premises previously leased to Resident.**

5. **LIABILITY NOT LIMITED.** The Resident is liable for the entire amount of any injury caused by the Pet to a person or property, including, but not limited to, all medical expenses, claims, suits, cleaning, repairing, replacing, de-fleaing, and deodorizing. The Resident hereby indemnifies the Owner for all loss, cost, damage, claims and expense arising out of or relating to Resident's Pet (including, without limitation, reasonable costs of litigation and attorney's fees resulting from any such damage or injury).

6. **DESCRIPTION OF PET(S).** The Resident may keep only the Pets described below in this Cat and Dog Addendum. The Resident may not substitute any other Pet for one of these listed. No Resident, Occupant or Guest may bring any other Pet into the Premises or Community without notifying and receiving the prior consent of the housing office prior to the visit.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

7. **EMERGENCY.** In an emergency involving an accident or injury to the Resident's Pet(s), the Owner has the right, but not a duty, to take the Pet(s) to the following veterinarian for treatment, at the Resident's sole cost and expense:

8. **PET RULES.** The Resident is responsible for the Pet's actions at all times. The Resident agrees to abide by these rules:

- All Pets must be licensed as required by local law.
- All Pets must wear a collar with an identification tag or license tag in accordance with state and local law, be on a leash and be supervised at all times when outside of the Premises. Pets must not be allowed to run free in the Community. The Owner may impose reasonable charges for picking up and/or keeping unleashed Pets. Residents will be responsible for all charges incurred in the event the Owner or local authorities pick up the Pet.
- All Pets must have current rabies shots and other vaccines as required by state and local law.
- Pets that cannot be contained within a four-foot high fence will not be permitted in or on the Premises or Community. Pets may only be tied inside fenced yards (if any) of the Premises of the Resident.
- Resident is responsible for cleaning up after Pet(s) at all times. Fecal matter must immediately be removed from yards, streets, sidewalks, parks, common areas and all other areas, including litter boxes. Immediate cleanup when Pets are being walked is mandatory. Pets must be housebroken.
- Pets are not allowed in swimming pool areas, offices, Community Centers, Community playgrounds, or other recreational facilities in the Community at any time.
- Dogs are prohibited from occupying housing units that are located on the second floor of a housing complex and which housing unit contains a balcony, unless the Resident occupies both the first and second floors of such housing unit.
- Pets must be fed inside the Premises. Resident may not leave Pet food outside the Premises at any time.

9. **ADDITIONAL RULES.** The Owner reserves the right to make changes to the Cat and Dog Addendum as needed. A written copy of any change will be provided to all residents.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

10. **VIOLATION OF RULES.** If the Resident, Occupant or Guest, violates any rule or provision of the Lease, Cat and Dog Addendum or the section of the Community Policies entitled "Pet Policies", the Owner may provide the Resident written notice revoking this Conditional Authorization. If so notified, the Resident must remove the Pet promptly and permanently from the Premises and Community. Any Resident who has been required to remove a Pet due to violations of the Lease, Cat and Dog Addendum or Community Policies will not be permitted to have any Pets on the Premises. Violations include, but are not limited to, receipt of reasonable complaints, as determined by the Owner, in its sole discretion, that the Pet is disturbing other Residents or causing repeated damage to the Premises. The Owner also has all other rights and remedies set forth in the Lease, including, but not limited to, damages, eviction, and attorney's fees to the extent allowed by law.

11. **AGGRESSIVE AND DANGEROUS PETS.** The Resident is responsible for supervising and controlling the circumstances surrounding any human interactions with the Resident's Pet. Any Pet that bites a human, or another animal, regardless of circumstances, is not eligible to reside in the Premises or Community, and must be immediately and permanently removed from the Premises and the Community. All Pet bites must be reported immediately to your local animal control agency and the Owner regardless of when or where the bite occurs.

12. **REMOVAL DUE TO NEGLECT OR MISTREATMENT OF PET.** Residents will be responsible for the proper humane care and treatment of Pets. The Owner may enter, or authorize humane society personnel or local authorities to enter, the Premises and remove a Pet with one day's notice; such notice will be left in a conspicuous place. The Owner may take the necessary action if, the Resident has:

- Abandoned the Pet(s);
- Abused the Pet(s);
- Neglected the Pet(s), including but not limited to:
  - Allowing the animal(s) to urinate and/or defecate indoors;
  - Failing to provide adequate opportunity for the Pet(s) to urinate, defecate and exercise in appropriate areas;
  - Leaving the Pet(s) in the Premises for an extended period of time without food or water;
  - Leaving the Pet(s) in a fenced yard for an extended period of time without proper shelter or water;
  - Failing to care or obtain professional care for a sick or injured Pet.

The Owner will contact a humane society or local authority for pickup of the animal. The Owner has no further responsibility to the Resident or Pet(s) beyond providing contact information to the Resident for the humane society or local authority involved. Any fees to recover the Pet(s) are the sole responsibility of the Resident. Any Resident who has a Pet removed under these circumstances forfeits the Conditional Authorization for all Pets in the Premises.

13. **MOVE-OUT.** Resident will pay for neutralization and deodorization of carpets ("Pet Treatment") upon vacating the Premises regardless of how long the Pet was in the Premises. The Owner will arrange for the services. The Owner will not accept Pet Treatments performed by or contracted by the Resident.

CAT AND DOG ADDENDUM
TO LEASE AGREEMENT

14. **GENERAL.** The Resident acknowledges that no other oral or written agreement exists regarding Pets other than the Lease, this Cat and Dog Addendum and the Community Policies. This Cat and Dog Addendum is considered part of the Lease. It has been executed in multiple originals, one for the Resident and one or more for the Owner.

"RESIDENT"

X DocuSigned by: [signature] 30145DFA61E2458... T
9/17/2019
Date

X DocuSigned by: Danielle Smith D6A0350B5DDF410... D
9/17/2019
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature]
Name: Anderian Watters
Title: LMH Representative

[Signature Page to Cat and Dog Addendum]

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# CAT AND DOG ADDENDUM TO LEASE AGREEMENT

**PET INFORMATION:**

Pet's name: Shadow

Type: Dog

Breed: Lab-Mix

Color: Black

Weight: 60.00 Age: 3.00

City of license: ______

License no.: ______

Date of last rabies shot: ______

Microchip number (if available): ______

Pet owner's name: Travis Smith

Attach recent photo of Pet below (REQUIRED):

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# CAT AND DOG ADDENDUM
# TO LEASE AGREEMENT

**PET INFORMATION:**

Pet's name:______________________________

Type:______________________________

Breed: ______________________________

Color: ______________________________

Weight: 0.00______________ Age: 0.00__________

City of license: ______________________________

License no.: ______________________________

Date of last rabies shot: ______________________________

Microchip number (if available): ______________________________

Pet owner's name:______________________________

Attach recent photo of Pet below (REQUIRED):

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# *COMMUNITY POLICIES*

## *SAN DIEGO FAMILY HOUSING, LLC*

*February 2019*

(AKA: Tenant Guidelines)

# TABLE OF CONTENTS

***General Information*** ............................................................ ***Page***

- Privatization ............................................................ 4
- Office and Maintenance Hours ............................................................ 4
- Common Definitions ............................................................ 4

**Community Policies** ............................................................ **Page**

- Alterations and Decorating ............................................................ 5
- Appliances ............................................................ 5
- Cable Television/Internet/Satellite Dish ............................................................ 7
- Changes in Status ............................................................ 8
- Child Care ............................................................ 9
- Common Areas ............................................................ 9
- Collections ............................................................ 9
- Community Centers & Services ............................................................ 10
- Community Pools for Housing ............................................................ 10
- Community Sports and Recreational Areas ............................................................ 11
- Energy and Water Conservation ............................................................ 11
- Evictions ............................................................ 13
- Fences ............................................................ 13
- Firearms/Weapons ............................................................ 14
- Fireworks ............................................................ 14
- Foster Care ............................................................ 15
- Garages/Carports ............................................................ 15
- Grounds Maintenance ............................................................ 15
- Guests ............................................................ 15
- Holiday Lighting and Decorations ............................................................ 16
- Home Based Businesses/Commercial Enterprises ............................................................ 16
- Housekeeping ............................................................ 17
- Keys/Garage Door Openers/Mailbox Keys ............................................................ 18
- Law Enforcement ............................................................ 19
- Lease Violation Notices ............................................................ 19
- Live-In Care Providers ............................................................ 19
- Locked Out of Residence ............................................................ 19
- Maintenance ............................................................ 19
- Maintenance Tips ............................................................ 21
- Move-In Process ............................................................ 22
- Move-Out Process ............................................................ 23
- Neighbor Relations ............................................................ 23
- Nuisance (Disturbances and Noise) ............................................................ 24
- Occupancy Limits ............................................................ 24
- Parking Regulations ............................................................ 24

- Personally Owned Play Equipment and Community Playgrounds ........................25
- Personal Property Insurance ........................25
- Pest Control ........................26
- Pet Policies ........................26
- Refuse Collection and Recycling ........................27
- Resident Inquiries and Concerns ........................28
- Safety ........................28
- Services - Other ........................31
- Signs ........................31
- Snow and Ice Removal ........................32
- Solicitations ........................32
- Telephone Line Maintenance ........................32
- Temporary Absence from Premises ........................32
- Trampolines ........................33
- Vehicles ........................33
- Wading Pools/Hot Tubs ........................34
- Waste ........................35
- Websites ........................35
- Wildlife/Bird Feeding ........................35
- Yard and Garage Sales ........................35
- Yards – Prohibited Items ........................36
- Termites ........................36

Exhibit A: Cleaning Requirements for Move-Out ........................36
Exhibit B: Disaster Supply Kit. ........................37

## PRIVATIZATION

Your community is one of numerous Navy installations to begin privatizing their family housing communities. As such, San Diego Family Housing, LLC, a public-private venture between a private developer and the Navy, is proud to assume responsibility for the military family Residents' housing needs. Lincoln Military Property Management LP (the Property Manager), as the Agent for San Diego Family Housing, LLC (the Owner), will perform the day-to-day management responsibilities.

In addition to your District Office, there are two General Management Offices serving the southwest region for the following communities:

Lemoore, China Lake and Ventura
3094A Privateer Street
Lemoore, CA 93245

All other communities
3360 Murray Ridge Road
San Diego, CA 92123

The District Office and General Management Offices stand ready to assist the Residents in every possible way to offer superior quality housing services within their community and make their stay a pleasant and memorable one.

## OFFICE AND MAINTENANCE HOURS

Your District Office hours of operation are:

Monday – Friday- 8:30 AM-5:30 PM
Saturday – 9 AM through 1 PM
Sunday - CLOSED
Holidays-Notice will be given

Lincoln-At-Your-Service
Toll Free 1-888-576-4141
Available 24-hours per day – 7 days a week

For life-threatening emergencies please dial 911

## COMMON DEFINITIONS

| | |
|---|---|
| Agent = | Lincoln Military Property Management LP |
| Guest = | Guest of Resident |
| Occupant= | Children, parent, sibling, live-ins |
| Owner = | San Diego Family Housing, LLC |
| Premises = | Home, garage/carport/designated parking, yard(s), storage sheds, patios |
| Quiet Hours = | 10 PM through 7 AM |
| Resident = | Military Member(s), spouse and dependents |

MISSION AND UPDATES TO COMMUNITY POLICIES

Owner and Property Manager's mission is to provide premier military housing, outstanding management and maintenance services to military families who deserve nothing less. We strive to understand the changing needs of military families and consider it our duty to improve the quality of life for those who live in our military housing communities. Accordingly, Owner may, with written notice provided to Resident in accordance with applicable law, revise or otherwise update the Community Policies from time to time during the Lease term and Resident agrees to comply with such updated Community Policies.

## *1. ALTERATIONS and DECORATING*

Any requested alterations to the Premises must be submitted to your District Office in writing. Approval must be granted in writing ***prior*** to starting the work or purchasing materials. The approval will specify the terms and conditions for maintenance and liability. Once approval has been granted, the Resident is responsible for the continued maintenance of the improvement. Section 20 includes additional information on alterations and decorating.

All window treatments must show white to the outside. Colored window treatments will not be allowed. Blinds installed by the District Office may not be removed or replaced except by the District Office.

The Resident is permitted to display the United States flag at the Premises.

## 2. APPLIANCES

All appliances are provided to the Resident. Appliances owned by Resident duplicating those provided by the Owner may not be substituted and must be properly stored. Resident is not to perform any maintenance on appliances other than normal cleaning with non-abrasive kitchen cleaners. The Resident will be responsible for any damage caused by any attempted repairs. Please contact Lincoln-at-Your-Service for assistance.

*Dishwasher*

During the Move-In process your District Office will provide instructions on the operation of the dishwasher and point out any special features. The following are some suggestions for safe and efficient use of the dishwasher:

- Use dishwashing detergent made only for dishwashers (Electrasol, Cascade, etc.).
- Remove excess food and debris before loading.
- Arrange dishes so water can run off.
- Remove paper labels before washing jars or cans.
- Determine if the glassware, dishes, pots and pans are dishwasher safe.
- Wash **by hand** all hand-painted china, woodenware, colored aluminum or cast iron pots and pans, and plastic or rubber dishes/utensils not specifically labeled 'dishwasher safe'.
- Frequently check/clean the filter in the bottom of the dishwasher.

Call Lincoln-at-Your-Service if the dishwasher is not cleaning properly or exhibits any severe hard water staining. Please try these simple tips before calling for service:

1. Always make sure the Jet Dry dispenser is full; 2. Pour two cups of vinegar into the empty dishwasher and run a full cycle every week; 3. Where applicable, disable the 'Heated Dry' setting on your dishwasher; 4. If/when submitting a Service Call, ask the Lincoln-at-Your-Service tech if a special dishwasher cleaner such as 'LemiShine Booster' can help.

*Garbage Disposal*

These units are very handy but must be used with care as they are easily damaged. To properly operate the garbage disposal:

- Keep the drain stopper in when not in use.
- Remove the drain stopper, turn on the *cold* water, and keep it going during the entire operation to thoroughly flush ground waste into the main wastewater lines.
- Turn on the wall switch to start the disposal and feed food waste directly into the disposal.
- *Never* put your fingers or hand or any utensil into a running disposal.
- Run the disposal until food grinding can no longer be heard.
- ***Do not*** put grease, bones, meat gristle, corncobs, glass, foil, bottle caps, cigarettes or other very hard or fibrous foods, or excessive food of any type down the garbage disposal.
- ***Never*** put chemical drain cleaners down the disposal, as serious corrosion and damage may result. Resident will be responsible for any damage caused by improper use.

Prior to calling Lincoln-at-Your-Service for service, please do the following:

- Determine what recently was processed by the disposal before calling. This will help them determine the solution.
- Press the reset button on the bottom of the unit and try the switch again. Refer to the appliance manual or call Lincoln-at-Your-Service and ask for instructions if the reset button cannot be located.
- If the unit is stuck, you may be able loosen it by using an allen wrench in the bottom socket.

*Refrigerator*

Routine cleaning of the refrigerator will improve efficiency and sanitation. The exposed sides of the refrigerator should be cleaned frequently with a damp cloth and mild soap and warm water or a spray cleaner. Abrasive cleansing powders should not be used on the refrigerator. Periodic cleaning of the drip pan under the refrigerator is recommended. If the refrigerator coils are accessible without moving it, periodic vacuuming will help its efficiency.

Call Lincoln-at-Your-Service if the refrigerator is not cooling or freezing properly or if any parts are broken. Please do these simple tests before calling for service:

- If the light is not on, check to see if the power cord is plugged in and check the bulb.
- If the plug is secure and the refrigerator fails to operate, plug another appliance into the same outlet to check for power.
- Check the temperature control dial; it may be turned off. If the refrigerator still does not operate properly, call the Lincoln-at-Your-Service.

Leave the refrigerator on with the temperature control at its normal position if away from the Premises for less than a month. Turn the temperature control to low during longer periods of absence. Placing an open box of baking soda or used coffee grounds in the refrigerator will help to absorb odors. Be sure to discard perishables such as meats, milk, and produce to maintain proper sanitation while away. Please do not leave the refrigerator turned off or unplugged, regardless of the length of time of the absence.

*Stoves, Ovens & Microwaves*

The proper use and care of appliances will not only save utilities and repairs, it will give better results in cooking and baking and may prevent serious injury or fire. Routine cleaning will make preparing for the final inspection much easier. Here are a few pointers that may help:

- Wash drip pans frequently and wipe spilled food from the burners as soon as they have cooled.
- Clean under the stovetop frequently. Spilled grease and food contribute to fires.
- Non- self-cleaning oven - Remove any burned food on the bottom of the oven or on racks with a brush or by soaking in water. Commercial oven cleaners also help. Resident will be charged for any damage to the oven caused by improper cleaning or use.
- Self-cleaning or continuous-cleaning oven - Read the appliance manual for proper use. Call Lincoln-at-Your-Service if the appliance manual is missing. **DO NOT** use oven cleaner or leave racks in the oven during the cleaning process. Resident will be charged for any damage caused by improper cleaning or use. Clean the oven as needed; long-term or accumulated staining and soil is harder to remove.
- Microwaves – Read the appliance manual. **DO NOT** put metal objects in microwave. Supervise use at all times.

*Water Heaters*

**Do not** attempt to adjust temperature or any type of setting or valves on the water heater. Tampering with water heater valves can be dangerous. Leaks, breaks or lack of hot water should be reported to Lincoln-at-Your-Service immediately. NEVER use the space surrounding the water heater for storage; it is a serious fire hazard.

While automotive repairs are not allowed anywhere on or in the Premises or in the Community, it is vitally important that such work not take place in any area where natural gas water heaters may be located. The results could be deadly.

## 3. CABLE TELEVISION/INTERNET/SATELLITE DISH

Resident is financially responsible for all costs incurred for installation of cable TV and/or Internet service or connections other than those provided by the Owner. Additionally, all costs for cable and internet service not provided by the Owner are payable by the Resident.

Each home is equipped with at least one cable TV connection. The names of the cable companies serving the Community will be provided at Move-in. Prior written approval from your District Office is required for installation of additional hook-ups. Request forms are available from your District Office.

Satellite dishes (25 inches or less) are permitted with prior written approval. An antenna or dish may receive but may not transmit signals with the exception of internet service. Requirements and request forms are available from your District Office. Approval is required *before* installation; we strongly recommend seeking approval before signing a contract. Satellite dishes may not be attached to the exterior of the building and must be placed on a tripod within the personal space of the home. For example: on a patio, balcony or in a fenced backyard. Under no circumstances should you drill into the building to route wiring or affix the dish. They may not be placed in the front of your home without a written exception to policy from the Management.

Your Satellite dish is expensive to replace so we recommend that you carry additional Renter's Insurance on it.

Please respect your neighbor's right to the quiet enjoyment of their home by controlling the volume of your televisions and stereos. Please note that CB base stations or radio/television aerials and wires are not permitted on any part of the premises.

## 4. CHANGES IN STATUS

*BAH Change*

When Resident's BAH rate changes, at any time for any reason, Resident must notify the District Office within fifteen (15) business days of the change and complete any necessary documentation. Resident will be responsible for the payment of Rent at the changed rate from the effective day of any change and payable when received by Resident. Resident agrees that the foregoing constitutes effective notice from the Owner of the change in the amount of the monthly Rent, which will take effect upon any increase in Resident's applicable BAH. Failure to notify the District Office of an increase in the BAH does not alleviate Resident responsibility for payment of the changed Rent, and may result in late fees being assessed.

*Change in Rank or Family Composition*

When Resident's military rank or family composition changes, (i.e., increase or decrease in dependents or change in marital status), Resident must notify the Management Office within fifteen (15) business days of the change.

In the case of a change in family composition, the Resident may move into larger Premises by getting on the referral list at the Housing Office for the larger Premises. Once Premises become available, Resident will be responsible for all costs associated with the move.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C



In the case of an increase in military rank that allows for larger Premises, the Resident may move to larger Premises by being placed on the referral list at the Housing Office for the larger Premises. Once the Premises become available, and if approved by Owner, Resident will be responsible for all costs associated with the move.

## 5. CHILD CARE

Resident may provide in-home childcare ONLY through participation in the Child Development Homes program. Resident must be certified through the Navy sponsored Child Development Program if childcare is conducted in the Premises for more than 10 cumulative hours per week (i.e., Resident cares for three children for four hours is 12 hours of child care). **Resident must also comply with all applicable state and local laws regarding childcare. Conducting an unauthorized childcare business shall result in an immediate cease of operations and may also result in eviction.**

## 6. COMMON AREAS

All common areas, including but not limited to parking lots, stairwells, breezeways, jogging trails, laundry rooms, courtyard areas, the grounds surrounding the Premises, clubrooms, sport courts, creeks, lakes and pools must be kept clear at all times of trash, refuse and other obstructions. Please be aware that all items left unattended in common areas may be removed and disposed of by the District Office without notification.

Common areas are for the use and enjoyment of all Residents at the Community. Any Resident, Occupant or Guest(s) behaving in an unreasonable, illegal and/or offensive manner will be required to leave the common areas and such conduct shall constitute a breach of the Lease Agreement.

## 7. COLLECTIONS

*Rent Collections:*

Residents who have not paid their rent by the fifth calendar day after the due date will be assessed a twenty-five dollar ($25.00) late fee. In addition, a Notice to Pay Rent or Quit will be served upon the Resident in accordance with California or Nevada state law, as applicable. Your District Office, upon notification to the Housing Office, will initiate eviction proceedings against any Resident who has not paid their rent. In the event that a Resident cancels their allotment prior to vacating their home, a legal notice to pay rent or quit will be served upon the Resident and they will be required to vacate or reinstate their allotment. Since electronic transfers are made twice per month, late fees will not be assessed in those cases for which the electronic transfers occur after the fifth calendar day after the date rent is due.

*Outstanding Charges:*

Residents who move-out of a Community with a balance owing will have thirty (30) days to pay all amounts owed in full. Any outstanding balance still owed after thirty (30) days of vacating, Agent will pursue payment from the Resident through a collections agency.

*Returned Checks:*

Checks returned due to insufficient funds will not be re-deposited. If a check is returned to the Agent, the Resident will be served with a legal notice and assessed a twenty five dollar ($25.00) fee. For future payment, the Resident will be required to pay by certified check or money orders. If the Resident does not redeem the returned check with a money order or cashier's check by the expiration of the legal notice, the Agent may initiate eviction proceedings.

*Payment Plans:*

In extraordinary circumstances, your District Office with the prior approval of the Regional Property Manager may arrange payment plans. Payment plans will not extend for a period longer than three (3) calendar months and will not be allowed unless the Resident is able to pay an initial "good faith payment" at minimum of 50% of the dollar amount past due or owed. Payment plans will become void if the Resident is late with any arranged payment by more than five (5) calendar days.

## 8. COMMUNITY CENTERS & SERVICES

Each Community may have the use of a center(s) (if applicable) for social events, classes, Community projects and other related events. The following policies are to be followed by the Resident:

- Resident, Occupants and Guests will comply with and obey all safety and posted regulations in the Community Centers.
- Resident shall immediately report any malfunctioning equipment in the Community Centers.
- Resident is solely responsible for the behavior and actions of the Occupants and Guests at the Community Centers.

Please keep in mind that from time to time the Owner may provide various services, equipment and facilities for Resident's use at their own risk. Resident acknowledges that the use of the services or facilities may be canceled or modified at any time, at the sole discretion of Owner, and Resident will not be entitled to any reduction in Rent.

## 9. COMMUNITY POOLS FOR HOUSING

For pools located in military housing, all Residents, Occupants and Guests must observe the posted pool regulations as established by the City/County. These regulations include but are not limited to the following:

- An Occupant or Guest under the age of 14 must be accompanied and supervised by a parent, guardian or legal custodian, or a suitable and responsible representative over the age of 18, at all times.
- A Resident or Occupant must accompany Guests at all times.
- Radio and CD players may only be used with earphones.
- All Residents, Occupants and Guests are to refrain from loud or profane language and are required to conduct themselves in a manner that is not offensive to those around them.
- Only swimwear is allowed in the pool; cutoffs are not allowed.
- Floats (excluding safety floats for children), toys and air mattresses are prohibited in the pool and pool area.
- Pets, other than guide animals, are not permitted in the pool area.
- Glass objects are prohibited in the pool area.
- All other regulations posted in the Community and at the Pool.

Identification may be requested any time to assure that only Residents/Occupants and their Guests use the pool.

## *10. COMMUNITY SPORTS AND RECREATIONAL AREAS*

Use of sport and recreational areas are at the Residents, Occupants and Guests own risk. Property Manager is to be held harmless for any and all injuries, accidents, or losses suffered while using facilities, other than those that may result from the negligence or willful misconduct of Property Manager. Please refer to the Lease for further information. Property Manager does not make any warranties concerning the equipment or facilities, and Residents agree representations have not been made regarding the safety, desirability or quality of equipment or facilities. Residents will be responsible for the cost of any repair or service on equipment or facilities due to misuse by Resident, Occupant or Guests.

## *11. ENERGY AND WATER CONSERVATION*

The goal of energy and water conservation is two-fold; (1) to ensure the essential need of the Resident is met without wasting our natural resources and (2) to reward Residents practicing energy conservation and educate those Residents who are not yet conserving.

The Resident is responsible for practicing energy conservation. Saving energy allows for more resources to be available for community services and upgrades to your home and common areas. Please help provide improvements to your Community by saving on individual energy costs. Property Manager tracks individual utility usage in connection with the resident energy conservation program (RECP) more particularly described in the RECP Addendum attached to the Lease, and you may be required to pay for any

excessive utility usage. A schedule of the late fees associated with past due payments under the resident energy conservation program can be found at www.lincolnrecp.com.

Please review these "Conservation Tips" that offer simple steps that lead to significant energy and water conservation. The following tips are suggested to conserve and reduce energy consumption without sacrificing comfort:

*Dishwasher*

- Only wash full loads and use the energy-saver setting.
- Allow dishes to air dry.
- If you wash dishes by hand, fill the sink with water instead of letting the water run, and rinse with cold water.

*Heating and Air Conditioning*

- Set thermostat at a comfortable setting without fluctuation to maintain consistent climate control. Turning thermostat to high upon returning home will not heat or cool (where applicable) your home quickly. Resident with day-night set back thermostats should consult the instruction manual or contact your District Office for information on how to obtain the most comfortable and efficient settings.
- Please adjust your thermostat to a conservative setting while you are away to avoid utility consumption waste.
- Keep doors and windows closed whenever air conditioning or heating is in operation.
- Use fans and open windows to create a cross draft to reduce air-conditioning use.
- Keep vents free from obstructions.
- Check HVAC air filter regularly and have Lincoln-at-Your-Service replace as needed. Note: Air filters can be delivered to your front door if you prefer to replace them yourself.

*Laundry*

- Wash full loads and use cold water instead of hot water.
- Dry full loads and clean lint filter after each load.
- Most materials only need a 10-15 minute wash cycle to get them clean, over washing and over drying will wear out clothes faster.

*Lights and Other Appliances*

- Replace incandescent light bulbs with compact fluorescent lights (CFL's). They use 75% less energy and last up to 10 times longer.
- Turn off lights when not needed, especially in unoccupied areas such as garages and outdoor areas.
- Turn off lights when leaving a room.
- Unplug or turn off appliances when not in use.

*Refrigerators*

- Open refrigerator door only long enough to get desired food items.
- Organize food on the shelves for easy access.
- Allow leftovers to cool before storing in refrigerator or freezer. Be sure to follow safe food handling guidelines
- Full refrigerators operate more efficiently.
- Overloaded refrigerators operate poorly.

*Stove*

- Defrost foods in the microwave
- Cover pots to shorten cooking time.
- Keep oven and range free of grease and baked-on residue.

*Water*

- Check toilets for leaks.
- Make sure faucets are shut off properly.
- Always use flow controlling nozzle/spray head device for outdoor hoses.
- Do not remove or replace devices that have been installed to conserve water such as faucet aspirators and low flow showerheads
- Limit showering time to about 5 minutes.
- Always be sure to contact management when toilets or faucets run constantly. Our water resource is precious and limited. We are more than happy to make those repairs!

## ***12. EVICTIONS***

The Owner may take certain actions in the event the Resident, Occupants, or their Guests display disruptive behavior, violate rules, or are involved in misconduct in the Community or commit Waste (see Section 52) or become a Nuisance (see Section 33). Eviction is for serious offenses.

Depending upon the situation, the following actions may be taken by the Owner:

- Your District Office may counsel the Resident(s) and/or issue a warning letter to the Resident of the Premises detailing the violations.
- Your District Office may issue an "Intent to Evict Notice" to the Resident(s) with a copy to the Navy Housing Office and/or Housing Service Center, as applicable, for a serious offense, frequent offenses or continuing noncompliance with the terms of the Lease, Addenda or the Community Policies.
- As all Residents are aware, deployments are frequent which leave spouses at home alone with the family. Management is well aware of Service Members concerns for family while deployed and will act diligently with disruptive Residents.

## 13. FENCES

Backyard fencing is provided in many areas. Care and upkeep of the enclosed fenced area is the Resident's responsibility. Installation of a fence on an unfenced backyard by the Resident is considered an alteration. Approval for the installation of a fence must be requested in writing. If approved, fencing must be installed by the Resident with appropriate materials and proper installation. Specifications of the construction will also need to be approved by the District Office.

## 14. FIREARMS/WEAPONS

The primary concern surrounding weapons in the Premises is the general safety of the Community. Any violation of firearm regulations will result in a formal review and is likely to result in eviction.

- Resident must meet the requirements of all Federal, State, DoD, installation (if applicable), and local regulations, statutes, laws, and ordinances concerning the possession, registration, display, carrying, and use of weapons, including all firearms, knives, and other regulated devices. In cases of contradictory regulations, statues, laws or ordnances, the most restrictive will apply.
- Concealed weapons may not be carried or used on the Premises or the Community.
- Military weapons may not be stored, carried, or transported on to the Premises or Community unless authorized by the DoD in the performance of military duties.
- Large caliber and automatic weapons may not be present on the Premises, unless they are part of a legitimate collection and have had the firing or activating mechanisms permanently disengaged.
- Firearms and ammunition must be stored separately from each other in locked cabinets, located out of children's access. Loaded firearms are expressly prohibited on the Premises.
- Storage of black gunpowder is limited to a maximum of 5 pounds and is to be treated as and stored as ammunition in a locked case.
- BB/pellet guns, air rifles, slingshots, arrows, and long or cross bows, are considered firearms. The use of these or any other projectile-propelling device is prohibited on the Premises or in the Community.
- Knives, swords, and any other harmful devices may not be carried and must be securely mounted, or sheathed and secured.
- Weapons prohibited by Federal, State, and local laws, such as stiletto knives, blackjacks, brass knuckles, switchblades, and zip guns may not be present on or in the Premises or Community.

Violation of the provisions of this weapons policy is cause for immediate Lease termination and eviction from the Premises.

## 15. FIREWORKS

The manufacturing, sale, storage, possession, transporting and/or use of fireworks and all incendiary devices are expressly prohibited on the Premises or in the Community. Violation of the provisions of this fireworks policy is cause for immediate Lease termination and eviction from the Premises.

## 16. FOSTER CARE

Housing foster children is permitted as long as the existing living conditions will be reasonable ('Reasonable' Guidelines are: one child to a room for children of different gender over 6 years of age; one per room over 10 years of age; and 50 square feet per child in a shared room). Resident must submit a request for approval to your District Office and receive a written approval prior to becoming a foster parent. All applicable State and Federal rules and regulations regarding foster care will apply.

## 17. GARAGES/CARPORTS

See Section 35 PARKING REGULATIONS and Section 50 VEHICLES.

## 18. GROUNDS MAINTENANCE

*Owner Responsibilities*:

Your District Office will regularly mow and maintain all unfenced grounds around the Premises including common areas and playgrounds.

Fertilizing and use of herbicides will be done on a periodic basis. Resident will be given notice of any upcoming fertilization/herbicide treatment, and must remove pets, children and lawn furniture so the yard can be treated. Failure to comply may result in a charge for a re-visit.

*Resident Responsibilities*:

- Mowing, raking, and trimming of shrubs and other routine maintenance in fenced backyards are the Resident's responsibility.
- Do not use or store fertilizers or herbicides in or on the Premises. Plant food for the indoor plants and seasonal fertilizer for annuals, perennials and fenced backyard areas is an exception to this rule.
- Do not create new planting beds on the Premises without written approval.
- Annuals may be planted in existing beds. Introduction of perennials or other permanent landscaping requires written approval from the Owner.
- Do not remove any shrubs, trees or ground cover without owner approval.

## 19. GUESTS

Guests of Residents are welcome in the Community. A Guest is defined as a relative or friend who is visiting a Resident's home for a few hours up to fourteen (14) days. Guests must comply with all rules and regulations contained in the Lease, Addenda and Community Policies. The Resident will be responsible and accountable for the actions and behavior of their Guests. Resident is prohibited from accepting rent in the form of cash or in-kind goods or services from their Guests.

Residents must notify Owner, in writing, within 72 hours of a Guest's arrival if the Guest will be staying more than fourteen (14) consecutive days. Normally Guests may not remain for more than 30 days; however exceptions for family members visiting for extended periods for the purpose of assisting the Resident (i.e., newborn, illness, etc.) may be granted by your District Office on a case-by-case basis, and must be submitted in advance and in writing. It is the responsibility of the Resident to determine if any additional approvals are required. Approval by your District Office does not constitute approval by or for other authorities. The Owner reserves the right to control the entry into the Community by Resident's Guests, agents, licensees or invitees, furniture movers, delivery persons, and may prohibit from the Premises or Community any Guests or invitees who, in Owner's or your District Office's reasonable judgment, have been disturbing the peace, disturbing other Residents or violating Community policies.

## 20. HOLIDAY LIGHTING AND DECORATIONS

Holiday lighting is authorized for use between the hours of 5:00 p.m. and 10:00 p.m. from October 21st (Halloween season) until the second weekend in January. Holiday/decorative lighting is not permitted at any other time. All lighting must be removed from Premises and stored properly. Overloading of circuits and the overuse of extension cords must be avoided. Resident accepts any and all liability for damages or injuries caused by holiday or decorative lighting and other decorations.

- Lighting may not be left on when there is no one in the Premises.
- Any lights or decorations attached to the Premises must not cause any physical damage. Gutter clips or similar clip devices are required for affixing exterior lighting; nails/screws/tacks/staples are not permitted.
- Resident will be held financially responsible for any incidental damage to the Premises.
- Roof decorations and lighting above the first floor roofline are not permitted. Resident will be required to immediately remove such decorations when discovered.
- Canned "snow" or other similar substances must not be sprayed on windows, siding or brick facades.
- The landscape area in front of the home is maintained by Property Manager. Therefore, no lighting or decorations can be placed on the front lawns. Management will make an exception to allow shrub lighting from October 21st to the second week of January.

## 21. HOME-BASED BUSINESSES/ COMMERCIAL ENTERPRISES

Home based businesses and other commercial enterprises may only be conducted at the Premises in accordance with the following:

- Resident must request, in writing, approval from your District Office. The approval will apply to any Resident conducting a private business, including but not limited to selling or attempting to sell goods and/or services, cosmetics, household products, cleaning products, tailoring, tax preparations, and other computer based businesses, dressmaking, etc. See your District Office for the form and details.
- Home-based businesses must be appropriate to and contribute to the family environment of the Community.
- Signage of any kind is explicitly prohibited.
- Any business that uses or produces hazardous materials is not permitted. Violation of this term is cause for immediate eviction and recovery of damages by the Owner.
- Home-based businesses that create traffic or parking problems for the neighborhood will not be permitted.
- The breeding and/or raising of animals, birds, fish, etc., shall not be permitted.
- Pyramid Sales are prohibited.
- Child Care businesses - See Child Care - Section 5.

Changes to these rules can be made on a case-by-case basis if needed.

## 22. HOUSEKEEPING

Proper upkeep of the Premises from the time of Move-In will help insure that the Move-Out process will go smoothly and that charges for misuse will be kept to a minimum. The following housekeeping suggestions are provided to assist the Resident:

*Carpeted Floor Areas*

The following suggestions are offered for maintenance and protection of carpeted areas:

- Do not use cleaning agents that contain bleach or bleaching agents for food or liquids spilled on carpets. They often cause as much or more damage than the original spill.
- Vacuum regularly to keep the carpet in good condition and to discourage dirt build up.
- Resident is advised to encourage young children to eat and drink in non-carpeted areas and over a table to avoid permanent stains caused by Kool-Aid®, and soft drinks. Wine, coffee and tea also contain agents that can permanently stain the carpet.
- Use throw rugs, safely secured; on high traffic areas to prevent heavy soil build -up.
- Use carpet/ floor protectors under chair legs, tables, sofas or any furniture item that may scratch the floor or leave a permanent indentation.

- Resident is encouraged to remove shoes upon entering the Premises to prevent high traffic areas from becoming overly soiled.

*Tile, Hardwood, and Vinyl Floors*

The following suggestions are offered to help protect the Premises floors:

- Lift heavy furniture rather than dragging across the floors to avoid marring.
- Never flood the floor with water or let water stand on the surface.
- *Do not* apply wax to no-wax floors. Your District Office will point out the no-wax floors during Move-In. There are certain products on the market claiming to be shining agents for no-wax floors. Do not use these products, even if specifically made for no wax floors, as they are difficult to remove and sometimes cause damage to the surface during the removal process. Resident may be charged for damages to the floor caused by wax, shining agents, or wax removers.

*Walls and Woodwork*

The following suggestions will help protect walls and woodwork:

- Beds, tables, and chairs should not touch the walls.
- Bicycles, large toys, strollers, and such items should be moved through doorways with care.
- Provide children with blackboards or drawing pads to discourage writing on the walls. Resident will be responsible for cleaning all marks from the walls prior to Move-Out.

*Countertops*

The following suggestions will help protect the countertops:

- Place a cutting board on the surface before chopping or cutting.
- Do not use an abrasive cleaner. Countertop cleaners are readily available and remove most spills, stains, etc.
- Never place hot pots or pans directly on the countertops.

## 23. KEYS/GARAGE DOOR OPENERS/MAILBOX KEYS

Resident is provided at least two keys to the Premises during the Move-In. Additional keys may be requested. Your District Office will also provide the Resident with mailbox keys or instructions on where to pick-up the keys during Move-In. Additionally, garage door openers, as applicable, will be issued at that time.

All Premises keys, mailbox keys and garage door openers are to be returned during the Move-Out Condition Assessment. There is a charge for lost keys, mailbox keys and garage door openers. If a key is lost, and a change of locks is necessary, the Resident will be responsible for the charge.

## 24. LAW ENFORCEMENT

The local sheriff, police departments or the federal government (on base only) will provide law enforcement. Resident will be instructed who to contact regarding law enforcement at Move-In. Place the phone numbers for law enforcement in a handy location that is easily accessible.

## 25. LEASE VIOLATION NOTICES

Your District Office may issue a Lease Agreement Violation Notice to Residents for excessive noise, littered yards, illegal parking, carport or breezeway clutter or other similar violations. Additionally, unauthorized pets, unauthorized repair of vehicles, failure to observe posted speed limits or 15 MPH, whichever is less, or failure to obey stop signs will also result in Lease Agreement violations.

## 26. LIVE- IN CARE PROVIDERS

Permission for live-in care providers must be requested in writing to the District Office. Requests will be evaluated on a case-by-case basis and should be submitted with documentation for the need for live-in assistance. Approval of a live-in care provider is predicated on specific child-care or health-care issues shown to require full-time, live-in assistance.

## 27. LOCKED OUT OF RESIDENCE

A Resident who is locked out during normal business hours may contact the Management Office for assistance. After normal business hours, Resident will need to call the Lincoln-at-Your-Service number. The telephone number will be provided at Move-In.

The Resident will be required to provide proper identification to receive access to the Premises. A Resident who calls for lock out assistance more than twice in a calendar year may be assessed a charge.

Your Management Office will also charge a fee for replacement locks and additional keys.

## 28. MAINTENANCE

A uniformed maintenance team will be assigned to each Community and will be available to provide answers to maintenance questions.

A Service Request (including receipt time and classification) may be obtained by contacting Lincoln-at-Your-Service directly either by phone, in person or via the website.

Resident will be given a Service Request number for reference. Lincoln-at-Your-Service receives the service calls and dispatches an emergency on-call service technician after hours, weekends, and holidays to provide 24 hour, 7 days a week coverage. For all maintenance requests, please call Lincoln-at-Your-Service at 1-888-578-4141 or visit our website at www.lincolnmilitary.com.

*Owner Initiated Orders*

There are certain repairs, replacements, inspections, and maintenance that the District Office is required to perform for the Owner. The District Office will contact the Resident, explain the work to be done, and establish a time for the work to be accomplished. Examples of work orders initiated by the District Office are as follows:

- Pest control services
- Preventive maintenance inspections and services
- Scheduled replacement of carpets or appliances
- Interior decorating (i.e., painting, installation of blinds or curtain rods)

Work will be scheduled to cause the least amount of inconvenience to Resident whenever possible. However, Resident may not refuse entrance into the Premises by Owner, the District Office or its contractors when notified at least 48 hours in advance, and the requested time is during reasonable working hours. Owner, District Office personnel or its maintenance contractors may enter Resident Premises when Resident is absent to perform such work.

Service Requests will be given a classification of Emergency, Urgent or Routine, depending on the nature of the request and the danger to the safety of the Resident and the Premises. Owner's representatives may need to access the premises without advance notice in emergency situations. We categorize various maintenance issues as follows:

| *Type of Service Call* | *Examples* |
|---|---|
| **Emergency**<br>Critical Safety/<br>Life Threatening Issue<br><br>Resident or Occupants who have a medical requirement for maintaining stable temperature levels of heating and air conditioning | • Natural Gas Leak<br>• Fire<br>• Power Outage<br>• Sewage Back-Up (only 1 Bathroom)<br>• Flood<br>• Violent Criminal Activity |
| **Urgent**<br>Habitability Issue | • Broken/cracked window (not safety/security)<br>• Garage Door Inoperable<br>• Kitchen sink back-up (inoperable)<br>• Light fixtures, receptacles not working (no shorting or sparking)<br>• Refrigerator inoperable (no leaks) |
| **Routine**<br>Convenience/Unit Care Issue | • Single burner/oven inoperable<br>• Owner provided telephone jack/wiring inoperable<br>• Repair/replace screens, storm door, sliding door<br>• Light bulb replacement –common area or area not accessible by Resident |

## ***29. MAINTENANCE TIPS***

*General Maintenance Information*

Please report any and all needed repairs to Lincoln-at-Your-Service by phone or through Service Track online. For maximum efficiency, report repairs in the morning whenever possible.

In the event your service request is not completed to your satisfaction and your District Office seems unable to provide a solution, please feel free to contact the General Management Office at 858-874-8100.

***Emergency Maintenance is provided 24 hours a day.***

*Lincoln-at-Your-Service* can be reached 24-hours a day at 1-888-578-4141, or on our website at www.lincolnservicetrack.com for emergency and standard service requests.

*Access to Premises*

Your District Office must approve, and will perform any change of Premises locks. Whenever your District Office maintenance personnel or exterminators enter the Premises to perform work, a copy of the service request will be left detailing the work that was performed. Written permission must be supplied from Resident to your District Office authorizing the District Office to allow entry to the Premises during the Resident's absence for purposes including but not limited to delivery companies, moving van representatives, out-of-town Guests and relatives.

*Peace of Mind*

Please notify your District Office of any burned out exterior or common area lights, faulty locks, lost keys, etc.

Please report immediately to police, our courtesy patrol service and then to your District Office or 24-hour answering service any suspicious persons, strange vehicles or unusual or suspicious activity.

Please request credentials from all maintenance personnel before allowing entry.

***General Maintenance Tips***

*Plumbing*

Occasionally there may be a problem with stopped up sewer and plumbing lines. Do not allow objects such as diapers, toys, feminine hygiene products, etc., to be flushed down the toilet. Charges may be assessed for the removal of such objects. If a toilet overflows, first turn the water off at the valve below the flush tank, and then call *Lincoln-at-Your-Service* and they will gladly assist, if needed. Lincoln-at-Your-Service will classify the service call in accordance with the previously noted categories. Keep a plunger on hand for use on simple toilet clogs.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C



*Light Bulbs*

Your home is supplied with light bulbs at time of move-in. After move-in, Owner will replace specialty bulbs, and the Resident must replace all other burned out light bulbs. Please report unlit bulbs over walkways, halls, or common areas to the management office.

*Central Air & Heat*

Some homes are equipped with individual central heat and air-conditioning. An ideal temperature setting is between 68 for heating and 78 for cooling (please be aware that setting the thermostat to temperature extremes may cause damage to the HVAC unit). If you have a programmable thermostat it is recommended that you set the timing feature to turn on and off as you use your home. It should be set to turn off during the time that you are regularly away from your home and then come back on an hour before your return. You can also use this feature to warm your home and hour before getting out of bed and to maintain a lower temperature while you are sleeping. Using this feature will help greatly in conserving energy. If you require help using this feature please contact Lincoln-at-Your-Service and one of our Service Technicians will gladly come to your home. If at any time you find that your thermostat is malfunctioning or for more detailed operating instructions, please call Lincoln-at-Your-Service. HVAC repairs may take longer than 1 day to be repaired, as specially trained technicians must be called out to perform service on the units. DO NOT turn off heat or air conditioning for a period longer than two weeks.

*HVAC Filters*

Air filter(s) will be new at move-in. Lincoln's maintenance team will schedule your filter to be replaced a minimum of twice yearly. The filter(s) in your home should be cleaned on a regular basis to insure proper performance of heating and air conditioning units. If you would like your filter changed prior to the scheduled filter change, please feel free to call *Lincoln-at-Your-Service* at 1-888-578-4141. We will also be happy to leave a supply of air filters at your home if you would like to change the air filter more frequently.

## ***30. MOVE – IN PROCESS***

**After Resident has selected their new home, the District Office will assist with the completion of the Lease, any applicable addenda and documents for payment of Rent, as applicable. The Resident will be given all necessary telephone numbers for service calls, the District Office and the General Management Office as well as contact information for local services, law enforcement and animal control.**

The Resident and a representative of Property Manager will visit the Premises and together go over the Move-In Inspection Form. Special features such as no-wax floors will be pointed out to the Resident at that time. Any inoperable appliances, light switches, etc., and any existing damage to the Premises will be noted on the Move-In

Inspection Form. Designated parking will be identified as will the proper storage of refuse and recycling bins.

Premises keys, mailbox keys (or instructions) and garage door openers will be issued at time of move-in.

## 31. MOVE-OUT PROCESS

Resident must notify the District Office of the intent to move out as soon as possible, but in no event less than thirty (30) days, unless otherwise specified in the Lease. Your District Office will provide an "Intent to Vacate" form, which, when submitted to the District Office, fulfills the Lease requirement to notify the Owner in writing.

Resident will be scheduled for a Pre-Inspection appointment to review the condition of the Premises and prepare the Resident for the Final Move-Out Condition Assessment. During this review, the Resident may discuss any concerns about the Move-Out Condition Assessment, anticipated damage charges or other assessments (if any), the overall process, and any other issues of concern in preparation for the final Move-Out Condition Assessment. Residents will be given written instructions on cleaning requirements for the Premises (See Exhibit A attached), noting any areas needing special attention.

Any alterations made to the Premises must be restored to the original condition or remain in place if previously authorized in writing by the District Office.

At the time of the actual move-out, a representative of Property Manager and the Resident will again jointly assess the condition of the property, sign the Move-Out Inspection Report, and return all keys and other access devices to the Management Office. A Property Manager employee will assist the Resident in completing any paperwork associated with the Move-Out procedures.

## 32. NEIGHBOR RELATIONS

Resident is reminded that living in close proximity to other families poses certain challenges as well as opportunities to build life-long relationships. Following a few simple rules will help ensure a positive living environment for everyone.

- Keep household noise to a minimum and follow guidelines on quiet hours (quiet hours are between 10:00 PM and 7:00 AM). Please remember neighbors often work different shifts.
- Keep the Premises, including the yard, clean and free of any unsightly refuse.
- Know where Occupants and Guests are at all times.
- Make neighbors aware of private gatherings, BBQ's or parties that may cause parking difficulties or noise.
- Be respectful of your neighbors and their children by being aware of your speed, car and home stereo volume, exterior appearance of your home and the behavior of your family and guests. Be a good neighbor!

- Difficulties with a neighbor must be settled peaceably. If all efforts meet with failure, file a complaint **in writing** with the District Office. A phone call will not suffice. If it is serious enough to warrant action on the part of the District Office, it is serious enough to be put in writing. Your District Office will investigate and attempt to gain resolution to the problem. The complaint, investigation performed, results, and action will be made a matter of record and placed in the file of the Resident filing the complaint and the Resident named in the complaint.

## 33. NUISANCE (DISTURBANCES and NOISE)

Resident, Occupants and Guests are expected to conduct themselves and their pets at all times in a manner that will not offend or disturb other Residents, Guests, Property Manager staff, or other visitors to the Community. Any activity causing extreme or excessive noise, excessive traffic, repetitive or excessive disturbance of any kind, or disturbing or threatening the rights, comfort, health, safety or convenience of others in or near the Community is a lawful cause for eviction. This includes, but is not limited to, behaving in a loud or obnoxious manner, excessive noises by pets, or destroying any part of the Premises or Community. These actions are considered a "Nuisance" and a serious violation of the Lease.

## 34. OCCUPANCY LIMITS

Occupants must consist only of the persons identified on the lease agreement.

## 35. PARKING REGULATIONS

A carport/garage and/or designated parking spaces have been provided for most Premises. Residents who keep more than two (2) vehicles on the Premises may be required to remove the excess vehicles if conditions become too crowded and/or complaints are received. It is recommended that you store your vehicle in a long term parking facility or your garage while on deployment.

Undesignated parking spaces may be utilized on a "first come - first served" basis; however, cars must be moved on a regular basis and not parked in the same undesignated spaces habitually. Common courtesy to neighbors takes precedence. Owner reserves the right to issue parking stickers if necessary.

Resident will keep all vehicles in good operating order with valid and current inspection/safety sticker, if applicable, state tags and insurance.

Under no circumstances shall any vehicle be parked or driven on lawn areas or parked in front of mailboxes. Mail will not be delivered if the box is blocked.

Resident is responsible for keeping assigned parking area/carport or garage clean of oil and debris. Oil drippings shall be removed using absorbent materials (kitty litter or oil absorbents) and not washed into the drainage system, with or without detergent.

Resident shall not store vehicles for other people or grant permission to others to park in the Community.

Resident shall not park in driveways or carports of any other residence.

***Vehicles found in "No Parking" areas, Fire zones, blocking access, without current registration, inoperable, stationary for extended periods of time, or in Handicapped spaces (without a permit) will be towed at the vehicle owner's expense and risk. Residential garages should be used for vehicle parking.***

## 36. PERSONALLY - OWNED PLAY EQUIPMENT and COMMUNITY PLAYGROUNDS

Personally owned play equipment is discouraged. Personally owned play equipment shall be kept in good working order, and will not be secured to the ground using concrete anchors. Play equipment should be limited to toddler plastic swing sets and sliding boards

Playgrounds are provided throughout the Community for Resident, Occupant and Guest use and enjoyment. Although the playgrounds and common areas are cleaned and mowed on a schedule arranged by the District Office, Resident is responsible to police the area and supervise children such that the area is clean when the Resident, Occupant and/or Guest leave. No children under six (6) years of age are allowed in the playgrounds without the Resident or other adult supervision.

## 37. PERSONAL PROPERTY INSURANCE

Owner does not provide content insurance coverage to Resident military families. This means that in the event of damage or loss, none of your personal belongings are covered under any insurance policy unless you obtain insurance. Resident is strongly advised to carry, at its expense, Resident's own insurance (i.e., "renter's insurance") to protect Resident from any loss or damage within the occupied unit. During extended periods of absence, please notify the Management Office and/or make arrangements with your neighbors to periodically check your dwelling for fire hazards, broken water lines or other potential hazards that may arise in your absence.

## 38. PEST CONTROL

Routine control of normal household pests, along with keeping all pets free of fleas and ticks, is a Resident responsibility. The use of non-residual insecticides labeled for safe application by the general public, such as household spray insecticides, is expected of the Resident. Resident must contact the District Office for assistance with infestations of pests that are beyond Resident capabilities and require professional control measures.

As a general rule, poor housekeeping is the main factor in cockroach infestation. Roaches and rodents thrive on leftover food placed on sinks, counters, in cupboards, on

unwashed dishes, and on food left out for pets. Roaches may also feed on paper and glue products, including shelf paper. Some things the Resident can do to control roaches, mice and other household pests are:

- Deposit garbage in trash cans in plastic bags.
- Wipe up spilled foods or drinks immediately.
- Do not keep empty soft drink cans or bottles under the sink, and rinse them well before placing in recycling bins.
- Keep soiled clothing in a clothes hamper or other container. Wash clothes frequently enough that clothing does not pile up on the floor.
- Store leftover food in airtight containers.
- Some areas experiences a large volume of rodent infestations. Many rodents feed on pet food left outside. Please store all pet food in sealed containers.

In the event the Premises require extermination, call *Lincoln-at-Your-Service* at 1-888-578-4141. Please prepare for extermination services as follows:

- Remove all items from under kitchen and bathroom sinks.
- Pick up toys or other objects that may interfere with application.
- All persons and pets should vacate the premises during treatment and should not re-enter the home until treated floors, carpets and rugs are thoroughly dry. Under normal conditions, this may take 1 - 3 hours (4 hours are recommended).
- Remove pet birds from the house, or if the bird(s) cannot be removed, place in a ventilated room that will not be serviced.
- Turn off aquarium air pumps and cover tanks and pumps with plastic wrap. Pumps can be restarted about 3 hours after treatment.

After service, it is common to see an increased amount of insect activity as the specially formulated applications disrupt nesting and hiding sites.

## ***39. PET POLICIES***

Birds, fish, hamsters and guinea pigs will be permitted in all Communities. Exotic animals, such as reptiles, rodents (other than the hamsters and guinea pigs), ferrets, hedgehogs, or any farm animals are prohibited in all Communities.

However, within specifically designated communities, the keeping of cats and dogs is a conditional privilege extended to the Resident exhibiting responsible behavior and in control of the cat and/or dog in specified pet friendly communities. Resident is financially and legally responsible for all pets. Resident must comply with state and local laws governing pet ownership, including laws regarding licensing and vaccinations. The local municipality is responsible for enforcing animal control ordinances in the Community. Additionally, the Resident must execute a Cat and Dog Addendum to the Lease. Pets registered with the Owner may be cared for in the homes of others in the Community, provided the visiting pet does not cause the applicable household pet limit to be exceeded for more than 48 hours without management approval. Dog houses are allowed, once approved by Owner, but Resident must remove dog house at move-out and repair any damages to the lawn prior to move-out.

Failure to comply with the Pet Policy contained in the Community Policies and the Cat and Dog Addendum may result in the removal of the cat(s) or dog(s) from the Premises and/or eviction of the Resident from the Premises. Any Resident who has been required to remove a cat or dog due to violations of the Pet Policy or the Cat and Dog Addendum will not be permitted to have any cats or dogs on the Premises. Owner reserves the right to establish non-pet neighborhoods and to restrict certain breeds of dogs that are considered to be dangerous. **For additional information, refer to the Cat and Dog Addendum.**

## ***40. REFUSE COLLECTION AND RECYCLING***

*Refuse*

The Owner provides refuse collection in all Communities at no additional cost to the Resident. The following policies are to be followed:

- Resident will be issued trash/refuse bin(s) during Move-In. This does not apply to apartment communities.
- Resident is responsible for the refuse bin(s) and will be charged for replacement if damaged, lost or stolen.
- Resident will be responsible for regular cleaning of the bin(s).
- Refuse bins must be at the curb before 7:00 a.m. on the scheduled pick-up days, unless otherwise instructed by the District Office. If desired, Resident may place the refuse bins at curbside after 6:00 PM the day preceding the collection day.
- The bins must be returned to proper storage by 8:00 PM on the day of collection.
- Plastic liners and covered trash bins minimize odor and pest control problems.
- Toys and bicycles left within close proximity of the refuse bin may be accidentally picked up.
- Large, bulky items such as mattresses, furniture, and appliances will not be picked up with regular trash pickup. Bulk pickup may be available in your neighborhood. Contact your District Office for details.
- Plastic bags are to be used for grass clippings. Do not exceed the "test" strength of the bag.
- Refuse bins must be kept in garage, side yard or backyard and out of view.

*Recycling*

Recycling is strongly encouraged. Recycling containers must be properly stored with trash bins.

## ***41. RESIDENT INQUIRIES AND CONCERNS***

The Owner's goal is to provide affordable and well-maintained Premises for an exceptional quality of life for all Residents. Resident inquiries or concerns that have not been addressed in the manner that is satisfactory have several alternative avenues for resolution.

First, make sure the inquiry or concern has been clearly stated and delivered to the District Office. Your Management Office will respond in a timely manner to the inquiry or concern in accordance with the terms of the Lease, the Community Policies and any Addenda executed by the Resident. In the event your District Office has not responded in a manner consistent with the Resident inquiry or concern, the Resident should deliver the clearly written inquiry to the Regional Property Manager (RPM). A third source for the Resident to receive a response to an inquiry or concern not adequately addressed by the District Office or the Regional Property Manager is the Regional Vice President. The names, address and phone numbers of each are available in your District Office. In the unlikely event your problem has not been resolved to your satisfaction, please contact the Navy Housing Office to look into the matter on your behalf.

## 42. SAFETY

**Emergency numbers are provided on page 1.**

Safety on the Premises and in the Community is the responsibility of each Resident, Occupant and Guest. Below are a few policies and guidelines to be followed to help assure a safe environment for all:

*Bicycle/Skating/Skateboard*

Bicycle helmets are required in all Communities for all cyclists, including children in safety seats, regardless of age. Helmets and other protective gear are also strongly encouraged for skaters and skateboarders.

*Children's Safety*

Resident is responsible for the safety, care and actions of Resident's own children and children in Resident's care. Please instruct children not to play in the streets, alleys or parking lots. The driveway (where applicable) area is reserved for automobiles. If you have a basketball hoop, it is permitted in your driveway area only. Basketball hoops are not permitted on streets, cul-de-sacs or sidewalk areas.

*Disaster*

The Federal Emergency Management Agency recommends that each family have an emergency kit readily available for transport in case of severe weather, hurricane, earthquake or other emergency. A Disaster Supply Kit list is attached as Exhibit B.

*Fireplaces*

Resident is responsible for the safe operation of any fireplaces. Contact the District Office if you are not knowledgeable or comfortable with the operation of the fireplace. In wood-burning fireplaces, sterno logs or other artificial logs are prohibited in the fireplace. Ash must be completely cooled before disposal.

*Barbeque Grills*

Barbeque grills, whether gas or charcoal, are allowed as long as they are not used on a balcony or covered patio/area. Use of barbeques must be at least ten feet (10') away from any building or structure. Disposal of hot coals is not allowed unless appropriate provided "hot-coal" bins are available on the property.

*Fire Pits*

Fire pits may only be used on properties that have backyards. The fire pits must be placed at least fifteen feet (15') away from any structure or overhang.

*Garage Doors*

Garage door springs, cables, brackets and other hardware attached to the springs are under very high tension and if handled improperly, can cause serious injury. We recommend that you report all malfunctions to Lincoln-at-Your-Service so that qualified professionals can make the necessary repairs/adjustments. A few simple precautions can protect family and friends from potential harm. Please take a minute to read the following safety tips:

- Do not stand or walk under a moving door.
- Do not let children play with or use the transmitters or remote controls.
- Teach children about garage door and opener safety; explain the danger of being trapped under the door.
- When using the pushbutton or transmitter, keep the door in sight until it completely stops moving.
- Teach children to keep their hands and fingers clear of section joints, hinges, tracks, springs and other door parts.

Should the power fail, you will not be able to open or close the door using the pushbutton or wireless transmitter (if equipped). Instead, you will have to pull the *Emergency Release Latch* to allow the door to be manually lifted or lowered. It is recommended that the latch be pulled when the door is closed. Use caution when using this release with the door open. Weak or broken springs may cause the door to fall rapidly causing severe injury or death.

If the wireless transmitter for the garage door opener (if equipped) needs service, please drop it off at the District Office. A service technician will repair and/or replace the transmitter within 24 hours.

*Hazardous Materials/Waste*

It is critical that hazardous materials not be included in trash or recycling. Contact the District Office for information on suitable locations to store or dispose of household hazardous waste. Common hazardous household products include, but are not limited to:

- Paint/thinner
- Turpentine and other spirits

- Glue
- Gasoline and other petroleum products
- Batteries
- Pesticides, herbicides, fertilizers, soil additives
- Common household chemicals, including bleach
- Fluorescent light bulbs
- Please note that California and Nevada have additional laws regarding prohibited items. If you would like additional information on applicable California laws, please visit http://www.dtsc.ca.gov/hazardouswaste/universalwaste/hhw.cfm; for additional information on applicable Nevada laws, please visit http://ndep.nv.gov/admin/nrs.htm.

*Personal Safety Reminders*

- Take responsibility for personal safety. Know your local emergency phone numbers.
- Verify the identity of anyone at your front door desiring entry. If the person claims to be an employee of the District Office and you do not recognize them, call the management office for verification.
- Always use the main Community entrance when entering late at night.
- Be observant and always be aware of your surroundings and the people in the area.
- Do NOT display house keys in public or leave them in the mail area, at the pool, or places where they can easily be stolen.
- Do NOT affix identifying tags with your address on your key chain.
- Keep a complete list of the serial and identification numbers of all appliances, computers, television, VCR, stereo, etc. This will greatly aid in recovering stolen goods.
- DO NOT confront suspicious persons loitering around the property, but report them immediately to the proper authorities and the District Office.
- Vehicles should remain locked at all times with items stored out of sight.
- Doors and windows should be locked at all times. Please contact Lincoln-at-Your-Service immediately if any locks are inoperable.
- Finally, get to know your neighbors and create a group of families that watch out for each other. Report suspicious activities to local law enforcement agencies.

*Smoke and Carbon Monoxide Detectors*

Smoke and carbon monoxide detectors have been provided to comply with local safety ordinances, and should not be deactivated or removed. Resident is responsible for checking and maintaining all smoke and carbon monoxide detectors, and must immediately notify the District Office, of any problem, malfunction or damage to the detectors. Any questions about operation or performance can be directed to the District Office. The District Office recommends checking the monitors monthly.

*Welding*

Welding is prohibited at the Premises and in the Community at all times.

*Window Safety*

Children often climb on furniture and push against windows and/or screens, tumble out and suffer severe injuries or even death. To avoid such hazards, beds, tables, chairs and other furniture should not be placed in close proximity to windows.

Lock all windows. Track locks can be installed to limit the height in which a window can be opened.

Do not leave young children unsupervised in rooms with open windows.

## 43. SERVICES - OTHER

Services provided as a courtesy or convenience for the Residents and Occupants, exclusive of utilities and trash removal described in Section 9 Page 1 of the Lease Agreement, are provided at the discretion of the Owner and the District Office. Reduction or elimination of any or all of the other services does not result in reduced rent or allow for early termination of the Lease Agreement.

## 44. SIGNS

Yard sale, patio sale or any other sign or banner advertising an event can only be posted on authorized bulletin boards or areas specifically designated by the District Office. Signs are not to be attached to utility poles, mailboxes, signposts, trees, etc.

## *45. SNOW AND ICE REMOVAL*

Where applicable Resident is responsible for snow removal on driveways and sidewalks in front of and around their Premises.

## *46. SOLICITATIONS*

Door-to-door sales, surveys, and/or solicitations of any sort are not permitted. Children raising money for their school or other organizations is permitted (i.e.: Girl Scout cookies). Likewise, commercial advertising or flyers of any kind may not be posted or distributed. It is a Federal offense to attach anything to mail boxes. Please report solicitors to our management office.

## *47. TELEPHONE LINE MAINTENANCE*

Information concerning telephone service in the Community will be provided during Move-In. Resident is responsible for all costs incurred with the exception of maintenance to the one telephone line supplied by the Owner. Report any line problems as shown below. If the problem is with the telephone, and not the telephone line, the Resident will be responsible for all charges.

Additional phone outlets and/or lines are allowed at Resident expense. Resident is limited to one (1) additional hookup installed per room with prior written approval. Resident will not be responsible for the removal of the additional hook-ups or subject to an additional charge at Move-Out as long as prior approval was obtained from the District Office. Request forms are available from the District Office.

## 48. TEMPORARY ABSENCE FROM PREMISES

Contact the District Office prior to leaving the Premises vacant for more than seven (7) days. The District Office may need to contact the Resident in the event of an emergency or if an unexpected issue arises. In addition, please take the following actions prior to leaving the Premises:

- Lock all doors and windows.
- Lower, but do not completely close blinds, shades or curtains.
- Place timers on a few lights or a small radio.
- Stop deliveries of newspapers, mail, and other routine deliveries.
- Arrange for any items in the yard to be moved or removed in order for lawn care services to mow the lawn.
- Make arrangements to have any fenced areas mowed. Resident is responsible for the cost of any required yard maintenance in the fenced area that must be completed by the District Office.
- If absent for longer than 30 days, make arrangements to ensure timely rental payments.

## 49. TRAMPOLINES

Trampolines are authorized when all proper safety netting and locks are installed and must be located in rear yards only. Use is at Residents' risk.

## 50. VEHICLES

Vehicles are always a challenge for the Resident as well as the Owner. Repair of automobiles, parking, and the storage of recreational vehicles are a few of the topics that must be addressed in order to maintain a desirable residential family environment. Following are rules and regulations for the Community:

**Automotive Maintenance and Policies**

- All vehicles must: (1) be operable and road-worthy, (2) display a current installation decal, if applicable, (3) display current tags, (4) display a current inspection sticker (if applicable in their State of registration), and (5) have current insurance as required by the State where the vehicle is registered.
- Commercial vehicles may not be kept in the Community or Premises unless they are of a size/type to fit completely in the Premises garage with the door closed. Resident may not park commercial vehicles in the street or driveway except when actively loading or unloading the vehicle.
- Due to environmental and safety concerns, automobile/vehicle maintenance shall not be performed by Resident, Occupant or Guest anywhere in the Community or Premises including garages, carports, parking spaces, or street. Additionally, vehicles may not be on jacks, jack stands, or ramps *at any time*.

  Prohibited maintenance includes, but is not limited to:

  ⇒ Washing cars
  ⇒ Changing/adding motor oil or other automotive fluids.
  ⇒ Repairs such as transmission repairs, engine overhauls, and bodywork (sanding and painting).
  ⇒ Engine cleaning.

- Vehicles shall not be in an inoperative status in excess of 72 hours. All inoperable vehicles must be removed from the Community and Premises. Resident may request exceptions to this policy on a short-term basis through their District Office.

*Garages/Carports/Sheds*

Garages are intended for parking vehicles, to provide auxiliary storage of personal effects, and storing recycle and refuse bins.

The following policies apply to the use of the garage/carport:

- Storage of flammable liquid, such as gasoline, is restricted to 1 gallon.
- Garages shall not be used for living spaces, and shall not be altered or modified for such use.
- Pets shall not be kept in garages or sheds.
- Do not block or barricade garage doors.
- Do not store items near or block water heaters located in garages.
- Oil or gas space heaters shall not be used in garages or sheds.
- The Resident, Occupant or Guest may not alter electrical wiring in garage or shed spaces or any other area of the home.
- A garage or carport is considered a "designated parking space". No additional parking will be allocated for vehicles displaced by storage of personal goods.

*Recreational Vehicles and Other Vehicles*

Recreational vehicles, utility trailers, boats, campers, snowmobiles, ATV's, and jet skis are prohibited in the Community unless the item fits into the garage with the garage door completely closed. The only exception to this rule is when the vehicle is being made

ready for use or storage. This approved exception period may not exceed 48 hours. Proper storage of recreational vehicle or other vehicles in a garage will not justify improper parking of vehicles.

The following rules apply:

- Automotive maintenance polices apply to RVs, boats, campers, snowmobiles, ATV's, and jet skis; therefore, oil changes, engine repair and bodywork are not allowed.
- Interior repairs of such vehicles shall not be made in the Community without prior approval from the District Office.
- RVs must not be plugged into any Community or Premises utilities.
- Flammables, such as paints, thinners, and gasoline may not be stored in vehicles.
- Guests' RVs may not be parked in the Community.
- A RV may be parked in the garage if it fits completely within the garage, the door is kept closed, and there is adequate parking remaining available for vehicles without impacting other Residents of the Community. RV's may NOT be parked in carports, driveways or designated parking spaces.

Contact your Naval Housing Office for appropriate storage locations. Violation of these RV and other vehicle policies shall result in the removal of the RV or other vehicle from the Community at the Resident's expense.

## 51. WADING POOLS/ HOT TUBS

Use of small wading pools is authorized under the following guidelines:

- The water must not exceed 12 inches in depth, and will be emptied on a daily basis.
- Wading pools are to be constantly monitored by an adult during use, and must not be left unattended while holding water.
- Grounds damaged by the pools must be restored.
- Wading pools must be kept in backyard areas.

Hot Tubs or Spas are permitted for medical reasons only. A copy of the doctor's written guidelines must be provided to your District Office prior to installation. Approval for these alterations will require that the Resident have a fenced back yard.

## 52. WASTE

The Resident will comply with the policies and procedures of each individual community with respect to trash pick-up days and storage of refuse containers on non-pick up days. Resident will also comply with environmental regulations pertaining to prohibited disposal items.

## 53. WEBSITES

**Community Website-**

Owner's Community website is located at www.lincolnmilitary.com. Residents will be able to use this website to inquire about and access information regarding upcoming events and activities in their Community.

**Service Request Website-**

Agent's website for service requests is located at www.lincolnservicetrack.com. Residents will be able to input and view the progress of their maintenance requests by accessing this website. A "tracking" number will be provided to Residents for all service requests received, with which Residents can obtain updates by phone or by checking the local website.

## *54. WILDLIFE/BIRD FEEDING*

**To prevent the local wildlife in the Community from becoming a pest, or danger, the following rules and regulations must be followed:**

- Resident shall not feed feral animals or wildlife other than birds (Pigeons and Sea Gulls excluded). Do not put food scraps outside or throw food scraps into the woods.
- Trash bins must be properly stored with lids securely closed.
- Birdfeeders are not to be hung over patios or from balconies interfering with other Residents. Any birdseed remaining on the ground must be cleaned up daily.

## 55. YARD AND GARAGE SALES

All yard and garage sales will be limited to Friday, Saturday and Sunday only. Items are not allowed to be left outside the Premises overnight. Signs may be posted only on Community bulletin boards or small stick-in-ground signs in the Premises yard. Signs may be posted no sooner than the day before the sale and must be removed by the end of the day of the sale. Do not place signs on road signs, telephone poles, mailboxes, trees, etc.

## 56. YARDS –PROHIBITED ITEMS

Dog runs and storage sheds are prohibited unless provided by the Owner.

## 57. TERMITES

As part of Management's ongoing commitment to the health, safety and well-being of our residents, certain homes are selected each year to be fumigated for the treatment and prevention of termites. Although every effort is made to schedule such fumigations while a home is vacant, circumstances do arise that necessitate the fumigation of a home while it is occupied. For safety reasons, the fumigation process require all residents and any animals residing in the home to vacate for a period of time while the home is being treated. If your home is scheduled for treatment Management, in coordination with its fumigation service provider, will provide you with advance written notice outlining the procedures involved in the treatment process. Generally, residents of homes selected for fumigation will be required to attend a meeting with the service provider to obtain additional information regarding the fumigation and to coordinate vacation of the home during the treatment process. In addition, as more particularly outlined in the service provider's notice, prior to treatment all food and medicine in your home will need to be stored in special bags provided by the service provider. The typical time period during which residents and animals must vacate a home during the fumigation process is approximately 48-72 hours. Management understands and appreciates the potential inconvenience that such a temporary relocation may cause. Rest assured this is a necessary step in ensuring the safety and well-being of our residents and Management will work with each resident to limit any disruption that may result from this process.

Resident has read, reviewed, and understands the foregoing information regarding termites and the potential fumigation of their home.

DS

Resident Initials

DS
DS

Resident Initials

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

DocuSign Envelope ID: AFF87FB6-EE7B-43F1-A6E3-729B78FAD72C

**EXHIBIT A**
**CLEANING REQUIREMENTS FOR MOVE-OUT**

## GENERAL

- Completely remove all personal items from the home, storage area(s) and garage.
- Clean front and back yards from all rubbish, garbage, animal feces, etc., and remove all personal items.
- Any items requiring disposal or recycling must be removed from the Premises in an appropriate, proper, and approved manner.
- Any equipment or feature delivered as part of the Premises, (including appliances, appliance parts, fixtures, hardware, etc.), must be returned intact and in proper working order.
- Original wall color is not altered or changed unless previous written approval was obtained from the Owner.
- Remove all graffiti, markings, and stickers from ceilings, walls and window sills.
- All windows must be closed and locked with window covering left in the 'closed' position.

## KITCHEN

- All kitchen surfaces – Remove all grease build-up and wipe down.
- All appliances – Remove all grease and food particles from exposed fixtures, wipe down inside and out.
- All floors - Sweep and wet mop all floors.

## BATH

- All bathroom fixtures and surfaces- remove all excessive soap scum, mold, mildew and other dirt build-up.
- Shower curtain - Remove.

## BEDROOM/LIVING ROOM/DINING ROOM

- All floors - Sweep or vacuum as appropriate to the surface.
- All closets -Sweep and/or vacuum.

## GARAGE/CARPORT/SHED/EXTERIOR

- Floors - Free of grease, oil and paint.
- Clean trash containers and recycle bins.
- Clean exterior doorways, porches and patios.

## FENCED YARD

- Mow, trim and edge grassy areas.
- Remove weeds; patch bare spots.
- Police grounds

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

**EXHIBIT B**
**DISASTER SUPPLY KIT**

The Federal Emergency Management AGENCY (FEMA) recommends each family keep the following items readily available for transport in case of severe weather, earthquake or other emergency: **Be prepared in advance and have emergency materials on hand.**

- Flashlight/Batteries
- Battery operated Radio with extra batteries
- **Water** – at least 1 gallon daily per person for 3 to 7 days
- **Food** – enough for 3 to 7 days
- Non-electric can opener
- Non-perishable and canned foods
- Food for infants or elderly
- Snack foods
- Cooking tools, fuel
- Paper plates, roll of paper towels, plastic utensils
- Blankets, Pillows
- **Clothing** – seasonal, raingear, sturdy shoes
- First Aid kit, Prescription Medicines
- Toiletries
- Cash
- Keys
- Tools
- **Important Documents** (keep in a waterproof container)
- Special needs for Infants or Elderly
- **Pet Care Items** (food, water, carrier/cage, medicines)

**Disaster Services**

| | |
|---|---|
| American Red Cross | www.redcross.org |
| FEMA | www.fema.gov |
| Salvation Army | www.salvationarmyusa.org |

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# *CONSTRUCTION AND RELOCATION RIDER ADDENDUM TO LEASE AGREEMENT*

1. **COMMUNITY.** Admiral Hartman

2. **PREMISES LOCATION.** Address Specified on Page 1 of the Lease

3. **LEASE DESCRIPTION.**

   a. Lease Date: Refer to the Lease Commencement Date on Page 1 of the Lease

   b. Residents *(list all residents)*: Travis Smith , Danielle Smith
   c. Owner: SAN DIEGO FAMILY HOUSING, LLC

4. **Construction.** Your community is undergoing an extensive rehabilitation process, which will involve demolition of existing units and common areas and construction of new units and common areas. Construction is ongoing and Owner makes no warranty regarding the date of completion of such construction.

5. **Absence of Amenities, Community Services/Facilities.** The lease and information provided to the Resident regarding the Premises and the Community may refer to amenities, community services/facilities (collectively hereafter referred to as "amenities") that may be affected by the rehabilitation. Resident is aware that certain amenities are being demolished and/or constructed and may not be accessible to Resident until conclusion of the said demolition/ construction, or not at all. Such amenities include but are not limited to parking lots, driveways, landscaping, playgrounds, tot lots and guest parking. Unless otherwise specified in writing in the Lease, Owner makes no representations or warranties regarding the availability of any amenities to Resident.

6. **Construction Noise & Inconvenience.** Resident acknowledges that construction may inconvenience the Resident in the form of lack of access to amenities as specified in Paragraph 5 above, utility interruptions, construction debris and noise, including safety feature testing (such as fire or burglar alarms). Resident agrees that notwithstanding such, the lack of amenities, the noise of construction, and the inconvenience associated with the construction shall not entitle Resident to any offset to rental obligations, or form the basis for a complaint against Owner, its agents, employees or assigns for rent relief, or any other claim, right, or remedy against Owner, including constructive eviction, stemming from the Owner-resident relationship.

7. **Lease Termination.** During the Lease (between the Lease Commencement Date and the Lease End Date specified on page 1 of the Lease) Owner may terminate the lease (1) as provided by the Lease or by law or (2) upon giving 45 days written notice to Resident to vacate (hereafter referred to as "Construction Termination"). Construction Termination shall be at the sole option and discretion of the Owner; Resident shall not have the right to give a Construction Termination notice. After the term of the Lease, the Owner may terminate the lease upon the service of any other notice allowed by law.

8. **Assistance Provided to Resident Upon Construction Termination.** If the lease is terminated due to "Construction Termination," Owner will provide Resident with (A) personal property moving assistance and (B) relocation assistance, as set forth below.

   A. **Personal Property Moving Assistance.** If the lease is terminated due to "Construction Termination," the Owner will move the Resident's personal property in accordance with Construction Termination Moving Rules and Guidelines then in effect, incorporated herein by reference. The Construction Termination Moving Rules & Guidelines may be amended from time to time at Owner's sole discretion. Resident may

# *CONSTRUCTION AND RELOCATION RIDER ADDENDUM TO LEASE AGREEMENT*

obtain copies of the current Construction Termination Moving Rules and Guidelines at the management office upon request. Owner reserves the right to deny personal property moving assistance or relocation assistance to Residents who fail to comply with the Construction Termination Moving Rules and Guidelines then in effect.

Resident is aware that a moving company is handling the physical move of personal property. Resident agrees that Owner's responsibilities with respect to the personal property moving assistance shall be limited to paying the moving company for its services. Resident releases and discharges Owner and its agents, employees and assigns from all debts, liens, claims, rights, demands, actions, causes of action, known or unknown, whether in contract, tort or otherwise, by reason of any losses, damages or injuries whatsoever sustained by Resident arising from the personal property moving assistance. Notwithstanding the foregoing, if such a claim arises, the Owner or its Agent will reasonably cooperate with the Resident in connection with the Resident's claim against the moving company.

B. **Relocation Assistance.** If the lease is terminated due to "Construction Termination," Owner agrees to assist Resident's relocation as follows:

(1) Owner shall provide Resident with information about replacement housing available to Resident within 1 commuting hour of the location.

(2) Owner shall provide Resident with a relocation allowance (which shall be an amount determined by Owner, but shall not be less than $500) to offset the incidental costs of moving (e.g., window treatments, utility reconnection fees, etc.). Resident shall be responsible for any costs in excess of such relocation allowance and shall be entitled to retain the entire relocation allowance even if it exceeds the actual cost incurred by Resident.

**9. Damages Caused by Relocation Delay.** Resident is aware that Owner may have extremely tight construction deadlines to meet, and that any delay by Resident in relocating could cause significant damage to Owner for which Resident may be liable. These delay damages of up to $50 per day are in addition to the daily rental value of the premises and other damages recoverable by Owner from Resident.

[Signatures Appear on Following Page]

# CONSTRUCTION AND RELOCATION RIDER ADDENDUM TO LEASE AGREEMENT

We have read and agree to the above.

X DocuSigned by: [signature] 30145BFA61E2466... 9/17/2019
T
Date

X DocuSigned by: Danielle Smith D8AB359B5DDF410... 9/17/2019
D
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature]
Name: Ander'ian Watters
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# *CONSTRUCTION AND RELOCATION RIDER ADDENDUM TO LEASE AGREEMENT*

## CONSTRUCTION TERMINATION

## MOVING RULES & GUIDELINES

(Name of Installation) is undergoing an extensive renovation, which will involve demolition of existing units and/or common areas and construction of new units and/or common areas. These Construction Termination Moving Rules and Guidelines apply to Resident moves necessitated by Owner's 45 days written Construction Termination notice to Residents.

**Residents: Please note that it is extremely important that you meet your responsibilities under these Construction Termination Moving Rules and Guidelines. If you fail to comply, Owner reserves the right to deny personal property moving assistance or relocation assistance to you. Additionally, if you fail to comply, and are unable to move in a timely fashion, you may be responsible for $50 per day in addition to the daily rental value of the premises and other damages recoverable by Owner from you.** Owner has extremely tight construction deadlines to meet, and any delay by you in relocating could cause significant damage to Owner for which you may be liable.

When Owner delivers a 45-day written Construction Termination notice to the Resident, Owner will provide Resident with written notice of three different moving dates available to Resident. The Owner at Owner's sole discretion will choose the three available moving dates. At least two weeks prior to the move, the Resident will receive notice from the designated moving company as to the time the move will take place. The moving company will provide instructions to the Resident as to how to prepare for their arrival.

Within three days of receiving the Construction Termination notice, Resident will be responsible for selecting one of the three dates, and giving written notice to Owner of the selected date. If Resident does not pick a date, the Owner will assign a date to them and Resident will not be given priority for newly constructed PPV housing.

*The moving company will provide written guidelines, dates and times for Residents to follow. Listed below are basic provisions that will be provided to the Resident during the moving process.*

1. *Two weeks prior to the move, the Resident will be given an inventory worksheet that will help to itemize the entire household which will assist the moving company in providing the proper moving staff. This list must be returned to the moving company no later than 72 hours prior to the scheduled move.*
2. *The moving company will provide professional certified moving staff.*
3. *The moving company will inventory and pack each room individually.*
4. *All small items will be shrink- wrapped and placed in boxes (i.e., dishes, clean clothing) by the moving company.*
5. *Larger items will be placed on the moving truck and carefully covered and protected.*
6. *The moving company will provide the residents with a toll free number to answer questions and to help provide direction prior to the move. This number will also be used for quick turn around when processing claims.*
7. *Residents will be responsible for packing and moving their own food, soiled clothing, medicines, hazardous materials and items of a personal nature.*

Resident is aware that a moving company not affiliated with the Owner is handling the physical move of personal property. Resident agrees that Owner's responsibilities with respect to the personal property moving assistance shall be limited to (a) requiring the moving company to be liable for its own negligence in the event of damage to the resident's property during the move, (b) providing the resident with a written claims procedure prior to the move and (c) paying the moving company for its services. Certain insurance coverage is included in the moving service fee provided by the Owner. Resident releases and discharges Owner from all debts, liens, claims, rights, demands, actions, causes of action, known or unknown, whether in contract, tort or otherwise, by reason of any losses, damages or injuries whatsoever sustained by Resident arising from the personal property moving assistance.

For additional questions, contact your District Housing Office.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# HOME BASED BUSINESS ADDENDUM TO LEASE AGREEMENT

1. **COMMUNITY.** Admiral Hartman

2. **PREMISES LOCATION.** Address Specified on Page 1 of the Lease

3. **LEASE DESCRIPTION.**

   a. Lease date: Refer to the Lease Commencement Date on Page 1 of the Lease

   b. Residents *(list all residents)*: Residents *(list all residents)*: Travis Smith , Danielle Smith

   c. Owner: San Diego Family Housing, LLC

4. **CONDITIONAL AUTHORIZATION FOR A HOME BASED BUSINESS.** The Resident may conduct the home based business described below, in accordance with state/local laws and regulations governing the conduct of home based businesses until the Lease terminates. The Owner may terminate this Conditional Authorization prior to Lease termination if the Resident's right of occupancy is lawfully terminated or if, in the Owner's judgment, the Resident, Occupant, or Guest violates any of the rules of this Lease, Residential Business Addendum or Community Policies. Owner's granting of permission is not a warranty that the Premises are suitable for the conduct of Resident's business or that Resident has complied with all requirements.

5. **DESCRIPTION OF THE BUSINESS.** The Resident may conduct only the business described below.

   a. Navy-Certified Child Care in a Child Development Home: DS [initials] itial)

   b. Other *(description)*: ______________________

6. **LIABILITY NOT LIMITED.** Approval of this Business Addendum does not limit Residents' liability for property damages, cleaning, replacements, or personal injuries resulting from conduct of the approved business.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

HOME BASED BUSINESS ADDENDUM
TO LEASE AGREEMENT

7. **HOME-BASED BUSINESS RULES. The Resident agrees to abide by these rules:**

- Resident is responsible for obtaining the necessary permissions, licenses, and insurance.
- Resident is responsible for any damages to third parties arising from the conduct of Resident's business.
- Business is required to comply with and is subject to inspection by the appropriate city, county, state or federal agency, office or department for compliance with applicable laws, codes, regulations and requirements.
- No door-to-door soliciting will be allowed and no advertising signs shall be posted on the Premises or in the Community.
- Advertising or flyers of any kind may not be posted or distributed in the Community. It is a Federal offense to attach anything to mail boxes.
- Home-based businesses may be conducted online, by telephone or by mail. Businesses wherein customers routinely conduct business at the Premises are inappropriate and will not be approved.
- Businesses requiring periodic direct customer interaction must utilize alternate facilities for these business transactions. This includes such events as Tupperware or Mary Kay promotional parties. Exceptions can be granted on a case-by-case basis.
- No interior or exterior structural modifications or additions shall be made to accommodate Resident's business.
- Pyramid Sales are prohibited.

8. **ADDITIONAL RULES.** The Owner has the right to make reasonable changes to the rules affecting the Home Based Businesses Addendum from time to time. A written copy of any change will be provided to every Resident who is currently authorized to conduct home based business.

9. **VIOLATION OF RULES.** If the Resident, Occupant or Guest, in the Owner's judgment, violates any rule or provision of the Home Based Business Addendum or the Community Policies, the Owner may provide the Resident written notice of said violation, and (1) issue a warning concerning the ramifications of further violations; (2) direct temporary cessation of business pending review or (3) revoke this Conditional Authorization. If notified to temporarily or permanently cease operations, the Resident must cease promptly in accordance with the notification. Violations include, but are not limited to, receipt of reasonable complaints, as determined by the Owner, that the business is disturbing other residents or creating an inappropriate environment within the Community. The Owner also has all other rights and remedies set forth in the Lease this Home Based Business Addendum and the Community Policies, including damages, eviction, and attorney's fees to the extent allowed by law.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# HOME BASED BUSINESS ADDENDUM TO LEASE AGREEMENT

**10. LIABILITY FOR DAMAGES, INJURIES, CLEANING, ETC.** The Resident is liable for the entire amount of all damages caused by the conduct of the home based business, including wear and tear beyond that expected in a family domicile. This provision applies to all parts of the Premises, including carpets, doors, walls, windows, screens, appliances, as well as lawns, landscaping and other outside improvements. Items that cannot be satisfactorily cleaned or repaired will be replaced in their entirety at the Residents' expense. Payment for damages, repairs, cleaning, replacements, etc. are due within 30 days of demand.

Resident shall defend, indemnify and hold Owner harmless from loss, cost, damage, injury and the claims by others relating to Resident's home business, including but not limited to, all costs of litigation and attorney's fees resulting from any such damage.

**11. GENERAL.** The Resident acknowledges that no other oral or written agreement exists regarding the home-based business other than the Lease, the Home Based Business Agreement and the Community Policies. This Home Based Business Addendum is considered part of the Lease. It has been executed in multiple originals, one for the Resident and one or more for the Owner.

"RESIDENT"

X DocuSigned by: [signature] 30145BFA61C2486 T — 9/17/2019 Date

X DocuSigned by: Danielle Smith D8AB359B5DDF410... D — 9/17/2019 Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature]
Name: Anderrian Walters
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# Lead Based Paint Hazard Disclosure

This Lead Based Paint Hazards Disclosure ("**Disclosure**") is given to Travis Smith , Danielle Smith ("**Resident**") by San Diego Family Housing, LLC (the "**Owner**") with respect to the Premises described in the Lease Agreement ("**Lease**").

**LEAD WARNING STATEMENT:** Housing built before 1978 may contain lead-based paint. In addition, housing constructed during and after 1978 may contain surfaces coated with lead based paint manufactured before 1978. Lead from paint, paint chips and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, lessors must disclose the presence of lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

Owner has no knowledge of lead-based paint and/or lead-based paint hazards in the housing other than the following:

**Lead-based paint has been identified in various exterior painted surfaces at Admiral Hartman housing. Based on the age of the structures, lead-based paint is also likely to be present in other exterior and interior components, as well.**

Owner has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing other than the following, which have been made available to Resident in the housing office at the time of Lease signing or as an attachment to this addendum:

**(1) Environmental Baseline Survey for Admiral Hartman (April 2003); (2) Phase I Environmental Site Assessment, Admiral Hartman (November 2002); (3) Limited ACM/LBP Environmental Survey: Admiral Hartman Military Family Housing (February 2007); (4) Standard Procedures for Operation and Maintenance of Asbestos-Containing Materials and Lead-Based Paint Materials (undated).**

Owner, previously or as an attachment to this addendum, has provided Resident with the pamphlet "Protect Your Family From Lead in Your Home" or an equivalent pamphlet that has been approved by EPA for use in the state.

Owner's agent has informed the lessor of the lessor's obligations under 42 U.S.C. 4852d and agent is aware of its obligation to ensure compliance with lead-based paint disclosure laws.

Resident understands and acknowledges receipt of the information provided in this Lead Based Paint Disclosure and a copy of the brochure, "Protect Your Family From Lead In Your Home" or an approved state alternative. The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

[SIGNATURES ON THE FOLLOWING PAGE]

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# Lead Based Paint Hazard Disclosure

"RESIDENT"

DocuSigned by: 30145BFA81E2486... ____________________ 9/17/2019
Date

DocuSigned by: Danielle Smith D8AB359B5DDF410... ____________________ 9/17/2019
Date

X ____________________ ____________________
Date

X ____________________ ____________________
Date

X ____________________ ____________________
Date

X ____________________ ____________________
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: 47273AC8713E4E9
Name: Anderfan Walters
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

MOLD ADDENDUM

## Guidelines for Prevention and Treatment of Moisture/Mold in Residential Housing

It is our goal to maintain a quality living environment for our residents, including addressing any water and/or mold-related issues when they occur. To help achieve this goal, it is important for all residents to understand and follow these Guidelines. These Guidelines serve as a supplement to the Mold Addendum that is part of your Lease Agreement. You should regularly review and follow the requirements of that Addendum.

PREVENTING WATER AND MOLD-RELATED ISSUES BEGINS WITH YOU. Molds are microscopic organisms that are naturally present nearly everywhere, including both indoor and outdoor environments. Molds reproduce by microscopic spores which can spread through the air and are commonly carried into buildings through open windows and doors, on clothing and through other means. Molds can grow on many types of materials, including materials inside your home, as long as moisture and air are present. It is impossible to eliminate all mold and mold spores inside buildings. However, excessive mold growth can be controlled by using good housekeeping practices and by taking prompt action to control moisture in your home. To minimize the potential for water damage and mold growth, all residents must observe the following guidelines:

- **Keep your home clean and dry.** Residents are responsible for using good housekeeping measures, including regular cleaning to remove dirt and debris that can allow mold to grow. Cleanliness is particularly important in areas where you may find excess moisture, such as in the kitchen, laundry, and bathrooms. Clean up spills and moisture accumulation from floors, windows, and other surfaces. Use ventilation fans in kitchens and bathrooms and clean up excess water/spills after occupants, especially children, shower or bathe. Note that it may be difficult to keep mold from growing on places that are often damp. If mold reappears in the bathroom after cleaning, EPA recommends running a fan or opening a window and cleaning more frequently to keep mold to a minimum. Keep storage areas, closets, and living areas uncluttered so that air can circulate. Only washable items should be stored and promptly clean and dry fabrics that get wet. Do not hang wet laundry indoors.

- **Immediately notify us about any signs of water leaks, moisture accumulation or mold growth in your home.** Immediately notify us of any water intrusion problems such as overflows from toilets or bathtubs, appliance leaks, and roof leaks. Be particularly attentive for any leaks or overflows from washing machine hoses and discharge lines, refrigerator or air conditioning drip pans, or from clogged condensation lines – especially if a leak or overflow is large enough for water to wet nearby floors or walls. Musty odors and peeling wall coverings or paint may also be signs of excess moisture and mold growth.

- **Immediately notify us about air conditioning or heating system or appliance problems.** Humidity trapped in your home may encourage mold growth. Notify us if your air conditioning/heating system is not working properly or if you notice condensation on windows or on air supply vents. Use a humidifier in humid months or open windows on days when the outdoor weather is dry (i.e., humidity below 50 percent) to help remove excess moisture from your home. Be sure to close windows before leaving your home and at night for precautionary measures. Regularly clean and replace filters with pleated one-inch filters, instead of coarse filters.

- **Clean small areas of mold from hard surfaces.** If small areas of mold occur on hard non-porous surfaces (such as in shower/tub enclosures, on bathroom and kitchen tile and countertops, and on vinyl flooring, metal, or plastic), the U.S. Environmental Protection Agency (EPA) recommends that you clean these types of surfaces with water and detergent, dry the cleaned surfaces, and then apply a pre-mixed, spray-on-type household mold/mildew cleaner, such as Lysol Disinfectant, Tilex Mildew Remover or Clorox Cleanup. Be sure to follow all instructions on the product label. Never mix ammonia and bleach, as this can create a hazardous condition. You should notify us if routine cleaning does not remove the mold or if mold growth continues to re-occur after cleaning.

- **Do not try to clean larger areas of mold or mold from softer surfaces.** You should not try to clean mold from softer or porous surfaces (such as wood trim and sheetrock walls and ceilings), and you should not try to clean larger areas (more than 10 square feet) of mold on any type of surface. Instead, you should notify us immediately about these conditions, and we will investigate and take appropriate action for you.

- **Notify us of water or mold-related problems.** Report water and mold-related issues in accordance with these Guidelines by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# MOLD ADDENDUM

**WHAT TO EXPECT WHEN YOU NOTIFY US OF A WATER OR MOLD-RELATED ISSUE.** When you notify us about a potential water or mold-related issue, a maintenance technician will perform a visual inspection of the living spaces in your home for signs of water leaks, excess moisture/condensation and visible mold growth. The inspection will consist of a visual inspection of the interior, air conditioned portions of the home. The purpose of this inspection is to assess the likely source of any water accumulation and the extent of water damage or mold growth so that we can take appropriate action. This inspection typically will not include unoccupied areas of your home, such as crawlspaces, attics, wall and ceiling cavities, exteriors of buildings, and unoccupied enclosures, such as exterior mechanical rooms. It may be necessary to inspect these parts of a building only if an inspection of the living spaces reveals a source of water leaks coming from the unoccupied part of the building.

**What will happen if water problems are identified?** If water problems are identified, maintenance personnel will repair any leaks that are found, and the wet materials (such as sheetrock, wood trim, or vinyl flooring) will be dried or removed. If the source of water is from spills or inadequate cleaning or ventilation, we may recommend that you take additional measures to properly control moisture in your home.

**What will happen if mold growth is identified?** If mold growth is identified, we will determine the appropriate action to take based on the type of materials involved and the extent of the mold growth. Maintenance personnel will generally clean/remove all mold affected materials, except when there is more than 30 square feet of visible mold. In such cases, a third-party mold remediation contractor will be used to assess the problem and perform all necessary remediation work consistent with applicable guidelines.

**How will maintenance personnel address mold growth?** Per current government and industry standards and guidelines, maintenance personnel will clean mold from hard/non-porous surfaces (such as vinyl, tile, metal, plastic, etc.) by scrubbing them with detergent and water or a household mold/mildew cleaner. After the cleaned areas are dry, they can be re-painted as necessary. If there is mold growth on soft or porous materials (such as sheetrock and wood trim), the affected material typically will be removed and replaced and the repaired area will be re-finished or re-painted as necessary. You may also be given instructions to follow during these activities, such as the instruction to remain out of designated work areas during cleaning or remediation work. These instructions are mandatory and are provided for the safety of both workers and occupants.

**When will mold testing or sampling be performed?** We will perform mold testing or sampling when it is deemed necessary by qualified third-party mold inspectors. Per EPA's guidelines, mold testing or sampling is usually not necessary if mold is present. This is because there are no current governmental limits or standards for acceptable levels of mold or mold spores. The appropriate steps are to stop any source of water intrusion and clean or remove the mold growth.

**What will we do after repairs are completed?** After a water or mold-related repair is completed, we will follow-up to confirm that the source of water or mold growth does not re-occur.

**PROHIBITION ON MAKING ALTERATIONS AND/OR IMPROVEMENTS IN OR ABOUT PREMISES.** Consistent with Paragraph 15 of your Lease, you are prohibited from damaging or making any alterations and/or improvements to your home, including removing or lifting flooring or trim, taking destructive samples, and making holes in the walls or ceiling. We will not be responsible for the cost of any damages you cause or alterations you make. We reserve the right to charge you for restoring your home to the condition it was in prior to any alterations and/or improvements. In addition, pursuant to Paragraph 29 of your Lease, if damage occurs to your home as a result of your actions, we reserve the right to terminate your Lease.

**RESIDENT COMPLIANCE WITH THESE GUIDELINES.** Complying with these guidelines will help minimize and properly address water damage and mold growth in your home. **IF YOU FAIL TO COMPLY WITH THESE GUIDELINES OR WITH SAFETY INSTRUCTIONS**, you can be held responsible for any damages that result and your lease may be terminated. As the occupant, you are in the best position to identify and report water leaks, excess moisture, and mold growth in your home. You acknowledge that it is your responsibility to comply with the Mold Addendum and these Guidelines and report any water leaks, excess moisture and mold growth conditions in accordance with these rules by going online at www.lincolnservicetrack.com or by calling Lincoln At Your Service at 1-888-578-4141.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# MOLD ADDENDUM

I understand and acknowledge this Mold Addendum and have considered this information prior to signing the Lease Agreement.

X DocuSigned by: [signature] 30145BFA61E2498... 9/17/2019
T
Date

X DocuSigned by: Danielle Smith DBAB359B5DDF410... 9/17/2019
D
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership, its authorized agent

By: DocuSigned by: Anderlan Walters
Name: ers
Title: LMH Representative

# SAN DIEGO FAMILY HOUSING, LLC
# MOVE IN CONDITION FORM

| Admiral Hartman | 2245 Reed Ave | 38dr2Bth | | | | 09/18/2019-03/17/2020 |
|---|---|---|---|---|---|---|
| Community | Address | Type & Code | CC | F/U | Amenities | Lease Term |

**Locks Checked:**
Front Door: Back Door:
Windows: Patio Door:
**Miscellaneous Security Devices:**
**Electronic Alarm System:**
**Keys:**
**Smoke Alarm Checked:**
**Mold Growth or Water Stains Visible?**

I and/or we accept this form as part of the Lease Agreement and agree that it is an accurate account of the condition of the dwelling and any permanent damage is noted herein. I WILL INSPECT AND FAMILIARIZE MYSELF WITH THE OPERATION OF THE SECURITY DEVICES, INCLUDING BUT NOT LIMITED TO LOCKS ON ALL WINDOWS AND DOORS. BY INITIALING BELOW, I CERTIFY THE LOCKS ARE IN GOOD WORKING CONDITION, UNLESS OTHERWISE NOTED ON THIS FORM AND SUBMITTED TO MANAGEMENT WITHIN 48 HOURS OF MOVE-IN.

Resident Initials Resident Initials Resident Initials

In addition, I have inspected the premises for visible mold growth and certify there is no visible evidence of mold growth in or around the dwelling unit.

Resident Initials Resident Initials Resident Initials

I will examine each item listed on this form and make comments where appropriate regarding permanent defects to the Premises. I will return the completed form within five (5) days after the later of (i) the date on which Resident takes occupancy of the Premises or (ii) commencement of the Lease. I understand the comments I make on this form are not a request for repairs, and should repairs be needed, I will need to submit a separate request for service in writing. I understand I will be held responsible for any conditions which are later found to exist that are not stated within this form. Failure to include comments on this form and return it to the management office within five (5) days after the later of (i) the date on which Resident takes occupancy of the Premises or (ii) commencement of the Lease will be considered an admission that the item is in good and acceptable condition. The Owner or Owner's representative has given me the opportunity to ask questions and make comments concerning the condition of the Premises. In the event of more than one Resident, all inspections and explanations made by Owner, its agents, employees or legal representatives to one of the Residents shall be binding on all Residents of the Premises with the same force and effect as if where made to them personally.

I understand this form will be and is part of the Lease Agreement.

**Resident(s) Signature:**

X DocuSigned by: [signature] 30145DFA61E2486... T

9/17/2019
**Date**

X DocuSigned by: Danielle Smith D8AB3590SDDF410... D

9/17/2019
**Date**

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature] 47775AC0713E4E9...
Name: Amberlynn Walters
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# SAN DIEGO FAMILY HOUSING, LLC
## MOVE IN CONDITION FORM

### ITEMIZATION OF CHARGES BY OWNER

$ ________ Amount of Deposit

| | | | | |
|---|---|---|---|---|
| Administrative Charge To Lease | | | | $ |
| Loss To Vacancy | | | | $ |
| Unpaid Charges: | Delinquent Rent: | | | $ |
| | Access Gate Card: | | NSF Charges: | $ |
| | Late Charges: | | Electric: | $ |
| Fixed Cleaning Charges Per Lease Agreement | | | | $ |
| Description Of Items Repaired Or Replaced | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| MISC. Charges Due (Not Covered Above) | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | TOTAL CHARGES | $ |

$ ________ Forfeit Deposit – No Proper Notice

Date: 9/17/2019

Refund Due Resident Or Amount Due Owner $

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# SAN DIEGO FAMILY HOUSING, LLC
# MOVE IN CONDITION FORM

**LIVING ROOM**

Walls ______

Ceilings ______

Floors ______

Carpets ______

Drapes/Blinds ______

Screens ______

Evidence of Mold or Water Stains/Leaks ______

Other ______

**DINING ROOM**

Walls ______

Ceilings ______

Floors ______

Carpets ______

Drapes/Blinds ______

Screens ______

Evidence of Mold or Water Stains/Leaks ______

Other ______

**KITCHEN**

Cabinets ______

Counter Tops ______

Range ______

Oven ______

Vent Hood ______

Refrigerator/Freezer/Icemaker ______

Dishwasher ______

Walls ______

Ceilings ______

Floors ______

Carpets ______

Drapes/Blinds ______

Screens ______

Evidence of Mold or Water Stains/Leaks ______

Other ______

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# SAN DIEGO FAMILY HOUSING, LLC
# MOVE IN CONDITION FORM

**LAUNDRY ROOM**
Hookups
Washer In Unit
Dryer In Unit
Other

**PATIO**
Door
Windows
Railing
Storage
Other

**YARD**
Trees/Bushes
Fence
Sidewalk
Other

**GARAGE**
Door
Remote
Attic
Stairs
Plugs/Lighting
Other

| BEDROOM | (MASTER) | 2nd Bedroom | 3rd Bedroom/Den | 4th Bedroom | Other |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floors / Carpets | | | | | |
| Drapes/Blinds | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

| BATHROOM | (MASTER) | 2nd Bathroom | 3rd Bathroom | 4th Bathroom | 5th Bathroom |
|---|---|---|---|---|---|
| Walls | | | | | |
| Ceilings | | | | | |
| Floors / Vinyl | | | | | |
| Counter Tops | | | | | |
| Sink / Tub | | | | | |
| Faucets | | | | | |
| Lighting | | | | | |
| Screens | | | | | |
| Other | | | | | |
| Mold or Water Stains | | | | | |

**Resident Name & Apt. Number :** Travis Smith , Danielle Smith - 2245 Reed Ave (00395)

Resident Initials Resident Initials Resident Initials Resident Initials

REVISED 2/19
4814-7189-0550.2

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

SAN DIEGO FAMILY HOUSING, LLC

## SATELLITE DISH & ANTENNA AGREEMENT

Under a Federal Communications Commission (FCC) order, Resident has a limited right to install a satellite dish or receiving antenna on the leased Premises. Owner may impose reasonable restrictions relating to installation. Resident is required to comply with these restrictions as a condition to installing such equipment: (Current residents with existing satellite dishes are granted exemption to this addendum.)

**Number & Size:** Resident may only install one satellite dish or receiving antenna within the premises that are leased to Resident for Resident's exclusive use. A satellite dish may not exceed 25 inches in diameter. An antenna or dish may receive but not transmit signals; with the exception of internet service.

**Location:** Location of the satellite dish or antenna is limited to (a) inside Resident's dwelling, or (b) in an area outside Resident's dwelling such as a balcony, patio, rear yard, etc. of which Resident has exclusive use pursuant to the lease. Installation is not permitted on any parking area, roof, exterior wall, window, windowsill, front yard, fence, or common area, or in an area that other residents are allowed to use. A satellite dish or antenna may not protrude beyond the vertical and horizontal space that is leased to Resident for Resident's exclusive use.

**Safety & Non-Interference**: Resident's installation: (1) must comply with reasonable safety standards; (2) may not interfere with property's cable, telephone or electrical systems or those of neighboring properties; (3) may not be connected to property's telecommunications systems; and (4) may not be connected to the electrical system except by plugging into a 110-volt duplex receptacle. If the satellite dish or antenna is placed in a permitted outside area, it must be safely secured by one of three methods: (1) securely attaching it to a portable, heavy object such as a small slab of concrete; (2) clamping it to a part of the building's exterior that lies WITHIN Resident's leased premises (such as a balcony or patio railing); or (3) any other method approved by Owner. No other methods are allowed. Owner may require reasonable screening of the satellite dish or antenna by landscaping, etc., so long as it does not impair reception.

**Signal Transmission from Exterior Dish or Antenna to Interior of Dwelling**: Under the FCC order, Resident may not damage or alter the leased premises and may not drill holes through outside walls, door jams, windowsills, balcony railings, etc. If Resident's satellite dish or antenna is installed outside Resident's living area (on a balcony, patio, or yard of which Resident has exclusive use under Resident's lease, signals received by Resident's satellite dish or antenna may be transmitted to the interior of Resident's dwelling only by; (1) running a "flat" cable under door jamb or windowsill in a manner that does not physically alter the premises and does not interfere with the proper operation of the door or window; (2) running a traditional or flat cable through a pre-existing hole in the wall (that will not need to be enlarged to accommodate the cable); (3) connecting cables "through a window pane" similar to how an external car antenna for a cellular phone can be connected to inside wiring by a device glued to either side of the window – without drilling a hole through the window; (4) wireless transmission of the signal to a device inside the dwelling; or (5) any other method approved by Owner.

**Workmanship**: For safety purposes, Resident must obtain Owner approval of (1) the strength and type of materials to be used for installation, and (2) the person or company who will perform the installation. A qualified person or company that has worker's compensation insurance and adequate public liability insurance must do installation. Owner approval will not be reasonably withheld. Resident must obtain any permits required by the City for the installation and comply with any applicable City ordinances.

**Maintenance**: Resident will have the sole responsibility for maintaining Resident's satellite dish or antenna and all related equipment. Owner may temporarily remove the satellite dish or antenna if necessary to make repairs to the building; this service will be provided at no cost to the Resident.

**Removal & Damages**: Resident must remove the satellite dish or antenna and all related equipment when Resident moves out of the dwelling. Resident must restore the leased premises to its condition prior to the installation of Resident's satellite dish, antenna, or related equipment or pay for any damages and for the cost of repairs or repainting which may be reasonably necessary.

**Indemnity:** Resident is fully responsible for the satellite dish or antenna and related equipment. Except to the extent of liability imposed on Owner or Agent by law, Resident agrees to defend, indemnify and hold harmless Owner and Agent, from any claims by others relating to Resident's satellite dish or antenna. Owner may request an additional security deposit as a condition to approving the new installation of Resident's satellite dish or antenna.

SAN DIEGO FAMILY HOUSING, LLC

**SATELLITE DISH & ANTENNA AGREEMENT**

**When Resident may Begin Installation**: Resident may start installation of his/her satellite dish or antenna only after Resident has:

1. Signed this Addendum; and
2. Received written approval of the installation materials and the person or company who will do the installation by Owner.

We understand and agree to abide by the terms above.

X DocuSigned by: [signature] 30145BFAB1E2488... 9/17/2019
Date

X DocuSigned by: Danielle Smith D8A0359B5DDF416... 9/17/2019
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: Anderlan Walters ers
Name:
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

Project: Admiral Hartman
Unit: 00395

**PROPOSITION 65 DISCLOSURE**

This Proposition 65 Warning ("**Disclosure**") is given to Travis Smith , Danielle Smith ("**Resident**") by San Diego Family Housing, LLC (the "**Owner**") concurrently with the attached Lease Agreement ("**Lease**"), with respect to the Premises described in the Lease.

Asbestos is a compound of natural fibrous minerals that has been used commercially because of its strength, durability, fire retarding capability and resistance to heat. A significant portion of single family homes, condominiums, town houses and apartments built before 1981 contain asbestos. If properly maintained and undisturbed, there will be little or no release of asbestos fibers into the air, and the asbestos will not pose a health risk. Disturbance of the asbestos may be caused by any procedures that may cause the asbestos to become airborne, including sanding, pounding or scraping. When inhaled, asbestos may cause cancer.

In compliance with Proposition 65, Owner wishes to advise you, the Resident of the above-described Property, that the residence you are renting may contain one or more chemicals known to the State of California to cause cancer, birth defects or other reproductive harm.

Further, Owner warns that because your residence was constructed before 1981, you may not disturb or attach anything to the walls, ceilings, floor tiles or insulation behind the walls. If any repairs need to be made to the walls or floor or ceiling tiles, you must notify Owner in writing immediately, so repairs can be made by qualified personnel.

The undersigned acknowledges that they have read and understand the foregoing warning. Should you require further information regarding Proposition 65 and the foregoing warning, you may contact the Office of Environmental Health Hazard Assessment's Proposition 65 Implementation Office at (916) 445-6900.

I Understand and Acknowledge this Proposition 65 Disclosure and have considered this information prior to signing the Lease.

"RESIDENT"

X DocuSigned by: [signature] 30145BF681E2488... T ______________________ 9/17/2019
Date

X DocuSigned by: Danielle Smith DBAB359B5DDF410... D ______________________ 9/17/2019
Date

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

## Addendum to Lease Agreement
## Executive Home Lease Termination Agreement

Community: Admiral Hartman

Address: Address Specified on Page 1 of the Lease

Absent extraordinary, special situations (as approved in writing by the Owner (Managing Member **and** Member)), Resident shall terminate the Lease and vacate the Premises on the earlier of the following:

a. The Flag or General Officer's effective date of Retirement from Active Duty.

b. No more than ten days after relinquishing the Officer's billet if he/she is not ordered for permanent change of station to a successive assignment within the Department of Navy Region.

c. The date on which the Owner or Resident terminates this Lease (or the date on which this Lease expires by its own terms, as applicable) pursuant to the terms and conditions set forth in the Lease, including but not limited to Sections 3, 28, 29 and 30.

"RESIDENT"

X DocuSigned by: [signature] 30145BFA61E2466... 9/17/2019
T Date

X DocuSigned by: Danielle Smith D8A0359D5DDF410... 9/17/2019
D Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership, its authorized agent

By: DocuSigned by: [signature]
Name: Alder'Ian Watters
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# ASSISTIVE ANIMAL ADDENDUM

## Policies and Rules of Conduct for Assistive (Including Companion) Animals for Persons with Disabilities

This Addendum is made part of the Lease Agreement (the "Lease") executed between San Diego Family Housing, LLC (referred to as "Owner") and __Travis Smith , Danielle Smith__ (referred to as "Resident") with respect to the Premises described in the Lease Agreement.

The resident will be responsible for any damage or injury caused by the animal(s), but NO PET DEPOSIT, ADDITIONAL SECURITY DEPOSIT OR PET RENT WILL BE CHARGED. The goal of these policies is to provide a pleasant and safe environment for residents with dis-abilities, the animals, and the other residents of the community.

### Selection Criteria

All animals must be viewed by management prior to, or contemporaneous with, first occupancy at the premises or first entry of the animal. The landlord reserves the right to limit the cumulative number of animals permitted by this agreement. Evidence of licensing, vaccinations and/or certifications, if legally applicable, must be provided initially and up-dated annually.

The following types of animals will be allowed: Dogs, cats, birds, fish, turtles, reptiles, rabbits, hamsters or similar rodents (unless the particular animal has a history of dangerous or aggressive behavior or is poisonous or illegal). Any other animal will be considered on a case by-case basis, subject to applicable law.

### Rules of Conduct

1. The Resident must not allow the animal to roam freely outside the resident's unit. The animal must be kept inside the resident's unit unless it is on a leash, harness or in a cage or carrier. (Please note that use of an "electronic leash" is not sufficient for purposes of compliance with this rule. The animal must be on a physical leash, harness or other physical restraint.)

2. The animal must not be left alone, tied or chained in the common area or any balcony or patio.

3. The Resident shall keep the animal under control at all times so it does not disturb others with noise, or cause physical impact or perceived threat of impact to others.

4. Animals left unattended or improperly cared for will be reported to the authorities.

5. The Resident must clean up after the animal immediately (including prompt and proper disposal of waste and cleaning up any marks or damage done by the animal in common or exclusive use areas). Do not dispose of cat litter, cage waste or shavings in toilet

6. Care should be taken that the animal's food or water does not attract pests.
7. The Resident must keep fleas and ticks under control for the safety of the animals, as well as other residents.
8. IF AN ANIMAL BECOMES A DANGER TO THE HEALTH AND SAFETY OF OTHER RESI-DENTS, MEMBERS OF ON-SITE STAFF, OUTSIDE VENDORS, MAIL CARRIERS, ETC., IT MUST BE PERMANENTLY REMOVED FROM THE COMMUNITY. After removal of a problem animal, alternative reasonable accommodations will still be considered.

# ASSISTIVE ANIMAL ADDENDUM

9. If an animal becomes a nuisance to other residents, the Resident will be given an opportunity to resolve the nuisance behavior. If not resolved, the animal must be permanently removed from the community. After removal, alternative reasonable accommodations will still be considered.

We are happy to reasonably accommodate our residents' disability-related needs so that they may experience full enjoyment and use of their homes. We have established these rules to ensure that the tenancy of all persons in our community will be as pleasant as possible. To that end:

1. Resident hereby agrees to follow these and any other reasonable rules which may be promulgated by management from time to time.

2. Resident affirms that he/she is not aware of any incidents of biting and/or dangerous or aggressive behavior by the assistive/companion animal.

   Resident agrees that any dog bite or other injury event is cause for immediate removal of the assistive/companion animal.

X DocuSigned by: [signature] 30145BFA61E2466... T
9/17/2019
Date

X DocuSigned by: Danielle Smith D8AB369B5DDF410... D
9/17/2019
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: Anderlan Walters
Name: ers
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

## NAVY RESIDENT ENERGY CONSERVATION PROGRAM (RECP) ADDENDUM

This will serve as an Addendum to the Lease dated 09/14/2019, between San Diego Family Housing, LLC ("Owner"), and Travis Smith , Danielle Smith ("Resident"), regarding property located at 2245 Reed Ave, (the "Premises").

1. **Resident Responsibility.** The U.S. Department of Defense ("DoD") encourages increased energy efficiency in privatized military housing by incentivizing residents to reduce their utility usage. In furtherance of DoD's policy, the Department of the Navy ("DoN") has requested that the Owner implement the RECP, and the Owner and the DoN have agreed to implement such RECP. To this end, residents living in Navy privatized housing will receive a monthly statement of electricity or gas usage, or both throughout the term of the Lease. Resident shall be responsible for payment of utility charges at the Premises that exceed the monthly utility Normal Usage Band described in paragraph "2" of this Addendum. This responsibility shall continue throughout the term of the Lease. Wounded Warrior (WW) program enrollees are exempt from the RECP program contingent upon a resident request for exemption and validation of their enrollment in their respective Service program. Registered Exceptional Family Members (EFM) and other military family members who consume significant amounts of electricity as a direct result of their unique circumstances may request a waiver from participation in the RECP.

2. **Establishing Monthly Utility Normal Usage Band.** Every month Owner will use metered utility data collected from occupied homes to calculate the average monthly electric and gas (if applicable) utility costs for like-type groups of homes ("Average Monthly Usage"). The Average Monthly Usage will be used to establish the Baseline of the Normal Usage Band described below. Once the Normal Usage Band is created it will represent the normal range of expected electric and gas utility costs for each like-type group. Residents whose utility charges for a particular month fall within the Normal Usage Band will not incur additional payments or be eligible for any rebates for such month. Residents who consume less than the Normal Usage Band will receive rebates equaling the difference between their actual electric or gas utility costs and 90% of the Average Monthly Usage. Residents who consume more than the Normal Usage Band will be required to pay the difference between their actual electric or gas utility costs and 110% of the Average Monthly Usage.

   a. The Premises are grouped with other similar or comparable homes in a like-type group for establishing the Average Monthly Usage and Normal Usage Band.

   b. Like-type groups are established using criteria that will ensure that homes in the like-type groups have comparable energy efficiencies. The basic criteria include the following: neighborhood in which the home is located; size of the home in terms of the number of bedrooms and/or square footage; and year of construction or modernization. Other considerations may include the type of heating or air conditioning system, types of utilities used, the type of foundation (slab on grade, footings, etc.), or structure type (single family home, duplex, triplex, etc.).

   c. The Average Monthly Usage is calculated by taking the sum total of charges of all eligible homes in the like type group and dividing by the total number of eligible homes as defined in Section 2.d. Each resident's utility charges are calculated separately for electric and gas based upon the number of kilowatt hours (kWh) of electricity or therms of gas consumed during the month multiplied by the current utility provider's rates (electric or gas). A buffer of 10% will be applied above and below the like type group average to create the Normal Usage Band.

   d. Only homes occupied during the entire utility billing period will be used in calculating the Average Monthly Usage. Homes with the highest 5% and lowest 5% of electric or gas utility usage within the like-type group will not be used in calculating the Average Monthly Usage. However, the Owner reserves the right to calculate the average using all homes in the like-type group, including the highest and lowest 5% of users when the like-type group consists of a small number of homes (i.e., fewer than 20 homes). In addition, Owner will eliminate units with plug-in hybrid and/or

electric vehicles that require charging. Residents shall notify Owner in writing if they own a plug-in hybrid and/or electric vehicle that requires charging. In addition, Owner reserves the right to eliminate units with other "non-housing" usage for hot tubs, kilns, or other similarly unusual and energy intensive uses, from the calculation of the Average Monthly Usage. Notwithstanding that their electric or gas usage is not used in calculating the Average Monthly Usage, Residents of homes with the highest 5% and lowest 5% of electric or gas usage, Residents who own plug-in hybrid and/or electric vehicles that require charging, and Residents excluded from average calculations for other unusual and energy-intensive uses will be responsible for their electric and gas usage under the RECP and may owe a payment or receive a rebate.

e. If Resident leases the Premises for only a portion of the month the RECP will not apply for that month.

3. **Electric Vehicle Notification.** Residents who possess in their home a passenger plug-in hybrid vehicle(s), or a passenger electric vehicle(s), that is required to be electrically charged, must inform the Property Manager immediately in writing upon bringing or storing that vehicle at the Premises.

4. **Rebates**.

a. Each month Residents will receive a rebate if their electric or gas utility charges are less than the lower end of the monthly Normal Usage Band. The amount of the rebate will be calculated by subtracting the total charges shown on the Resident's utility statement from 90% of the Average Monthly Usage. The amount of the rebate will be shown on the Resident's subsequent monthly utility statement.

b. If the rebate amount is $25 or less, the rebate will be carried forward as a credit on the Resident's ledger account. If the rebate amount is greater than $25, Resident will be issued a check unless Resident elects in this Addendum, by marking/initialing "Yes" below, to carry all rebate amounts forward as a credit to offset payments due in future months.

Resident elects to carry forward rebate amounts as credits: Yes ___X___ No _____ ___TTL___ (Initial) ___DS___ (Initial) _______

If Resident elects to carry forward rebate amounts above, Resident may alter this election once every six (6) months by submitting a written request to the Owner for payment of credit balances in excess of $25. All credits in excess of $25 will be refunded within 30 days of receipt of a written request. Only those credits available as of the date of Resident's written request will be refunded to Resident. Resident's election to carry forward rebate amounts will continue to apply for credits available after the date of Resident's written request, until such time as Resident submits another written request for credit refund to Owner.

c. For those Residents who marked/initialed "No" above and thereby are not electing to carry forward rebate amounts as a credit on the Resident's ledger account, all Rebate checks will be issued to the Resident within 21 days of the date of the monthly utility statement for which that credit was earned.

d. After a Resident terminates his or her lease and vacates the housing unit, the Owner will refund all accrued credit balances for that Resident within 21 days after the statement date of the final billing (i.e., the utility statement in the month immediately after the Resident vacates the housing unit). In such event, the check for the credit balance shall be sent to the Resident's forwarding address. Expired credit rebate checks will be reissued once to the Resident upon request.

5. **Charges.**

a. If Resident's utility charges are more than the upper limit of the monthly utility Normal Usage Band, Resident shall pay the amount above the monthly utility Normal Usage Band. The amount of the payment will be calculated by subtracting 110% of the Average Monthly Usage from the total charges shown on the Resident's monthly statement, taking into account any credits Resident may have accumulated. The amount due will be shown on Resident's monthly utility statement.

b. If the amount owed is less than $25, the balance will carry forward on the Resident's ledger account. Once the balance owed reaches $25 or more, Resident has 21 days from the statement date to pay the balance due.

c. If a check for payment of excess electric or gas utility charges is returned by the bank for insufficient funds, Resident must replace the returned check with a cashier's check, certified check, or money order and pay a returned check charge of $25.00 which shall be deemed additional Rent. If two (2) checks are returned by the bank for insufficient funds, all future payments must be paid by cashier's check, certified check or money order only. Acceptance of any late or partial payments or waiver of any charges is not a waiver of Owner's right to enforce other terms of this Addendum or the Lease. Resident and Owner agree that these charges represent a fair and reasonable estimate of the costs Owner may incur by reason of Resident's returned check payment.

d. If a Resident fails to pay the balance (once it exceeds $25.00) by the due date, Resident's balance will be assessed a late fee for each month payment is past due until the balance is paid in full. Any late fees owed by Resident will appear on Resident's monthly utility statement. Further, an updated schedule of applicable late fees can be found at www.lincolnrecp.com. Resident may receive a total of four (4) delinquency notices starting with the next month's utility statement. This statement will show current charges and, if applicable, will indicate the past due amount and late fees. Additionally, separate delinquency notice letters will be sent to the Resident within sixty (60) days of the original payment due date. If Resident fails to pay the balance due within 90 days after becoming first due and payable, such failure will be treated as a failure to pay Rent, and Owner may exercise any remedies provided for under the Lease and/or applicable law.

e. All amounts owed must be paid at Lease termination as part of the termination/vacating process. If Resident fails to pay the balance due at Lease termination, Owner may exercise any remedies provided for under the Lease and/or applicable law.

6. **Owner's Right to Amend Addendum And Resident's Limited Right to Terminate Lease.**

a. The Owner reserves the right to amend this RECP Addendum with concurrence from the Department of Navy, by providing the Resident with at least 90-days prior written notice of each amendment. Amendments to the RECP Addendum may include any change to the RECP, including but not limited to provisions addressing the Normal Usage Band, Rebates and Charges. The amendments to this Addendum will be incorporated by reference into the Lease. Resident understands and agrees that the Owner's right to amend this Addendum is a material condition upon which the Owner and the Resident each reasonably relies prior to entering into this Lease.

b. After the Owner provides the Resident with 90-day written notice of its intent to amend the RECP Addendum, the Resident may choose to terminate the Lease, without incurring an early termination fee, by giving the Owner at least 28-days written notice prior to the implementation of the amendment to this Addendum. Resident acknowledges and agrees to accept all amendments to this Addendum where the Resident fails to provide the Owner with timely written notice of the intent to terminate the Lease. In consideration of the Owner's agreement to enter into this Lease, the Resident expressly and voluntarily acknowledges and understands that the Resident's right to

terminate the Lease herein is the Resident's SOLE AND EXCLUSIVE REMEDY for any objection to any proposed or implemented amendment by Owner to the RECP Addendum pursuant to the terms of this Addendum. The Resident further expressly, knowingly, and voluntarily agrees that the Resident shall not be entitled to any other claim, cause of action, damage, or any other remedy against the Owner, its agents, or anyone else for any proposed or implemented amendment to the RECP Addendum pursuant to the terms of this Addendum. The Owner and Resident further agree that the limitation concerning Resident's sole and exclusive remedy above

"RESIDENT"

X DocuSigned by: [signature] 30145BFAB1E2486 — 9/17/2019
T
Date

X DocuSigned by: Danielle Smith D8AB35985DDF410... — 9/17/2019
D
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature]
Name: Anderrian Watters
Title: LMH Representative

regarding objections to any amendments to the RECP Addendum shall survive the expiration, termination, or cancellation of the Lease.

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

**Statutory Notice and Disclosure of Bed Bug Information**
**Addendum to Lease Agreement**

We are providing you with this statutory disclosure in accordance with California Civil Code §1954.603. This notice contains general information about bed bugs along with the procedure that you must follow to report suspected infestations to Owner.

**Bed Bug Appearance:** Bed bugs have six legs. Adult bed bugs have flat bodies about 1/4 of an inch in length. Their color can vary from red and brown to copper colored. Young bed bugs are very small. Their bodies are about 1/16 of an inch in length. They have almost no color. When a bed bug feeds, its body swells, may lengthen, and becomes bright red, sometimes making it appear to be a different insect. Bed bugs do not fly. They can either crawl or be carried from place to place on objects, people, or animals. Bed bugs can be hard to find and identify because they are tiny and try to stay hidden.

**Life Cycle and Reproduction:** An average bed bug lives for about 10 months. Female bed bugs lay one to five eggs per day. Bed bugs grow to full adulthood in about 21 days.

Bed bugs can survive for months without feeding.

**Bed Bug Bites:** Because bed bugs usually feed at night, most people are bitten in their sleep and do not realize they were bitten. A person's reaction to insect bites is an immune response and so varies from person to person. Sometimes the red welts caused by the bites will not be noticed until many days after a person was bitten, if at all.

Common signs and symptoms of a possible bed bug infestation:

- Small red to reddish brown fecal spots on mattresses, box springs, bed frames, mattresses, linens, upholstery, or walls.
- Molted bed bug skins, white, sticky eggs, or empty eggshells.
- Very heavily infested areas may have a characteristically sweet odor.
- Red, itchy bite marks, especially on the legs, arms, and other body parts exposed while sleeping. However, some people do not show bed bug lesions on their bodies even though bed bugs may have fed on them.

For more information, see the Internet Web sites of the United States Environmental Protection Agency (https://www.epa.gov/bedbugs) and the National Pest Management Association (http://www.npmapestworld.org/).

If you find or suspect a bed bug infestation, please notify Owner immediately and describe any signs of infestation so that the problem can be addressed as soon as possible.

The procedure to report suspected infestations to Owner is as follows:

To report suspected bedbugs, call the Lincoln At Your Service Call Center at (888) 578-4141. The Call Center is open 24 hours per day to facilitate routine and emergency maintenance requests. You may also contact your local Lincoln Military Housing District Office during normal business hours.

Please acknowledge receipt of this Statutory Notice and Disclosure of Bed Bug Information by signing below.

X DocuSigned by: [signature] 30145BFA81E2488... 9/17/2019
T Date

X DocuSigned by: Danielle Smith D8A8359B5DDF410... 9/17/2019
D Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: Anderson Walters ers
Name:
Title: LMH Representative

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# ASSUMPTION OF RISK, WAIVER AND RELEASE OF LIABILITY

I, __Travis Smith , Danielle Smith__ , (hereafter, "Participant", which term includes minor Participant's parent or legally-appointed Guardian) desire to participate in any or all programs, events and/or activities sponsored, organized by or affiliated with San Diego Family Housing, LLC. or one of their affiliates (individually or collectively, "Lincoln Military Housing"), whether occurring on or off any property owned and/or operated by Lincoln Participant is a minor, Participant's parent or legally-appointed Guardian acting on Participant's behalf) has agreed to execute this Assumption of Risk, Waiver and Release of Liability (the "Release").

1. I acknowledge that participating in the Activities involves certain inherent risks, dangers and hazards, including the risk of serious injury, permanent disability, severe social and economic losses or death, due not only to Participant's own actions, inactions or negligence, but also the actions, inactions or negligence of others or the conditions of the premises or of any equipment used in the Activities. Further, I acknowledge that Participant is familiar with the safe operation and use of any equipment that may be utilized in connection with the Activities, and Participant will not undertake to use any equipment with which he/she is unfamiliar or which he/she does not know how to operate safely I further understand that any equipment utilized in connection with the Activities is used at Participant's own risk and that any such equipment is provided without any warranty about its condition or suitability.

2. Knowing the risks involved in participating in the Activities, Participant agrees to assume all such risks, whether known or unknown, as well as any other risks involved in participating in the Activities or participating in any other program, event or activity sponsored by or involving Lincoln Military Housing. Participant further agrees not to engage in activities that are beyond his/her ability. If Participant is injured during the Activities, I authorize any physician licensed in the state where the injury occurred to perform such emergency treatment as he or she believes, in his or her sole judgment, may be necessary. I understand that Lincoln Military Housing is not responsible for costs incurred for medical care.

3. I, on behalf of myself, my personal representatives and my heirs, hereby voluntarily release, waive, discharge and covenant not to sue Lincoln Military Housing, together with their affiliates, directors, managers, employees, agents and representatives, and, if applicable, owners, lessor and lessees of the facilities and/or premises used during the Activities, as well as any and all other persons or entities that might have any liability whatsoever to Participant (collectively, the "Released Parties"), from and against any and all damages, actions, claims, demands, losses and liabilities, whether known or unknown, anticipated or unanticipated, suspected or unsuspected, relating to or arising from any activity, occurrence or event involving the Activities or Lincoln Military Housing, including, but not limited to, damages, actions, claims, demands, losses and liabilities arising from or related to the negligence of the Released Parties.

4. I agree to release, indemnify, hold harmless and defend Lincoln Military Housing and each of the other Released Parties from and against any loss, damage, liability and expense, including costs and attorneys' fees, incurred by Lincoln Military Housing or any of the other Released Parties as a result of Participant's participation in the Activities or in any other activity sponsored or organized by or involving Lincoln Military Housing.

5. In the event that I file a lawsuit against Lincoln Military Housing, I agree to do so solely in the state in which I reside, and I further agree that the substantive state law shall apply in that action without regard to the conflict of law rules of that state. I agree that, if any term or provision of this Release shall be held illegal, unenforceable, or in conflict with any law governing this Release, the validity of the remaining portions of this Release shall not be affected and shall remain in full force and effect.

6. Lincoln Military Housing reserves the right to use any photograph taken during the Activities or in connection with any other activity involving Lincoln Military Housing in Lincoln Military Housing's promotional materials, brochures and website and for any other lawful purposes. I hereby grant permission to Lincoln Military Housing to use Participant's name and photographic l keness in all forms for such purposes.

**I HAVE READ THIS RELEASE, AND BY EXECUTING BELOW, IAM ASSUMING ANY AND ALL RISKS INHERENT IN PARTICIPATING IN THE ACTIVITIES. I HAVE SIGNED THIS DOCUMENT OF MY OWN FREE ACT AND I AGREE TO BE FULLY BOUND BY ITS TERMS.**

**THIS RELEASE IS A BINDING LEGAL CONTRACT, PLEASE READ IT CAREFULLY BEFORE SIGNING**
***Please print all of the required Information legibly***

TO BE EXECUTED BY ALL PARTICIPANTS WHO ARE 18 OR OLDER AT TIME OF SIGNING THIS WAIVER:

| Signature of Participant | Date | Printed Name of Participant | Address of Participant |
|---|---|---|---|
| DocuSigned by: [signature] 30145BFA61E2486 | 9/17/2019 | Travis Smith | 2245 Reed Ave |
| DocuSigned by: Danielle Smith D8AB359B5DDF410 | 9/17/2019 | Danielle Smith | 2245 Reed Ave |
| | | | 2245 Reed Ave |
| | | | 2245 Reed Ave |
| | | | 2245 Reed Ave |
| | | | 2245 Reed Ave |

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

# FLOOD DISCLOSURE ADDENDUM
## (CALIFORNIA)

This Flood Disclosure Addendum ("**Addendum**") is made part of the Lease Agreement ("**Agreement**") dated 09/14/2019 between San Diego Family Housing, LLC ("**Owner**"), acting by and through its authorized agent, Lincoln Military Property Management LP, and _Travis Smith , Danielle Smith_ ("**Resident**") for the property at Admiral Hartman (the "**Property**").

California Assembly Bill 646 created new California Government Code §8589.45 (the "Flood Disclosure Act") that requires residential landlords to provide written flood-related disclosures to tenants entering into a lease on or after July 1, 2018. The Flood Disclosure Act requires a landlord to disclose if a property is located in a "special flood hazard area or an area of potential flooding," if the owner has actual knowledge of that fact. The Flood Disclosure Act defines "actual knowledge" of an owner to include:

(A) The owner has received written notice from any public agency stating that the property is located in a special flood hazard area or an area of potential flooding.

(B) The property is located in an area in which the owner's mortgage holder requires the owner to carry flood insurance.

(C) The owner currently carries flood insurance.

Accordingly, Resident is hereby informed that based on the findings and declarations contained in the Flood Disclosure Act, the Property is located in a "special flood hazard area or an area of potential flooding." Resident may obtain information about hazards, including flood hazards, that may affect the Property from the Office of Emergency Services at http://myhazards.caloes.ca.gov/.

Please note that Owner's insurance does not cover the loss of Resident's personal possessions and it is recommended that Resident consider purchasing renter's insurance and flood insurance, in addition to any renter's insurance that Owner may provide pursuant to the Agreement, to insure Resident's possessions from loss due to fire, flood, or other risk of loss.

The Flood Disclosure Act also stipulates that Owner is not required to provide additional information concerning the flood hazards to the property and the information provided in this addendum is deemed adequate to inform Resident.

[Signatures on Following Page]

DocuSign Envelope ID: AFF67FB6-EE7B-43F1-A6E3-729B78FAD72C

RESIDENT

X DocuSigned by: [signature] 30145BFA61E2486... 9/17/2019
T
Date

X DocuSigned by: Danielle Smith D8AB359B5DDF410... 9/17/2019
D
Date

OWNER:
SAN DIEGO FAMILY HOUSING, LLC, a California limited liability company
By: Lincoln Military Property Management LP, a Delaware limited partnership , its authorized agent

By: DocuSigned by: [signature] 47773AC07113E4E0...
Name: Anderian Walters
Title: LMH Representative